# **EXHIBIT A**



January 20, 2022

Kara Lomen, Executive Director
Partners in Nutrition dba Partners in Quality Care
1035 West 7th Street
St Paul, MN 55102-3827

CLiCS Sponsor ID #2000010186**Appealable Action**

RE: Suspension of payments in CACFP

The Minnesota Department of Education (MDE) is suspending payment of claim reimbursement for Partners in Nutrition dba Partners in Quality Care as of January 20, 2022.

This action is being taken in response to the federal investigation of organizations participating in the USDA Child Nutrition programs for mail fraud, wire fraud, conspiracy and money laundering.  This investigation was made public through the unsealing of warrants and affidavits on January 20, 2022 by the United States District Court for the District of Minnesota.  The warrants and affidavits document CACFP site operators and organizations connected to the investigation.  A number of those named are connected to sites sponsored by Partners in Nutrition dba Partners in Quality Care. Therefore, MDE is suspending all payments to Partners in Nutrition dba Partners in Quality Care.

Federal regulations 7 CFR 226.10(f) and 7 CFR 225.9(d)(10) states that if a State agency has reason to believe that an institution has engaged in unlawful acts with respect to Program operations, the evidence is basis for non-payment of claims for reimbursement.  Therefore, Partners in Nutrition dba Partners in Quality Care will be immediately suspended from receiving payments through the Cyber-Linked Interactive Child Nutrition System (CLiCS) for CACFP.  MDE will be evaluating the affidavits and following up with your organization in the next week.

Additional federal regulatory authority of the withholding of payments is found in 2 CFR 200.339 under remedies for noncompliance.

The suspension of payments is an appealable action.  If you wish to appeal, the CACFP appeal procedure document is attached.  Due to COVID-19, please email your appeal request to the following:
- Appeals Coordinator: Allison.Loomis@state.mn.us
- Nutrition Program Services Director: Monica.Herrera@state.mn.us

Sincerely,

*Emily Honer*

Emily Honer
Supervisor, Business Operations
Minnesota Department of Education