# **EXHIBIT C**



# Meal Claim Instructions during Suspension Period:

In response to the involvement of Partners of Nutrition dba Partners in Quality Care (PIQC) named in the federal investigation into fraud, conspiracy and money laundering of federal reimbursement of the USDA Child Nutrition Programs, the Minnesota Department of Education suspended payments.  After reviewing the documentation made public, MDE proposed termination and disqualification of PIQC.

Under CACFP regulations, the State agency is prohibited from paying any claims for reimbursement from a suspended institution, [7 CFR 226.6(c)(5)(i)(D)]. However, because PIQC is a sponsoring organization, the State agency must ensure sponsored facilities continue to receive reimbursement for eligible meals served during the suspension period, [7 CFR 226.6(c)(5)(ii)(E)].

Because PIQC was found to have submitted false and fraudulent claims (e.g., Mind Foundry sites were not serving food), MDE is requiring additional documentation to be sent to MDE to substantiate all claims.  MDE reserves the right to disallow meal claims in the future should additional information be released.

All claims must be entered in the Cyber-Linked Interactive Child Nutrition System (CLiCS).  MDE will then require the following documentation be uploaded to the SharePoint CACFP Centers site of your organization.

# Documentation Required:

### CACFP-Centers

- Meal and snack count records
- Attendance records
- Menus for all meals and snacks served
- Receipts and invoices for the meals purchased

### CACFP-At-Risk Afterschool Meal Program

- Meal and snack count records
- Attendance records
- Menus for all meals and snacks served
- Educational and enrichment activities offered to children
- Receipts and invoices for the meals purchased

# Submission of Documentation:

All documentation must be submitted to the Serious Deficiency Corrective Action folder set up in your organizations SharePoint site.