# **EXHIBIT J**



July 25, 2022

Robyn Tousignant, Interim Executive Director
Partners in Nutrition dba Partners in Quality Care (PIQC)                    **APPEALABLE ACTION**
1035 West 7th Street
St Paul, MN 55102-3827

CLiCS Sponsor ID #2000010186

RE: CACFP Claim Denials – November and December 2021, January, February, March, April and May 2022

On May 27, 2022 the Minnesota Department of Education-Nutrition Program Services (MDE-NPS) immediately terminated Partners in Quality Care (PIQC)'s CACFP permanent agreement and withheld all payments. The legal and factual bases for the immediate termination and withholding of all payments is set forth in the May 27, 2022 action taken by MDE-NPS and are incorporated herein.

As a result of MDE-NPS' May 27, 2022 immediate termination and withholding of payments to PIQC, all pending claims, including the November and December claims remanded by the MDE panel in its decisions dated June 7, 2022 and July 5, 2022, respectively, (the "Remanded Claims") and the claims PIQC submitted to MDE-NPS for January 2022 to May 2022 are denied.

Notwithstanding the May 27, 2022 action, MDE-NPS completed its review of the documents that PIQC provided to validate the Remanded Claims and the January 2022 to May 2022 claims.

Based on the documents submitted, the following Remanded Claims and January 2022 to May 2022 claims are denied for the additional reason(s) stated in the Appendix attached to this letter.

Documents used by MDE to support this action are available on your organization's MDE-CACFP SharePoint site in the folder titled *July 25 Documentation of Claim Denial*.

This is an appealable action. If you wish to appeal this decision, the appeal procedure document is attached. Due to COVID-19, please email your appeal request to the following:
- Appeals Coordinator: Allison.Loomis@state.mn.us
- Nutrition Program Services Director: Monica.Herrera@state.mn.us

Sincerely,

*Emily Honer*

Emily Honer, Manager
Minnesota Department of Education

# Appendix: Claims Denial - Details

## 1. Remanded November 2021 Claims:

The appeal panel vacated and remanded 6 claims to MDE-NPS in its June 7, 2022 decision. These claims were originally denied by MDE-NPS on basis that documents to validate the claims were missing (3 claims) or the facts of the federal affidavits do not support the claims (3 claims). These 6 claims are denied, and the reason for the denials are clarified below as required by the appeal panel's decision (41, p.16 of the June 7 Appeal Decision Notice).

Sites listed under the reason of facts of the affidavit do not support the claim are Mind Foundry sites and two (2) sites using S&S catering.

ThinkTechAct Foundation operates under the assumed name of Mind Foundry under PIQC's sponsorship as evidence by Affidavit in Case no. 22-MJ-009 TNL and fraudulently received $18,006,479 in federal funds in which "little or none of the money" was used to purchase food for meals, p.9-12, 20, 22, 45.

S & S Catering also participated in the Federal Child Nutrition Programs under PIQC's sponsorship as both a vendor and a site operator per Affidavit in Case no. 22-MJ-31-TNL, p.81. S & S Catering received $1.3 million from PIQC as a site operator and received millions of other federal food aid money as a vendor of food and meals purportedly distributed by other sites sponsored by PIQC, 22-MJ-31, p. 82-83. Of that money received, bank records show only 3.3% of it was used to buy food or meals to serve at-risk youth, p.84, while the remaining amount was stolen and used to purchase real estate in the Twin Cities area and Nairobi, Kenya, vehicles, and personal travel. (22-MJ-31, p.84-102).

Therefore, these claims are denied because the federal affidavits show they fraudulently obtained money through PIQC. What follows is a chart showing the reason for the denial of the 6 remanded claims.

| Site Id | Site Name | Reason | Notes |
|---------|-----------|--------|-------|
| 9000019711 | Helping People - Rochester | Missing some documents | Missing menus.  Invoice indicates they provided groceries not unitized meals as stated in the vended meal contract |
| 9000016619 | Intown Child Care Center | Facts of the affidavit do not support the claim | S & S catering invoice |
| 9000019982 | Metro Adult Day Program | Missing some documents | Cannot read menu that was uploaded. |

| 9000019523 | Mind Foundry: Stony Creek Estates | Facts of the affidavit do not support the claim | |
| 9000018921 | Somali Action Alliance | Missing some documents | No invoices uploaded |
| 9000019387 | Somali American Peace Council | Facts of the affidavit do not support the claim | Site indicated self-prep however invoice is from a S & S catering |

## 2. Remanded December 2021 Claims:

The appeal panel vacated and remanded 7 claims to MDE-NPS in its July 5, 2022 decision. These claims were originally denied by MDE-NPS on basis that documents were missing to validate the claims (2 claims) or the facts of the federal affidavits do not support the claims (5 claims). These 7 claims are denied, and the reason for the denials are clarified below as required by the appeal panel's decision (42, p.17 of the July 5, 2022 Appeal Decision Notice).

ThinkTechAct Foundation operates under the assumed name of Mind Foundry under PIQC's sponsorship as evidence by Affidavit in Case no. 22-MJ-009 TNL and fraudulently received $18,006,479 in federal funds in which "little or none of the money" was used to purchase food for meals, p.9-12, 20, 22, 45.

S & S Catering also participated in the Federal Child Nutrition Programs under PIQC's sponsorship as both a vendor and a site operator per Affidavit in Case no. 22-MJ-31-TNL, p.81.  S & S Catering received $1.3 million from PIQC as a site operator and received millions of other federal food aid money as a vendor of food and meals purportedly distributed by other sites sponsored by PIQC, 22-MJ-31, p. 82-83.  Of that money received, bank records show only 3.3% of it was used to buy food or meals to serve at-risk youth, p.84, while the remaining amount was stolen and used to purchase real estate in the Twin Cities area and Nairobi, Kenya, vehicles, and personal travel.  (22-MJ-31, p.84-102).

Therefore, these claims are denied because the federal affidavits show they fraudulently obtained money through PIQC. What follows is a chart showing the reason for the denial of the 7 remanded claims.

| Site Id | Site Name | IReason | Notes |
|---------|-----------|---------|-------|
| 9000017493 | Child Care Development Center | Missing some documents | Have invoices for lunch and supper, but no invoices or receipts for breakfast or snacks served.  Invoices provided do not support the claim. |
| 9000017657 | Masjid As-Sunnah | Facts of the affidavit do not support the claim | ThinkTechAct invoiced and paid for meals. In addition to the affidavit, ThinkTechAct was not the correct vendor. |
| 9000018116 | Luther's Little Explorers | Missing some documents | Missing lunch menus and invoices from vendor |
| 9000018691 | Albright Townhomes | Facts of the affidavit do not support the claim | Invoice from ThinkTechAct; |
| 9000019387 | Somali American Peace Council | Facts of the affidavit do not support the claim | S & S Catering was paid |

| 9000019416 | Disabled Immigrant Association | Facts of the affidavit do not support the claim | S & S catering & delivering groceries |
| 9000019523 | Mind Foundry: Stony Creek Estates | Facts of the affidavit do not support the claim | Mind Foundry same as ThinkTechAct and is defrauding the government. |

## 3. January 2022 Claims

| Site Id | Site Name | Reason | Notes |
|---|---|---|---|
| 9000018227 | Lovely Child Care Center LLC | Invoice and/or menu do not support the claim | Vended meal contract and invoice do not match |
| 9000018045 | Hope Senior Center | Invoice and/or menu do not support the claim | Adult day claiming 694 B, 731 L, 610 AM snacks.  Documents do not support regulatory meal requirements under 7 CFR 226.20.  Additional invoices did not support # of snacks claimed. |
| 9000017054 | Masjid Shaafici Cultural Center shift 1 | Delivering groceries (ingredients) not meals | In addition to groceries, the site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019653 | Northside Boxing Club | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c), also invoice uploaded was for December not January. |
| 9000019690 | Great is Thy Faithfulness COGIC | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019169 | House of Refuge Outreach | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) Additionally, House of Refuge's, executive director Sharon Ross, had a prior conviction for theft by swindle, court file no. 62-CR-14-3136 in 2014 in violation of 7 CFR 226.6(c)(3)(ii)(A) |
| 9000018682 | Aaran Adult Daycare Inc. | Invoice and/or menu do not support the claim | Breakfast and Snack receipts not itemized, included on invoice from vendor, but contract was for lunch only. No milk receipts, therefore not in compliance with 7 CFR 226.20, contract for vended meals shows that lunches do not include milk. |
| 9000018699 | Nuna Childcare Center, Inc. | Invoice and/or menu do not support the claim | Catering invoice does not match the contract or claim.  Additionally, snacks also included on invoice (not itemized), but not in contract. |
| 9000019011 | Odowa: Central Park Lexington | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |

| 9000019038 | Saint Ourael Ethiopian Orthodox Tewahedo Church | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
|---|---|---|---|
| 9000019722 | Serving Younger Generation | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019445 | AN Organization | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019468 | African Community School | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019168 | Bass Lake - Supportive Guidance | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019492 | City of Praise | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019501 | Direction for Youth - Central | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019511 | Faith Lutheran Church | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019504 | Fatima Foundation | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019587 | Gurey Organization | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019033 | Ethiopian Community of Minnesota | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) Additionally, contract is for the wrong location |
| 9000019167 | Lowry - Supportive Guidance | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019022 | Ministerios Internacionales: Rios Agua Viva | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019489 | New Creation Church | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019399 | Supportive Guidance: Redby Community Center | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c), and delivering groceries not meals |

| 9000019486 | Waite Park Wesleyan Church | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019424 | Wiilwaal Sports Foundation | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019422 | Women Economic Development Center | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019462 | Youth Skills Development | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019485 | Iglesia Pentecoste Alfa y Omega | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). Invoice billed to different site name |
| 9000017843 | All Saints Child Care | Invoice and/or menu do not support the claim | Childcare center not enough milk purchases to support the claim in compliance with 7 CFR 226.20 |
| 9000017605 | Beautiful Savior | Invoice and/or menu do not support the claim | Childcare center not enough milk purchases to support claim under 7 CFR 226.20.   Only uploaded invoice from vendor for partial month. |
| 9000019641 | Youth Skills Development - 59th | Delivering groceries (ingredients) not meals | Contract indicates unitized meals but groceries were delivered. |
| 9000019640 | Youth Skills Development - Hudson Rd | Delivering groceries (ingredients) not meals | Contract indicates unitized meals but groceries were delivered. |
| 9000017998 | Amni Corporation | Invoice and/or menu do not support the claim | Contract renewal does not follow renewal standards under 2 CFR 200, and invoices do not support AM snacks claimed. |
| 1000005779 | Campus Playhouse | Invoice and/or menu do not support the claim | Did not actually upload invoices.  Uploaded a balance sheet but no invoices. |
| 9000019961 | MCS Dayton | Invoice and/or menu do not support the claim | Different company provided invoice, not on vended meal contract, also delivering groceries not unitized meals as states in contract |
| 9000019495 | Brookdale Park | Invoice and/or menu do not support the claim | Different vendor on invoice, does not match vended meal contract |
| 9000019512 | Somali American Cultural Society of Owatonna | Invoice and/or menu do not support the claim | Delivering groceries not meals; invoice states to make payments also to Somali American Cultural Society of Owatonna; invoice does not match menu |
| 9000018688 | Youth Wisdom Inc | Delivering groceries (ingredients) not meals | Delivering groceries, not meals, same menu all month |

| 9000019798 | Amiin Youth | Delivering groceries (ingredients) not meals | Invoice not itemized, instead is listed by each meal category (i.e. supper), no vended meal contract with the vendor "The Produce" |
|---|---|---|---|
| 9000017125 | Bright Star Daycare | Invoice and/or menu do not support the claim | Invoice did not contain necessary information. Site application indicates self-prep but an invoice from vendor is provided. Contract was not provided to MDE per 7 CFR 226.21(c). Other invoices do not support menu. |
| 9000018736 | Karmel Mall | Invoice and/or menu do not support the claim | Invoice does not add up- shows a total of 2000 Suppers (x$3.37ea) + 2000 Snacks (x$.85ea) provided (Claimed 23918 suppers & 23918snacks) = $59,080, actual cost should be $8,440 based on the number of meals shown on the invoice provided. Also providing grocery delivery. |
| 9000016623 | Future Leaders Early Learning Center, Inc | Invoice and/or menu do not support the claim | Invoice does not contain quantity of meals. |
| 9000016001 | Battle Creek | Delivering groceries (ingredients) not meals | Invoice does not match claim. Many more meals were claimed than paid according to invoice. |
| 9000019032 | Aaran Community Service | Invoice and/or menu do not support the claim | Invoice does not match menu; additionally delivering groceries not meals |
| 9000019018 | Academy for Young Leaders | Invoice and/or menu do not support the claim | Invoice does not match vended meal contract, Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019654 | Academy for Young Leaders – Minneapolis | Invoice and/or menu do not support the claim | Invoice does not match vended meal contract, Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000019950 | Youth and Adult Inc | Invoice and/or menu do not support the claim | Invoice from a different company, not listed in vended meal contract. Contract was not provided to MDE per 7 CFR 226.21(c) |
| 9000015066 | Open Arms Early Education & Child Care Center | Missing some documents | Invoice from catering does not include lunches, only dinners. Charged $3.50 on invoice for dinners, however the catering contract has a set price of $3.00. Invoice not itemized from caterer. Missing documentation for meals provided and claimed for regular CACFP at child care site. |
| 9000016888 | Mount Olivet Rolling Acres | Invoice and/or menu do not support the claim | Invoice from vendor was for last part of December and early January. |
| 9000018708 | East Africa Health Network | Invoice and/or menu do not support the claim | Invoice from Midwest Pizza & Deli not itemized, no vended meal contract; Grocery delivery. Contract was not provided to MDE per 7 CFR 226.21(c) |

| 9000017021 | Lakes Adult Day Care, Inc | Invoice and/or menu do not support the claim | Invoice had no product codes, does not support the claim. |
|---|---|---|---|
| 9000018727 | Multiple Community Services | Delivering groceries (ingredients) not meals | Invoice is not itemized in addition to providing groceries. |
| 9000016447 | 2nd Home Childcare LLC | Invoice and/or menu do not support the claim | Invoice is not itemized and from restaurant and application is self-prep. It is handwritten and states $3840 for January but then a print out from the restaurant states $2988.00. |
| 9000015506 | Cedar Gland Child Care Center Inc | Invoice and/or menu do not support the claim | Invoice is not itemized list pasta/rice lettuce, banana and carrots and chicken sandwich/fries.  Menu does not match invoices.  Uncreditable milk purchased and well as not enough milk purchased in compliance with 7 CFR 226.20. |
| 9000019754 | Supportive Guidance Rochester | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019529 | Somali American Relief Organization - Bloomington | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c).  Also, groceries not meals |
| 9000019809 | All Somali Community Worldwide | Delivering groceries (ingredients) not meals | Invoice not detailed, simply lists "fruit" or "vegetable" etc. |
| 9000019844 | Holistic Natural Beauty Center | Invoice and/or menu do not support the claim | Invoice not from vendor stated in vended meal contract, contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019773 | Golden Meadows | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019841 | Guled Academy | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019324 | Kayd Foundation – Blaisdell | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019771 | Multiple Community Services - Park Ave | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019889 | Roxbury Community Services | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000016505 | SMILES Child Care LLC | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |

| 9000018732 | Organization of Liberian in Minnesota (OLM) | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). Delivering groceries. |
| 9000019659 | All Somali Community Worldwide – Nicollet | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000018477 | East African Health Network - Abu Hanifa | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019973 | Gaafa Hope Foundation | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000018981 | Gar Gar Help - St. Louis Park | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019769 | Hormar Foundation | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019880 | Ibnu Maskut Center | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019891 | Youth Skills Development Clinton | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019958 | Hope Hunger Relief - Excelsior | Invoice and/or menu do not support the claim | Invoice not specific "fruit"; delivering groceries |
| 9000018556 | Peaceful Adult Day Center | Invoice and/or menu do not support the claim | Invoice was $12 per meal but vended meal contract was $10 per meal. Invoice and claim do not support each other.  Vended meal contract indicated no milk provided. |
| 9000019025 | New Hope Baptist Church | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019714 | Average Mohamed - Washington | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c).  ; and menu supports groceries not meals |
| 9000018973 | Qaraabo | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c).  And delivering groceries, not meals |
| 9000018704 | National Somali American Council | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |

| 9000017269 | United Child Care Center | Invoice and/or menu do not support the claim | Invoices are from "warehouse 377," site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000015453 | Asian Community Center | Invoice and/or menu do not support the claim | Invoices do not match menu items |
| 9000015763 | Phoenix Cove Adult Day Care | Missing some documents | Invoices do not support menu. Invoices do not show any snack menu items purchased, eggs served for breakfast or most of the protein on menus served at lunch. |
| 9000015237 | United Cambodian Association of Minnesota | Invoice and/or menu do not support the claim | Invoices do not support PM snack menu items, Vendor invoice only lists one total amount and is from Jan 6, 2022.  The number of meals are not specified. |
| 9000019974 | Bright Future Academy | Delivering groceries (ingredients) not meals | Invoices don't match menu |
| 9000015924 | Hiawatha Adult Day Center | Invoice and/or menu do not support the claim | Invoices from vendor are not itemized and lunch meals are being charged $12.00/meal, but in vended meal contract should be $8.00/meal. |
| 9000018953 | Overcomers Victory Church | Delivering groceries (ingredients) not meals | Invoices not itemized |
| 9000018999 | Kayd Foundation – Franklin | Invoice and/or menu do not support the claim | Invoices show 500 meals & snacks every day from restaurant but the attendance shows the number fluctuates including one day for 221. |
| 9000019839 | Aalbaraka Relief | Invoice and/or menu do not support the claim | Invoices submitted were for December/ based on menu, delivering groceries |
| 9000019662 | Abubakar As-Saddique | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |
| 9000019212 | Action For East African People- 97th | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |
| 9000019213 | Action For East African People- Portland | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |
| 9000019214 | Action For East African People- Stevens | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |
| 9000018703 | Action for East African People | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |
| 9000020174 | Action for East African People | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |

| 9000018843 | Action for East African People – Oakland | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |
| 9000020132 | Action for East African People – Wilkin | Delivering groceries (ingredients) not meals | Items on invoice don't match menu |
| 9000019984 | Young Muslim Collective | Delivering groceries (ingredients) not meals | Items on invoice don't match what was on menu |
| 9000019036 | Care Community Services | Delivering groceries (ingredients) not meals | Items on receipt does not match menu |
| 9000019650 | Somali Women Fashion Foundation | Missing some documents | Menu and invoice were from December |
| 9000019910 | Help and Support | Delivering groceries (ingredients) not meals | Menu does not match invoice for food provided |
| 9000016619 | Intown Child Care Center | Invoice and/or menu do not support the claim | Most items on invoices were not creditable.  Invoices items did not match menu items. |
| 9000016833 | Tendercare Learning Center, LLC | Invoice and/or menu do not support the claim | Most milk purchased was 2% and not creditable, not enough milk purchased per 7 CFR 226.20, invoice for vended meals did not state per meal price.  Not enough other purchases to support breakfast and snack menus. |
| 9000016053 | South St Cloud Playhouse | Invoice and/or menu do not support the claim | No actual invoices uploaded, instead a financial document of expenditures in January. |
| 9000019331 | Neighborhood Youth Center | Missing some documents | No enrichment provided |
| 9000016563 | MBW Company Adult Day Services | Invoice and/or menu do not support the claim | No invoices for snack items.  Invoice from vendor did not include vendor's name, contact info, etc. |
| 9000016730 | Ayeeyo Childcare Center, Inc. | Invoice and/or menu do not support the claim | No invoices uploaded |
| 9000017418 | Five Star Early Learning Center LLC | Missing some documents | No invoices uploaded |
| 9000014563 | Noahs Ark Preschool | Missing some documents | No menu for lunch from vendor |
| 9000017120 | Peaceful Heights Montessori School & Day Care | Invoice and/or menu do not support the claim | No milk purchased per 7 CFR 226.20.   Menu says "has dairy" with no more explanation.  Still need invoices. |

| 9000016839 | Gedi Adult Day Care Corporation | Invoice and/or menu do not support the claim | No milk purchases per 7 CFR 226.20 and vended meal contract does not include milk. |
| 9000017439 | Blooming Kids Child Care Center | Invoice and/or menu do not support the claim | No milk purchases per 7 CFR 226.20, invoices do not match menu. |
| 9000018608 | Excelsior Covenant Preschool | Invoice and/or menu do not support the claim | No milk purchases per 7 CFR 226.20, invoices do not match menu. |
| 9000015030 | Bright Stars Learning Center Inc. | Missing some documents | No milk receipts per 7 CFR 226.20, (vended meals contract does not include milk); no invoices for Jan 16-30; No receipts for breakfast & snack items (contract for lunch and supper only) |
| 9000012728 | Yanyo Child Care Center, Inc | Invoice and/or menu do not support the claim | No produce purchases to support menu |
| 9000019821 | Nurturing Hands-River Ridge | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided. Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000011331 | Touching Lives Adult Day Services | Invoice and/or menu do not support the claim | Not enough milk purchased for # of meals claimed to comply with 7 CFR 226.20 |
| 9000016562 | Unique Adult Day Care Center | Invoice and/or menu do not support the claim | Not enough milk purchased for # of meals claimed to comply with 7 CFR 226.20 |
| 9000018091 | Trinity Lutheran Preschool | Invoice and/or menu do not support the claim | Not enough milk purchased for # of meals claimed (3 gallons) to comply with 7 CFR 226.20 |
| 9000018663 | Twin Cities Daycare and Child Development Center, Inc. | Invoice and/or menu do not support the claim | Not enough milk purchased for # of meals claimed to comply with 7 CFR 226.20, restaurant invoice does not state food purchased. |
| 9000018116 | Luther's Little Explorers | Invoice and/or menu do not support the claim | Not enough milk purchased to comply with 7 CFR 226.20, invoice does not match menu items |
| 9000017341 | Hopkins Child Care Center, LLC | Invoice and/or menu do not support the claim | Not enough milk purchased to comply with 7 CFR 226.20, invoice from restaurant did not match menu items. |
| 9000016200 | All Ages & Faces Academy | Invoice and/or menu do not support the claim | Not enough milk purchased to comply with 7 CFR 226.20, non-creditable 2% milk purchased |
| 9000017790 | Cathedral Hill Montessori | Invoice and/or menu do not support the claim | Only 1/2 gallon milk purchased, not in compliance with 7 CFR 226.20 |
| 9000019447 | Nurturing Hands Foundation | Delivering groceries (ingredients) not meals | Per contract should have been unitized meals, not groceries. |
| 9000019028 | Horn of Africa St Peter | Invoice and/or menu do not support the claim | Price charged does not match vended contract |

| 9000019982 | Metro Adult Day Program | Invoice and/or menu do not support the claim | Price does not match vended meal contract |
|---|---|---|---|
| 9000019562 | Nurturing Hands Foundation: Stone Grove | Invoice and/or menu do not support the claim | Price on invoice does not match contract, groceries, address in contract doesn't match site location |
| 9000019408 | Almadow Network | Invoice and/or menu do not support the claim | Price on invoice doesn't match vended meal contract, delivering groceries |
| 9000019643 | Wadajir Social Services - Ramsey | Invoice and/or menu do not support the claim | Price per meal does not match vended meal contract, address in contract does not correlate to site |
| 9000019644 | Wadajir Social Services - Brooklyn Blvd | Invoice and/or menu do not support the claim | price per meal does not match vended meal contract, delivering groceries not unitized meals as in contract |
| 9000019563 | Iglesla De Dios Pentecostal MI Rosa de Saron | Invoice and/or menu do not support the claim | Prices don't match what was charged in the invoice |
| 9000017999 | Riverside Adult Care Center | Invoice and/or menu do not support the claim | Prices on invoice did not match vended meal contract. |
| 9000018859 | St. Mary Ethiopian Orthodox Tewahedo Church | Invoice and/or menu do not support the claim | Quantity of items on invoice not specified; Delivering groceries |
| 9000017829 | Al-Ikhlas Islamic Institute - Masjid Al-Iman | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019005 | Key Partner Care | Delivering groceries (ingredients) not meals | In addition to delivering groceries, snack was 0.90 and supper $3.29 on vended meal contract but on invoice suppers cost $101 and snacks cost $27.90 per each. |
| 9000019556 | Al-Ansar Islamic Movement | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c).  Also delivering groceries not meals |
| 9000017096 | Advance Adult Day Care Center | Invoice and/or menu do not support the claim | Vended meal contract indicated breakfasts but invoices do not support that and invoices do not support # of breakfasts claimed. |
| 9000019012 | Odowa: Central Park-Dale East | Invoice and/or menu do not support the claim | Vended meal contract but invoice from different company and not meals.  Organization name does not match application in CLiCS |

| 9000016659 | Cedar Riverside Child Care Center, LLC | Invoice and/or menu do not support the claim | Vended meal contract does not include milk. Not enough milk was purchased for # of meals per 7 CFR 226.20. |
|---|---|---|---|
| 9000017417 | Loving Arms Adult Care LLC | Invoice and/or menu do not support the claim | Vended meal contract in the application lists a different vendor than the invoice uploaded in SharePoint |
| 9000017766 | Friendly Adult Daycare Center | Invoice and/or menu do not support the claim | Vended meal contract states they provide snack but there is no price indicated. Prices on invoices from Central Deli are not the same as the per meal price indicated on the vended meal contract. No invoice from Holy Land which is indicated on the vended meal contract as supplying lunch on Wednesday. |
| 9000018069 | Afton View Child Care Center | Missing some documents | Vended meals provider for lunch- no lunch menu available. |
| 9000019770 | Horn of Africa Aid and Rehabilitation Action Network Mankato | Delivering groceries (ingredients) not meals | Vendor is delivering groceries once per week. Invoice shows meals and snacks are being charged at a higher rate than the rate in the vendor meal contract. |
| 9000018368 | Friendly Home Health Care | Invoice and/or menu do not support the claim | Western Bank Restaurant serves Thursday and Fridays via vended meal contract. Central Deli serves other days for $10 a meal per vended meal contract. They claimed 485 lunches Monday-Wednesday but the invoice was only for $3,857.45. Western Bank doesn't have an invoice it has something like a check ledger. |
| 9000017632 | Abrar Community Center | Delivering groceries (ingredients) not meals | |
| 9000019262 | Action for East African People – Aldrich | Delivering groceries (ingredients) not meals | |
| 9000019040 | Addis Foundation | Invoice and/or menu do not support the claim | |
| 9000019464 | Advancement for Youth Education | Invoice and/or menu do not support the claim | |
| 9000018860 | African Community Family Service in Minnesota | Invoice and/or menu do not support the claim | |
| 9000019056 | African Community Services | Delivering groceries (ingredients) not meals | |

| | | | |
|---|---|---|---|
| 9000019656 | Aico Foundation | Delivering groceries (ingredients) not meals | |
| 9000018870 | Al-Huda Islamic Center | Delivering groceries (ingredients) not meals | |
| 9000020044 | All Somali Community Worldwide - 24th | Delivering groceries (ingredients) not meals | |
| 9000020046 | All Somali Community Worldwide Brooklyn Center | Delivering groceries (ingredients) not meals | |
| 9000020045 | All Somali Community Worldwide Earle Brown | Delivering groceries (ingredients) not meals | |
| 9000018698 | All Star Academy | Delivering groceries (ingredients) not meals | |
| 9000018864 | Apple Valley Community Center | Delivering groceries (ingredients) not meals | |
| 9000018911 | Apple Youth Care | Delivering groceries (ingredients) not meals | |
| 9000019530 | Assunnah Society of Columbus | Delivering groceries (ingredients) not meals | |
| 9000018852 | Average Mohamed | Delivering groceries (ingredients) not meals | |
| 9000019712 | B and B 27th Ave | Delivering groceries (ingredients) not meals | |
| 9000019658 | B and B 38th St. | Delivering groceries (ingredients) not meals | |
| 9000019661 | B and B Cliff Road 300 | Delivering groceries (ingredients) not meals | |
| 9000019531 | Bilal Islamic Center and Relief Services | Delivering groceries (ingredients) not meals | |
| 9000016458 | Bilal Orormo Dawa Center | Delivering groceries (ingredients) not meals | |
| 9000019758 | Cedar Villas Apartments | Delivering groceries (ingredients) not meals | |

| 9000019762 | Children Food Relief | Invoice and/or menu do not support the claim | |
| 9000018932 | Choices Inc. | Delivering groceries (ingredients) not meals | |
| 9000019551 | Crystal Community Center | Delivering groceries (ingredients) not meals | |
| 9000019865 | Darul Hikmah | Invoice and/or menu do not support the claim | |
| 9000020064 | Darul Iman Cultural | Delivering groceries (ingredients) not meals | |
| 9000018915 | Eagle Christian Worship Center | | |
| 9000019493 | Ethiopian Evangelical Church | Invoice and/or menu do not support the claim | |
| 9000019989 | Evangelical Eritean Church | Delivering groceries (ingredients) not meals | |
| 9000019183 | Faith Church International | Invoice and/or menu do not support the claim | |
| 9000019522 | Future Youth Foundation of Twin Cities | Delivering groceries (ingredients) not meals | |
| 9000019996 | Gambella Diaspora Association | Invoice and/or menu do not support the claim | |
| 9000018933 | Great Lakes Charities-44th | Delivering groceries (ingredients) not meals | |
| 9000019735 | Great Purpose Network - 9th | Delivering groceries (ingredients) not meals | |
| 9000018031 | Harmon Park | Delivering groceries (ingredients) not meals | |
| 9000019423 | Hayaan Inc | Delivering groceries (ingredients) not meals | |
| 9000019000 | Helping Hands | Invoice and/or menu do not support the claim | |

| 9000019711 | Helping People – Rochester | Invoice and/or menu do not support the claim | Vendor on invoice doesn't match vended meal contract |
|---|---|---|---|
| 9000019976 | Helping People Austin | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019977 | Helping People St Peter | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000018835 | Hilaac Foundation | Delivering groceries (ingredients) not meals | |
| 9000019909 | Hilaac Foundation Waite Park | Delivering groceries (ingredients) not meals | |
| 9000019519 | Hope Feeding | Delivering groceries (ingredients) not meals | |
| 9000018817 | Hope and Development Organization | Delivering groceries (ingredients) not meals | |
| 9000019216 | Ilays Community Outreach | Delivering groceries (ingredients) not meals | |
| 9000018987 | Immigrant Development Center | Delivering groceries (ingredients) not meals | |
| 9000019516 | International Gateway | Delivering groceries (ingredients) not meals | |
| 9000019611 | M5 Care | Delivering groceries (ingredients) not meals | |
| 9000018914 | MN Debre Bisrat St. Gabriel and St. Arserma | Delivering groceries (ingredients) not meals | |
| 9000019781 | MN Housing Development Center - George | Delivering groceries (ingredients) not meals | |
| 9000018912 | MN Youth: Masjid Niamat Ul Islam | Delivering groceries (ingredients) not meals | |
| 9000019182 | Maranatha SDA Church | Delivering groceries (ingredients) not meals | |
| 9000018865 | Masjid At-Taqwa | Delivering groceries (ingredients) not meals | |

| | | | |
|---|---|---|---|
| 9000018834 | Masjid Salaam Cultural Center | Delivering groceries (ingredients) not meals | |
| 9000019558 | Medhanalem Ethiopian Orthodox Church | Delivering groceries (ingredients) not meals | |
| 9000019064 | Minnesota Community of African People with Disabilities | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000017628 | Minnesota Muslim Community Center | Delivering groceries (ingredients) not meals | |
| 9000019429 | Minnesota Unite | Delivering groceries (ingredients) not meals | |
| 9000019685 | Prime Center | Delivering groceries (ingredients) not meals | |
| 9000018846 | Ramadan Center | Delivering groceries (ingredients) not meals | |
| 9000019010 | Rural Empowerment and Institutional Development | Delivering groceries (ingredients) not meals | |
| 9000017754 | Seeds of Wisdom (Afterschool) | Delivering groceries (ingredients) not meals | |
| 9000019514 | Seward Cares | Delivering groceries (ingredients) not meals | |
| 9000018921 | Somali Action Alliance | Delivering groceries (ingredients) not meals | |
| 9000020000 | Somali Community Relations Council | Delivering groceries (ingredients) not meals | |
| 9000018909 | Somali Community Resettlement Services Faribault | Delivering groceries (ingredients) not meals | |
| 9000018925 | Somali Multi Service Mpls | Delivering groceries (ingredients) not meals | |
| 9000019039 | Somali Tech Institute | Delivering groceries (ingredients) not meals | |

| 9000019997 | St Paul Karen SDA Church | Delivering groceries (ingredients) not meals | |
| 9000019509 | St. Paul African Community Center | Delivering groceries (ingredients) not meals | |
| 9000019646 | United for Harmony | Delivering groceries (ingredients) not meals | |
| 9000018988 | Urban Advantage Center | Delivering groceries (ingredients) not meals | |
| 9000019448 | Wadajir Social Services | Delivering groceries (ingredients) not meals | |
| 9000019013 | Women and Youth Community Action Network | Delivering groceries (ingredients) not meals | |
| 9000019049 | Youth Mentorship Program | Delivering groceries (ingredients) not meals | |

## 4. February 2022 Claims

| Site Id | Site Name | Reason | Notes |
|---|---|---|---|
| 9000019839 | Aalbaraka Relief | Delivering groceries (ingredients) not meals | |
| 9000019032 | Aaran Community Service | Delivering groceries (ingredients) not meals | |
| 9000017632 | Abrar Community Center | Delivering groceries (ingredients) not meals | |
| 9000019662 | Abubakar As-Saddique | Delivering groceries (ingredients) not meals | Supplier cannot be found as an active business in addition to delivering groceries |
| 9000019654 | Academy for Young Leaders - Minneapolis | Delivering groceries (ingredients) not meals | |
| 9000018703 | Action for East African People | Delivering groceries (ingredients) not meals | Documentation supports groceries not meals, also missing invoices |
| 9000020174 | Action for East African People | Delivering groceries (ingredients) not meals | Receipts were for Phoenix Cove ADC instead of this site.  Menu supports groceries instead of meals. |
| 9000019262 | Action for East African People - Aldrich | Delivering groceries (ingredients) not meals | Documentation supports groceries not meals, also missing invoices |
| 9000018843 | Action for East African People - Oakland | Delivering groceries (ingredients) not meals | Also no invoices provided |
| 9000020132 | Action for East African People - Wilkin | Delivering groceries (ingredients) not meals | |
| 9000019212 | Action For East African People- 97th | Delivering groceries (ingredients) not meals | Documentation supports groceries not meals, also missing invoices |
| 9000019213 | Action For East African People- Portland | Delivering groceries (ingredients) not meals | Documentation supports groceries not meals, also missing invoices |
| 9000019214 | Action For East African People- Stevens | Delivering groceries (ingredients) not meals | |
| 9000019040 | Addis Foundation | Delivering groceries (ingredients) not meals | Invoice isn't consistent with standard information such as invoice number as well as groceries being served. |
| 9000019933 | Adecco - Eden Prairie | Delivering groceries (ingredients) not meals | Additionally, Alif Halal was inactive until 7/12/22. |

| 9000019932 | Adecco - Nicollet | Delivering groceries (ingredients) not meals | Additionally, sent a receipt for money wire |
| 9000017096 | Advance Adult Day Care Center | Invoice and/or menu do not support the claim | Invoice shows vended and self-prep, the vended invoice is not detailed as to what. Contract in application shows vended for all meals, this is not what the invoices show |
| 9000019464 | Advancement for Youth Education | Delivering groceries (ingredients) not meals | |
| 9000018860 | African Community Family Service in Minnesota | Delivering groceries (ingredients) not meals | In addition, wrong invoices also uploaded |
| 9000019656 | Aico Foundation | Delivering groceries (ingredients) not meals | |
| 9000019556 | Al-Ansar Islamic Movement | Delivering groceries (ingredients) not meals | |
| 9000018870 | Al-Huda Islamic Center | Delivering groceries (ingredients) not meals | |
| 9000017843 | All Saints Child Care | Invoice and/or menu do not support the claim | Not enough milk purchased to comply with 7 CFR 226.20 |
| 9000020044 | All Somali Community Worldwide - 24th | Delivering groceries (ingredients) not meals | |
| 9000020046 | All Somali Community Worldwide Brooklyn Center | Delivering groceries (ingredients) not meals | |
| 9000020045 | All Somali Community Worldwide Earle Brown | Delivering groceries (ingredients) not meals | Delivering groceries and invoices are for the wrong month. Invoices support groceries not meals |
| 9000018698 | All Star Academy | Delivering groceries (ingredients) not meals | |
| 9000019798 | Amiin Youth | Delivering groceries (ingredients) not meals | Vended with The Produce, invoice was from April but had December dates |
| 9000017998 | Amni Corporation | Invoice and/or menu do not support the claim | Claim, invoice and attendance numbers do not match |
| 9000019445 | AN Organization | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided. Contract was not provided to MDE per 7 CFR 226.21(c). |

| 9000018864 | Apple Valley Community Center | Delivering groceries (ingredients) not meals | In addition to groceries, only one week menu was provided and no invoices |
| 9000018911 | Apple Youth Care | Delivering groceries (ingredients) not meals | Also, only invoice provided is for 960 eggs. |
| 9000019714 | Average Mohamed - Washington | Invoice and/or menu do not support the claim | Invoice not itemized, also missing menus, receipt is for groceries. |
| 9000019661 | B and B Cliff Road 300 | Delivering groceries (ingredients) not meals | |
| 9000016001 | Battle Creek | Delivering groceries (ingredients) not meals | Uploaded January Records for February |
| 9000016458 | Bilal Orormo Dawa Center | Delivering groceries (ingredients) not meals | Uploaded January Records for February |
| 9000017125 | Bright Star Daycare | Invoice and/or menu do not support the claim | Unknown invoices, rest are Domino's pizza |
| 9000015030 | Bright Stars Learning Center Inc. | Invoice and/or menu do not support the claim | No produce on invoices, invoices do not match menu items. No vended meal invoice. |
| 1000005779 | Campus Playhouse | Invoice and/or menu do not support the claim | Did not upload invoices.  Uploaded balance sheet. |
| 9000019036 | Care Community Services | Delivering groceries (ingredients) not meals | |
| 9000019762 | Children Food Relief | Delivering groceries (ingredients) not meals | |
| 9000019492 | City of Praise | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c).  Appears to be under another site. |
| 9000017819 | Comfort Adult Day Care | Invoice and/or menu do not support the claim | Menus show that there are non-creditable meals yet claimed |
| 9000019865 | Darul Hikmah | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000020064 | Darul Iman Cultural | Invoice and/or menu do not support the claim | Invoice doesn't match menus, delivering groceries |
| 9000016501 | Degan Child Care Center | Invoice and/or menu do not support the claim | Invoice from Java Cafe is not itemized.  It just says "sports" and then 115. |

| 9000018915 | Eagle Christian Worship Center | Delivering groceries (ingredients) not meals | |
| 9000018708 | East Africa Health Network | Delivering groceries (ingredients) not meals | In addition, no invoice provided for Feb |
| 9000019033 | Ethiopian Community of Minnesota | Delivering groceries (ingredients) not meals | |
| 9000019493 | Ethiopian Evangelical Church | Delivering groceries (ingredients) not meals | Also sent invoice for truck repair, not allowable |
| 9000019989 | Evangelical Eritean Church | Delivering groceries (ingredients) not meals | Attached additional truck invoices |
| 9000017766 | Friendly Adult Daycare Center | Invoice and/or menu do not support the claim | Vended contracts in application are expired, additionally the invoices do not coincide with a vended meal price. |
| 9000019996 | Gambella Diaspora Association | Delivering groceries (ingredients) not meals | Also uploaded a truck repair invoice, menu supports groceries not meals, no Feb invoice was even uploaded. |
| 9000019773 | Golden Meadows | Delivering groceries (ingredients) not meals | |
| 9000019690 | Great is Thy Faithfulness COGIC | Delivering groceries (ingredients) not meals | |
| 9000018933 | Great Lakes Charities-44th | Delivering groceries (ingredients) not meals | Application shows vended with Haji's Kitchen but invoice is from NineStar |
| 9000019841 | Guled Academy | Delivering groceries (ingredients) not meals | Additionally, vended meal with New Prospect Learning, same owner of Kilimanjaro |
| 9000019423 | Hayaan Inc | Delivering groceries (ingredients) not meals | |
| 9000019910 | Help and Support | Delivering groceries (ingredients) not meals | |
| 9000019711 | Helping People - Rochester | Delivering groceries (ingredients) not meals | |
| 9000019976 | Helping People Austin | Delivering groceries (ingredients) not meals | Nothing matches, menu supports delivering groceries |
| 9000019977 | Helping People St Peter | Delivering groceries (ingredients) not meals | Invoices not submitted, but the menu supports a delivery of groceries when compared to claim |
| 9000015924 | Hiawatha Adult Day Center | Invoice and/or menu do not support the claim | Some menu items are not purchased such as oranges.  Vended meal contract price is $8 but vendor charged $12. |

| 9000018835 | Hilaac Foundation | Delivering groceries (ingredients) not meals | Also missing Feb invoices/receipts |
| 9000019909 | Hilaac Foundaton Waite Park | Delivering groceries (ingredients) not meals | Menu supports groceries, no February invoices/receipts updates |
| 9000019519 | Hope Feeding | Delivering groceries (ingredients) not meals | Mohamed Isse owns Aaran Restaurant and runs Hope Feeding- conflict of interest |
| 9000019169 | House of Refuge Outreach | Delivering groceries (ingredients) not meals | Additionally, House of Refuge's, executive director Sharon Ross, had a prior conviction for theft by swindle, court file no. 62-CR-14-3136 in 2014 in violation of 7 CFR 226.6(c)(3)(ii)(A) |
| 9000019880 | Ibnu Maskut Center | Delivering groceries (ingredients) not meals | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019994 | Igare Rural Education Foundation | Delivering groceries (ingredients) not meals | |
| 9000019485 | Iglesia Pentecoste Alfa y Omega | Delivering groceries (ingredients) not meals | |
| 9000018987 | Immigrant Development Center | Delivering groceries (ingredients) not meals | |
| 9000019516 | International Gateway | Delivering groceries (ingredients) not meals | |
| 9000018736 | Karmel Mall | Delivering groceries (ingredients) not meals | |
| 9000019005 | Key Partner Care | Delivering groceries (ingredients) not meals | Missing invoices as well, menu supports delivering groceries |
| 9000015076 | Kids Garden Daycare | Invoice and/or menu do not support the claim | Invoices do not support snack menus or # of snacks claimed. Application states meals are prepared on site but invoices are per meal price. |
| 9000016306 | Lifestyle Adult Day Center | Invoice and/or menu do not support the claim | Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000018227 | Lovely Child Care Center LLC | Invoice and/or menu do not support the claim | Non-creditable foods claimed for |
| 9000017417 | Loving Arms Adult Care LLC | Invoice and/or menu do not support the claim | Invoices and receipts do not support menu |
| 9000019611 | M5 Care | Delivering groceries (ingredients) not meals | |

| 9000018865 | Masjid At-Taqwa | Delivering groceries (ingredients) not meals | |
| 9000019558 | Medhanalem Ethiopian Orthodox Church | Delivering groceries (ingredients) not meals | |
| 9000019982 | Metro Adult Day Program | Invoice and/or menu do not support the claim | Invoices for vended and purchased, don't match with menus and claims. Site application indicates self-prep but an invoice from vendor is provided. Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019022 | Ministerios Internacionales: Rios Agua Viva | Delivering groceries (ingredients) not meals | |
| 9000019064 | Minnesota Community of African People with Disabilities | Delivering groceries (ingredients) not meals | Also using MATTER which delivers food boxes, not meals, Site application indicates self-prep but an invoice from vendor is provided. Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019429 | Minnesota Unite | Delivering groceries (ingredients) not meals | |
| 9000018735 | Minnesota's Somali Community | No documents uploaded to support claim | No documents were uploaded for this claim |
| 9000019781 | MN Housing Development Center - George | Delivering groceries (ingredients) not meals | |
| 9000018727 | Multiple Community Services | Delivering groceries (ingredients) not meals | |
| 9000019489 | New Creation Church | Delivering groceries (ingredients) not meals | |
| 9000019025 | New Hope Baptist Church | Delivering groceries (ingredients) not meals | Also under HOR, Brava Cafe as vendor but site application indicates self-prep but an invoice from vendor is provided. Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000015750 | Nokomis Daycare Center Inc. | Invoice and/or menu do not support the claim | Using Baraka Allah Restaurant, invoice says to ship to Harakallah Restaurant yet Nokomis paid the bill. Additional receipts for pizza and unknown items |
| 9000017879 | North Star Health Alliance | Invoice and/or menu do not support the claim | Vendor is owned by same man who was disqualified from CACFP |

| 9000015066 | Open Arms Early Education & Child Care Center | Invoice and/or menu do not support the claim | Invoices are only for pizza and a few produce & milk purchases. Invoices do not support the # of meals claimed. |
|---|---|---|---|
| 9000018556 | Peaceful Adult Day Center | Invoice and/or menu do not support the claim | Additionally, using the same vendor as owned by the site operator. |
| 9000015763 | Phoenix Cove Adult Day Care | Invoice and/or menu do not support the claim | Invoice does not match menu items for snacks.   No milk purchased to comply with 7 CFR 226.20 |
| 9000019685 | Prime Center | Delivering groceries (ingredients) not meals | |
| 9000017999 | Riverside Adult Care Center | Missing some documents | Vended meal contract in application does not match invoice vendor. |
| 9000019440 | SafiyaJama | Delivering groceries (ingredients) not meals | |
| 9000019038 | Saint Ourael Ethiopian Orthodox Tewahedo Church | Delivering groceries (ingredients) not meals | |
| 9000019439 | Salaam Foundation | Delivering groceries (ingredients) not meals | In addition to groceries, attached wrong month of invoice |
| 9000019722 | Serving Younger Generation | Delivering groceries (ingredients) not meals | |
| 9000018921 | Somali Action Alliance | Delivering groceries (ingredients) not meals | |
| 9000019512 | Somali American Cultural Society of Owatonna | Delivering groceries (ingredients) not meals | In addition to groceries, wrong invoice for February |
| 9000020000 | Somali Community Relations Council | Delivering groceries (ingredients) not meals | Also did not upload correct invoice or attendance sheets.  Menu supports groceries, not meals |
| 9000018925 | Somali Multi Service Mpls | Delivering groceries (ingredients) not meals | |
| 9000019039 | Somali Tech Institute | Delivering groceries (ingredients) not meals | Invoices also do not match with menu and claim |
| 9000016053 | South St Cloud Playhouse | Invoice and/or menu do not support the claim | No invoices actually uploaded.  There is a budget sheet uploaded indicating purchases from Sysco. |

| 9000018859 | St. Mary Ethiopian Orthodox Tewahedo Church | Delivering groceries (ingredients) not meals | |
| 9000019509 | St. Paul African Community Center | Delivering groceries (ingredients) not meals | |
| 9000018091 | Trinity Lutheran Preschool | Invoice and/or menu do not support the claim | Invoices did not match menu items and did not support # of meals claimed.  No vendor invoice uploaded. |
| 9000015237 | United Cambodian Association of Minnesota | Invoice and/or menu do not support the claim | Vended meal contract states per meal price.  Invoice from restaurant is one lump sum price. |
| 9000016620 | Universal Adult Day Care Center LLC | Invoice and/or menu do not support the claim | Invoice paid is higher than the meal counts. |
| 9000017450 | Verndale Area Christian Academy | Invoice and/or menu do not support the claim | After speaking with site operator, meals were not claimed correctly. Documentation does not support what was happening as well. |
| 9000019486 | Waite Park Wesleyan Church | Delivering groceries (ingredients) not meals | |
| 9000018733 | Willmar Islamic Center | Delivering groceries (ingredients) not meals | |
| 9000019422 | Women Economic Development Center | Delivering groceries (ingredients) not meals | Shueb Mohamed runs the nonprofit and also owns the place where groceries are purchased. |
| 9000019984 | Young Muslim Collective | Delivering groceries (ingredients) not meals | |

## 5.  March 2022 Claims

| Site Id | Site Name | Reason | Notes |
|---------|-----------|--------|-------|
| 9000019839 | Aalbaraka Relief | No documents uploaded to support claim | |
| 9000019040 | Addis Foundation | Delivering groceries (ingredients) not meals | |
| 9000017096 | Advance Adult Day Care Center | No documents uploaded to support claim | |
| 9000019556 | Al-Ansar Islamic Movement | Delivering groceries (ingredients) not meals | |
| 9000018698 | All Star Academy | No documents uploaded to support claim | |
| 9000017998 | Amni Corporation | No documents uploaded to support claim | |
| 9000017995 | Bloom Early Learning | No documents uploaded to support claim | |
| 9000017125 | Bright Star Daycare | No documents uploaded to support claim | |
| 9000019036 | Care Community Services | No documents uploaded to support claim | |
| 9000016501 | Degan Child Care Center | Invoice and/or menu do not support the claim | Non-creditable meals per 7 CFR 226.20 documented but claimed |
| 9000018915 | Eagle Christian Worship Center | Delivering groceries (ingredients) not meals | In addition to groceries, wrong invoices provided |
| 9000019033 | Ethiopian Community of Minnesota | Delivering groceries (ingredients) not meals | In addition to groceries, wrong invoices provided |
| 9000016371 | Firehouse Park | No documents uploaded to support claim | |

| 9000017766 | Friendly Adult Daycare Center | Invoice and/or menu do not support the claim | Invoices of multiple vendors do not line up with menu or claim |
| 9000016623 | Future Leaders Early Learning Center, Inc | Invoice and/or menu do not support the claim | Invoice is from vendor Barkhad Catering, which is the same address as Future Leaders Early Learning Center.  Fahima Mahamud owns both the restaurant and the childcare |
| 9000015924 | Hiawatha Adult Day Center | Invoice and/or menu do not support the claim | Invoice of vended meals do not come close to the claims nor do the prices match the vended contract uploaded to the application |
| 9000017341 | Hopkins Child Care Center, LLC | No documents uploaded to support claim | |
| 9000019994 | Igare Rural Education Foundation | No documents uploaded to support claim | |
| 9000019485 | Iglesia Pentecoste Alfa y Omega | Delivering groceries (ingredients) not meals | |
| 9000017997 | Karen Myanmar Senior Center | Invoice and/or menu do not support the claim | Invoices do not show number of meals and dates. |
| 9000018227 | Lovely Child Care Center LLC | No documents uploaded to support claim | |
| 9000016563 | MBW Company Adult Day Services | No documents uploaded to support claim | |
| 9000019558 | Medhanalem Ethiopian Orthodox Church | Delivering groceries (ingredients) not meals | |
| 9000019022 | Ministerios Internacionales: Rios Agua Viva | Delivering groceries (ingredients) not meals | wrong invoices provided |
| 9000018914 | MN Debre Bisrat St. Gabriel and St. Arserma | Delivering groceries (ingredients) not meals | |
| 9000019489 | New Creation Church | Delivering groceries (ingredients) not meals | |
| 9000017879 | North Star Health Alliance | Invoice and/or menu do not support the claim | Vendor is owned by Njaklo Vangh, he was disqualified from CACFP for fraud. |
| 9000015066 | Open Arms Early Education & Child Care Center | No documents uploaded to support claim | |

| 9000018556 | Peaceful Adult Day Center | Invoice and/or menu do not support the claim | Invoice, menu and claim do not support each other |
| 9000017120 | Peaceful Heights Montessori School & Day Care | No documents uploaded to support claim | |
| 9000015763 | Phoenix Cove Adult Day Care | No documents uploaded to support claim | |
| 9000019038 | Saint Ourael Ethiopian Orthodox Tewahedo Church | Delivering groceries (ingredients) not meals | In addition, wrong invoices provided |
| 9000019039 | Somali Tech Institute | No documents uploaded to support claim | |
| 9000016053 | South St Cloud Playhouse | No documents uploaded to support claim | |
| 9000018859 | St. Mary Ethiopian Orthodox Tewahedo Church | Delivering groceries (ingredients) not meals | |
| 9000018685 | St. Therese Early Learning Center | Invoice and/or menu do not support the claim | The school invoicing itself, the invoice is from St. Therese |
| 9000018091 | Trinity Lutheran Preschool | No documents uploaded to support claim | |
| 9000017269 | United Child Care Center | Invoice and/or menu do not support the claim | Invoice is from vendor Barkhad Catering, which is the same address as Future Leaders Early Learning Center |
| 9000017633 | Unity Adult Day Care Center LLC | Invoice and/or menu do not support the claim | Vended contract in application does not match the invoice submitted. Application shows Five Star Cafe, invoice submitted is from Medina Grille. |
| 9000017450 | Verndale Area Christian Academy | Invoice and/or menu do not support the claim | Additionally, after speaking with site, they were not operating correctly. No claims to be paid. Site is going to a different sponsor. |
| 9000019486 | Waite Park Wesleyan Church | Delivering groceries (ingredients) not meals | |

## 6. April Claims

| Site Id | Site Name | Reason | Notes |
|---|---|---|---|
| 9000016447 | 2nd Home Childcare LLC | No documents uploaded to support claim | |
| 9000019040 | Addis Foundation | Invoice and/or menu do not support the claim | Invoices do not match claim month. Site application indicates self-prep but an invoice from vendor is provided.  Contract was not provided to MDE per 7 CFR 226.21(c). |
| 9000019933 | Adecco - Eden Prairie | No documents uploaded to support claim | |
| 9000019932 | Adecco - Nicollet | No documents uploaded to support claim | |
| 9000016200 | All Ages & Faces Academy | No documents uploaded to support claim | |
| 9000017843 | All Saints Child Care | No documents uploaded to support claim | |
| 9000018698 | All Star Academy | No documents uploaded to support claim | |
| 9000017998 | Amni Corporation | No documents uploaded to support claim | |
| 9000015453 | Asian Community Center | No documents uploaded to support claim | |
| 9000017605 | Beautiful Savior | No documents uploaded to support claim | |
| 1000005779 | Campus Playhouse | No documents uploaded to support claim | |
| 9000019036 | Care Community Services | No documents uploaded to support claim | |
| 9000017819 | Comfort Adult Day Care | No documents uploaded to support claim | |
| 9000016228 | Cori's Kidz Childcare | No documents uploaded to support claim | |

| | | | |
|---|---|---|---|
| 9000016501 | Degan Child Care Center | No documents uploaded to support claim | |
| 9000018457 | Fairview Multiple Sclerosis Achievement Center | No documents uploaded to support claim | |
| 9000015924 | Hiawatha Adult Day Center | No documents uploaded to support claim | |
| 9000015929 | Hmong Elders Center, Inc. | No documents uploaded to support claim | |
| 9000017341 | Hopkins Child Care Center, LLC | No documents uploaded to support claim | |
| 9000019994 | Igare Rural Education Foundation | No documents uploaded to support claim | |
| 9000017997 | Karen Myanmar Senior Center | No documents uploaded to support claim | |
| 9000018369 | Kashia Adult Day Service, LLC | No documents uploaded to support claim | |
| 9000016306 | Lifestyle Adult Day Center | No documents uploaded to support claim | |
| 9000017417 | Loving Arms Adult Care LLC | No documents uploaded to support claim | |
| 9000018116 | Luther's Little Explorers | No documents uploaded to support claim | |
| 9000016563 | MBW Company Adult Day Services | No documents uploaded to support claim | |
| 9000018914 | MN Debre Bisrat St. Gabriel and St. Arserma | Invoice and/or menu do not support the claim | Documentation does not support the claim |
| 9000019558 | Medhanalem Ethiopian Orthodox Church | Invoice and/or menu do not support the claim | Documentation does not support the claim |
| 9000019982 | Metro Adult Day Program | No documents uploaded to support claim | |
| 9000018048 | Mississippi Valley Montessori | No documents uploaded to support claim | |

| | | | |
|---|---|---|---|
| 9000017805 | Mount Olivet Child Learning Center | No documents uploaded to support claim | |
| 9000016888 | Mount Olivet Rolling Acres | No documents uploaded to support claim | |
| 9000017824 | Mt. Carmel Child Care Center | No documents uploaded to support claim | |
| 9000014563 | Noahs Ark Preschool | No documents uploaded to support claim | |
| 9000015750 | Nokomis Daycare Center Inc. | No documents uploaded to support claim | |
| 9000017879 | North Star Health Alliance | No documents uploaded to support claim | Paying Njaklo Vangh for vended meals, he has been disqualified from CACFP |
| 9000018699 | Nuna Childcare Center, Inc. | No documents uploaded to support claim | |
| 9000015066 | Open Arms Early Education & Child Care Center | No documents uploaded to support claim | |
| 9000018556 | Peaceful Adult Day Center | No documents uploaded to support claim | |
| 9000017999 | Riverside Adult Care Center | No documents uploaded to support claim | |
| 1000000125 | Shepherd of the Hills Preschool | No documents uploaded to support claim | |
| 9000016053 | South St Cloud Playhouse | No documents uploaded to support claim | |
| 1000000102 | St Davids School - Minnetonka | No documents uploaded to support claim | |
| 1000002972 | St Odilia School | No documents uploaded to support claim | |
| 9000018859 | St. Mary Ethiopian Orthodox Tewahedo Church | Invoice and/or menu do not support the claim | The invoice and the meal count and claim does not match |
| 9000018685 | St. Therese Early Learning Center | No documents uploaded to support claim | |

| 9000017913 | Sunshine Adult Day Care Inc. | No documents uploaded to support claim | |
| 9000016833 | Tendercare Learning Center, LLC | No documents uploaded to support claim | |
| 9000011331 | Touching Lives Adult Day Services | No documents uploaded to support claim | |
| 9000018091 | Trinity Lutheran Preschool | No documents uploaded to support claim | |
| 9000016562 | Unique Adult Day Care Center | No documents uploaded to support claim | |
| 9000015237 | United Cambodian Association of Minnesota | No documents uploaded to support claim | |
| 9000017269 | United Child Care Center | No documents uploaded to support claim | |
| 9000016620 | Universal Adult Day Care Center LLC | No documents uploaded to support claim | |
| 9000017450 | Verndale Area Christian Academy | No documents uploaded to support claim | |
| 9000016594 | Vietnamese Senior Care Center | No documents uploaded to support claim | |

## 7. May Claims

| Site Id | Site Name | Reason | Notes |
|---------|-----------|--------|-------|
| 9000018369 | Kashia Adult Day Service, LLC | No documents uploaded to support claim | |
| 9000017417 | Loving Arms Adult Care LLC | No documents uploaded to support claim | |
| 9000017879 | North Star Health Alliance | No documents uploaded to support claim | |
| 9000017999 | Riverside Adult Care Center | No documents uploaded to support claim | |
| 1000000102 | St Davids School - Minnetonka | No documents uploaded to support claim | |
| 9000017913 | Sunshine Adult Day Care Inc. | No documents uploaded to support claim | |
| 9000011331 | Touching Lives Adult Day Services | No documents uploaded to support claim | |
| 9000016562 | Unique Adult Day Care Center | No documents uploaded to support claim | |
| 9000016620 | Universal Adult Day Care Center LLC | No documents uploaded to support claim | |