# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Partners in Nutrition, | COURT MINUTES - CIVIL |
| Plaintiff, | BEFORE: John R. Tunheim<br>U.S. District Judge |
| v. | Case No: 22-2195 (JRT/JFD)<br>Date: September 22, 2022 |
| Minnesota Department of Education, et al., | Court Reporter: Kristine Mousseau<br>Courthouse: Minneapolis |
| Defendants. | Courtroom: Video conference<br>Time Commenced: 11:36 a.m.<br>Time Concluded: 11:41 a.m.<br>Time in Court: 5 Minutes |

# Status Conference

APPEARANCES:

　　Plaintiff: Kevin Conneely, Emily Asp, Mark Weinhardt
　　Defendants: Kristine Nogosek

PROCEEDINGS:

☒　Parties discuss the status of the case.

Response to Motion for Temporary Restraining Order due 9/28/2022.

Hearing on the Motion for Temporary Restraining Order is set 9/29/2022 at 2:00 p.m. via video conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Heather Arent
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy