# Exhibit C

Page 1

1       STATE OF MINNESOTA

2       DEPARTMENT OF EDUCATION

3

4

5       -----------------------------------------------

6       In Re the Matter of the Appeal of

7       Partners in Nutrition d/b/a Partners in Quality Care

8       -----------------------------------------------

9

10          The above-entitled matter came on for an

11      appeal hearing before the Minnesota Department of

12      Education Review Panel via Microsoft Teams, taken

13      before Gail M. Hinrichs, Registered Professional

14      Reporter and Notary Public, on the 23rd day of

15      September, 2022, commencing at approximately 10:00 a.m.

16

17

18

19

20

21

22

23

24

25

Page 2

1           A P P E A R A N C E S

2       MINNESOTA DEPARTMENT OF EDUCATION REVIEW PANEL :
        DR. STEPHANIE BURRAGE, DEPUTY COMMISSIONER

3       JILL BEMIS
        KAREN CALCATERRA

4

5       COUNSEL FOR THE PANEL:
        KATHLEEN REITZ, ASSISTANT ATTORNEY GENERAL

6       OFFICE OF THE ATTORNEY GENERAL
        900 Bremer Tower

7       445 Minnesota Street
        St. Paul, Minnesota 55101-2127

8       email: kathleen.reitz@ag.state.mn.us

9       MINNESOTA DEPARTMENT OF EDUCATION:
        KRISTINE K. NOGOSEK, ASSISTANT ATTORNEY GENERAL

10      OFFICE OF THE ATTORNEY GENERAL
        900 Bremer Tower

11      445 Minnesota Street
        St. Paul, Minnesota 55101-2127

12      email: kristine.nogosek@ag.state.mn.us

13      PARTNERS IN NUTRITION:
        MARK WEINHARDT, ESQUIRE

14      THE WEINHARDT LAW FIRM
        2600 Grand Avenue

15      Suite 450
        Des Moines, Iowa 50312

16      email: mweinhardt@weinhardtlaw.com

17      KEVIN D. CONNEELY, ESQUIRE
        STINSON, LP

18      50 South Sixth Street
        Suite 2600

19      Minneapolis, MN 55402
        kevin.conneely@stinson.com

20      ALSO PRESENT:
        Monica Herrera, MDH Director of Nutrition Programs

21      Emily Honer, MDH Support Services Supervisor
        Jeanette Johnson-Reed, MDH Supervisor CACFP

22      Eric S. Taubel, General Counsel
        Allison Loomis, MDE

23      Robyn Tousignant, Interim Exec Director, PIN/PIQC

24

25

Page 3

1               COMMISSIONER BURRAGE:   It is

2       10:00 a.m. and we will get started on our Partners in

3       Nutrition/Partners in Quality Care hearing.  I'd like

4       to welcome everyone today to this hearing and I will

5       walk through the agenda.

6               Our agenda will take place with

7       introductions, which we will do in a moment, we will

8       have opening statements, then there will be a time for

9       the Panel to ask questions, we will provide final

10      statements, and then we will have final words.

11              I can hear people.  Here for the hearing,

12      we will ask that you mute your mics when people are

13      speaking.

14              And we will start with introductions.

15      Mr. Weinhardt, will you please begin to introduce your

16      team.

17              MR. WEINHARDT:  Yes, I have an echo.

18      Are you hearing that?

19              COMMISSIONER BURRAGE:   We are

20      hearing an echo.  That means someone will need to

21      mute.

22              MS. HONER:  Mark, it actually looks

23      like you tried to call in, but we can also hear you on

24      your computer.  So I think you can hang up on your

25      phone if you need to.

Page 4

1               MR. WEINHARDT:  Okay.  So I've hung

2       up on my phone.  Can you hear me now?

3               COMMISSIONER BURRAGE:   Yes, we can.

4               MR. WEINHARDT:  Apologies.  So it

5       all works, okay.

6               Okay, now the problem is I can't hear you.

7               COMMISSIONER BURRAGE:   Can you hear

8       us now?

9               MR. WEINHARDT:   Okay, I can't hear

10      you.  Here's what I'm going to do is I'm going to call

11      back in, but I'm going to mute my phone.  So you'll

12      hear me through the computer, but I'll hear you

13      through the phone.  Apologies for this.

14              COMMISSIONER BURRAGE:   That's fine.

15      While you are figuring that out, we will start with

16      introductions for MDE and then come back to you.

17              MDE, please provide introductions.

18              MS. HERRERA:  Good morning.  Monica

19      Herrera, director of Nutrition Program Services.

20      Emily, why don't you go next.

21              MS. HONER:  Good morning, everyone.

22      Emily Honer, manager of -- within the Nutrition

23      Program Services division, and I will be speaking on

24      behalf of the division for this appeal today.

25              MS. JOHNSON-REED:  Good morning, I'm

Page 5

1   Jeanette Johnson-Reed, a supervisor with the
2   Department of Education for Nutrition Services.
3            MS. NOGOSEK:  Good morning.  This is
4   Kristine Nogosek from the attorney general's office on
5   behalf of the division.
6            MR. TAUBER:  Good morning.  I'm Eric
7   Taubel, the general counsel for the Minnesota
8   Department of Education.
9            MR. WEINHARDT:  This is Mark
10  Weinhardt, and even though my phone is muted, I'm
11  still getting the reverb.
12           COMMISSIONER BURRAGE:  We can't hear
13  it.
14           MR. WEINHARDT:  You cannot?
15           COMMISSIONER BURRAGE:  We cannot.
16           MR. WEINHARDT:  All right.  Well,
17  I'll -- okay, this will work.  So apologies everybody.
18  This is Mark Weinhardt and with me is Kevin Conneely,
19  our Minnesota counsel, as well as Robyn Tousignant,
20  who is the acting executive director of Partners in
21  Quality Care.
22           COMMISSIONER BURRAGE:  Thank you.
23  Then next we will have the Panel members.
24           MS. CALCATERRA:  Hi, I'm Karen
25  Calcaterra with MDE on the administrative panel.

Page 6

1            MS. BEMIS:  I'm Jill Bemis with the
2   Minnesota Department of Education on the
3   administrative panel.
4            MS. REITZ:  Good morning.  My name
5   is Kathleen Reitz from the attorney general's office.
6   I represent the Panel today.
7            COMMISSIONER BURRAGE:  Thank you
8   very much.  If there is anyone else that I have missed
9   through introductions?  My name is Dr. Stephanie
10  Burrage and I will be chairing the hearing today.
11           We will get started with opening
12  statements.  We will start with Partners in Nutrition,
13  Partners in Quality Care, and you will have ten
14  minutes for your opening statements.  Once you get to
15  the last minute, I will then come on the screen and I
16  will put in the chat you have one minute left and then
17  we will -- that will give you time for your closing
18  comments for both sets of opening statements for MDE
19  and for Partners in Quality Care.  You may begin.
20           MS. BEMIS:  Dr. Burrage, may I
21  interrupt a minute?
22           COMMISSIONER BURRAGE:  Yes.
23           MS. BEMIS:  Do we have the court
24  reporter's name on file?
25           COURT REPORTER:  My name is Gail

Page 7

1   Hinrichs, you should see my name on the screen.
2            COMMISSIONER BURRAGE:  Thank you.
3   And I see you have a question, Emily.
4            MS. HONER:  Yes, this is really back
5   to the technical issue.  Mark, I do see your phone,
6   and I think just because of the hearing piece of it, I
7   think if you mute your Teams, the actual application
8   on your screen, I think you should be able to
9   primarily talk through your phone and that should
10  solve it.
11           COMMISSIONER BURRAGE:  All right.
12  We will get started.
13           MS. CALCATERRA:  Dr. Burrage, one
14  thing before we get started is to mention the opening
15  statement regarding judicial notice.  I don't know if
16  you wanted to have me say the statement.
17           COMMISSIONER BURRAGE:  Hold on one
18  second.  Will you read that for me, then, Karen?
19  Thank you.
20           MS. CALCATERRA:  Sure.  The Panel
21  takes judicial notice that on September 20, 2022, the
22  U.S. Department of Justice announced that 47
23  defendants have been indicted in connection with the
24  Feeding Our Future fraud scheme.
25           To the extent that the recent indictment

Page 8

1   may relate to the PIQC appeal in today's hearing that
2   the parties wish the Panel to consider, both PIQC and
3   MDE-NPS are allowed to address it at today's hearing.
4            COMMISSIONER BURRAGE:  Thank you.
5   We will begin.
6            MR. WEINHARDT:  Thank you very much,
7   Dr. Burrage, and Panel members.  Can everybody hear me
8   okay now?  Good.
9            I'd like to start with the judicial notice
10  and the recent indictments.  It is not the case that,
11  in our view, the Panel can consider anything about the
12  indictments in resolving the matter that is before the
13  Panel today.
14           Today the matter before the Panel is
15  whether, on July 25 of this year, MDE correctly denied
16  claims for the month of November 2021 through May of
17  2022.  And the correctness or incorrectness of that
18  decision has to be based on the information that was
19  before MDE on July 25 and not based on information
20  that came after that time.
21           And so we recognize the ability of the
22  Panel to take judicial notice of certain things that
23  are properly considered and properly before it -- and
24  I'm going to talk about that in a minute -- but the
25  Panel may not consider evidence that came into

Page 9

1 existence after it took the July 25 action.  The
2 July 25 action has to be judged based on the record
3 that exists when the action was taken.
4          In addition, I will say, although we
5 believe the indictments are irrelevant to this
6 particular appeal, that there are things about those
7 indictments that should be placed in proper context.
8 That is, number one, that the indictments do not
9 allege any purposeful or knowing wrongdoing  on the
10 part of Partners in Quality Care in any way, shape or
11 form.
12          To the degree that they say anything about
13 Partners in Quality Care, which we will agree is
14 Sponsor A in two of the indictments, what they
15 indicate is that Sponsor A was itself defrauded, was
16 itself lied to by certain sites or vendors.  And that
17 is a very different situation than what is alleged
18 against Feeding Our Future, or any of the 47
19 individuals who have been indicted.
20          Moreover, the government has intensely and
21 with great resources been investigating this matter
22 for probably more than a year, but we know for at
23 least the eight or nine months since January 20, and
24 notwithstanding that intensive investigation for all
25 of that period, when the indictments were unsealed, no

Page 10

1 one associated with Partners in Quality Care was
2 indicted, nor was Partners in Quality Care itself
3 indicted or accused of any kind of knowing wrongdoing.
4          And if the government , after this much
5 time and this much investigation, has no such
6 evidence, we think that is strong evidence to show
7 that there simply is no wrongdoing of that sort on
8 Partners in Quality Care's part.
9          Now, further on the question of judicial
10 notice, this is the fifth appeal hearing that we have
11 had regarding actions the MDE has taken against
12 Partners in Quality Care.  The prior four appeals are
13 in many ways relevant or even control the outcome
14 here.  And in particular, two of those prior appeals
15 have to do with the first round of claim denials for
16 November and December of 2021 respectively.
17          We incorporate all of the arguments that
18 were made in those appeals here and the Panel should
19 take judicial notice of those records.  It should take
20 judicial notice, frankly, of all of the record in all
21 of the four previous appeals and it particularly
22 should take judicial notice of its own rulings because
23 its own rulings , in part, control the outcome here.
24          Here's the first way that that's true.
25 This denial of claims is based in large part on  a

Page 11

1 termination of Partners in Quality Care's contract
2 that was handed down on May 27 of 2022.  That action
3 to terminate PIQC's contract was wrong and unsupported
4 by the law and the facts for the reasons that we
5 argued to this Panel just 10 days ago.  This Panel
6 should reverse the May 27 action.
7          If it does so, then it must also reverse
8 these claim denials because , to the extent that claim
9 denials are predicated  on that May 27 action and that
10 ground for the denials is gone, then the denials also
11 should be reversed.
12          In addition, as the Panel probably  knows,
13 we are in federal court seeking a temporary
14 restraining order to restrain  MDE from giving any
15 effect to the May 27 decision.  If that temporary
16 restraining order is granted , which should occur well
17 before this Panel makes a decision in this appeal,
18 then to the extent that these claim denials are based
19 on the May 27 action, this action, the claim denials,
20 must be reversed.
21          Even if the May 27 actions were valid, the
22 May 27 action does not look backwards, it only looks
23 forwards.  What it did was terminate a contract as of
24 May 27, which means that up until May 27, the contract
25 was in effect.  And so it is improper for the MDE

Page 12

1 division in charge to say that it can retroactively
2 terminate a contract.
3          In other words, the contract did exist all
4 the way up until May 27 and was a basis for properly
5 submitting claims.  The contract cannot be
6 retroactively negated; it can't rewrite history.
7          A second way in which the past record is
8 highly relevant to what occurs here is that this Panel
9 issued a ruling on May 17 of 2022 that took  away the
10 very foundation of the other part of the claim denial.
11 The claim denials are based in part on MDE's
12 inspection of records that PIQC submitted for the
13 justification of its claims.
14          Well, here's how the records came into MDE
15 hands.  On January 20, MDE issued a suspension of
16 PIQC.  On the strength of that suspension alone, MDE
17 then on February 2 issued to PIQC  a document called
18 Meal Claim Instructions.  That document for the first
19 time ever required that PIQC submit documentation in
20 support of every claim that it's made.  The
21 regulations do not require that.  They only require
22 that documents be maintained and that MDE can come and
23 inspect them or retroactively request certain
24 documents to be provided.
25          But the only reason that MDE -- that PIQC

Page 13

1  was in the position of now having to submit documents
2  **to support every one of its claims was the February 2**
3  **Meal Claim Instructions. That document ceased to be**
4  **in effect on May 17 of 2022 because this Panel**
5  **reversed the January 20 suspension. When it reversed**
6  **the suspension, the suspension went away. When the**
7  **suspension went away, the basis for the February 22**
8  **Meal Claim Instructions went away.**
9          **And so the claim denials here that are**
10 **based on the adequacy of the documents submitted in**
11 **support must all be reversed because there is now no**
12 **requirement that PIQC was ever supposed to submit**
13 **those documents in the first place.**
14         **There is a related issue to this regarding**
15 **the claim that no documents were uploaded to support**
16 **the claims. Because the Meal Claim Instructions are**
17 **now gone, there was no requirement to upload documents**
18 **to support the claims. Even if there were such a**
19 **requirement, MDE never communicated a deadline by**
20 **which, under the Meal Claim Instructions, those**
21 **documents were to be submitted.**
22         **In the appeal process, PIQC has submitted**
23 **documents to support all of those claims and so the**
24 **denial -- and there are 78 different claims denied**
25 **this way -- should be reversed on that ground.**

Page 14

1          **Additionally, MDE violated USDA**
2  **regulations in these over 400 claim denials by failing**
3  **to follow the portion requirements in the USDA**
4  **regulations. 7 CFR 226.14(a) provides that MDE must**
5  **disallow that portion of a claim that is improper, but**
6  **must pay the rest of the claim that is proper. MDE**
7  **never made any attempts to determine which portions of**
8  **claims were bad and which portions of claims were**
9  **compensable. One site, one month, all the meals, all**
10 **the everything, it was either up or down.**
11         But there are, indeed, compensable
12 portions of all of these claims. MDE has never made a
13 claim that zero food was provided, it has never made a
14 claim that 100 percent of the money spent by the sites
15 to prepare this food was fraudulent or wasted. MDE,
16 thus, was required to decide which parts of these
17 claims were compensable and which parts of these
18 claims were not.
19         And, indeed, in its ruling in the November
20 and December claim denials, this Appeal Panel said
21 that it would be willing to have MDE work with the
22 sites to try to apportion which parts of the claims
23 were compensable and which parts of the claims were
24 not.
25         In other words, this Panel recognized that

Page 15

1  legally that's what MDE is supposed to do. MDE cannot
2  pick and choose within the sites in PIQC because the
3  law is the same for everyone.
4          We incorporate all of our other written
5  arguments as though I made them today because 10
6  minutes is a fairly short period of time, but for all
7  of those reasons, the claim denial should be reversed.
8          **COMMISSIONER BURRAGE:**  Thank you
9  very much.  Next we will have MDE.
10         **MS. HONER:**  Thank you.  Okay.  So
11 I'm going to start off here with our basics with our
12 division, and then I'm going to get into correcting a
13 lot of what we just heard.
14         So first, the Nutrition Program Services
15 division -- I'm going to refer to it as the division
16 here throughout the rest of this statement -- the
17 division is housed within MDE and the department is
18 the responsible state agency for administering any
19 number of USDA child nutrition programs, but we're
20 here today for CACFP, the Child and Adult Care Food
21 Program, and we have the authority to administer this
22 program under the corresponding federal program
23 regulations of 7 CFR 226 and the federal regulations
24 of 2 CFR 200.
25         So what I am going to be referencing today

Page 16

1  can be found in the appeal file documentation that has
2  been placed in the joint Sharepoint folder, and as we
3  stated in the letter of action, the division has
4  provided to Partners all of the documentation that the
5  decision was based on at the time of action.  The same
6  information was copied from that folder to the appeal
7  file folder for the Appeal Panel today.
8          Additionally, and we do agree that the
9  indictments from this week and criminal information
10 documents need to be considered, and so we've placed
11 those in the appeal file this morning and we are
12 asking that the Appeal Panel allow those to be brought
13 into the record.
14         We also agree that Sponsor A is Partners
15 in these indictments, and I'm going to get to
16 correcting why Sponsor A is at fault here at some of
17 those pieces in just a minute.
18         So it's important for the Appeal Panel to
19 understand that many claims that Partners is appealing
20 today were shown to have a vendor or operator that was
21 charged this week for the scheme.  And the fact that
22 those claims have not been withdrawn is -- is
23 absolutely just mind blowing that we're even here
24 today for some of those claims.
25         The first correction I'm going to make is

Page 17

1  that the action we are here for today is not based on
2  the May 27, '22 decision to immediately terminate and
3  withhold payment. The action we are here today is
4  based on the regulatory requirements that Partners was
5  required to do when submitting claims, the
6  documentation that they were supposed to gather and
7  review, and the monitoring of their sites before a
8  claim was even submitted to the state agency.
9        So these indictments absolutely need to be
10  considered again. And again we're going to go through
11  some examples with that. But MDE is not allowed to
12  make payments that are fraudulent, and the Panel must
13  take notice of the indictments because, again, as I'm
14  going to be going through today, specific sites from
15  Partners made fraudulent claims and that is very
16  telling that Partners has not withdrawn those claims
17  today and that we are here and that Partners is
18  fighting for those claims.
19        And not only that, but Partners is now
20  saying, in fact, we didn't know they were fraudulent
21  and so because of that we should get the payment
22  because it wasn't uncovered until this week.
23  Absolutely not.
24        So getting to, again, getting to our
25  action today, these claims were denied because MDE

Page 18

1  reviewed the claim documentation that Partners
2  provided and we found that claims were not valid to be
3  paid. They shouldn't have even been submitted to the
4  state agency. We reviewed those claims for January
5  through May and we clarified the denial decisions for
6  November and December and we issued that decision on
7  July 25, 2022. That's what we're here for today.
8        All right. So now I'm going to go into
9  reviewing the action to deny those claims submitted by
10  Partners. So for November and December, the MDE
11  Appeal Panel remanded claims, certain claims, for
12  November and December back to the division, and the
13  claims that were remanded fell under the category of
14  facts of the affidavits identified that the
15  organization at the site was involved in the fraud and
16  another reason was that claims were missing documents.
17        So in this action that we are here for
18  today, those remanded claims for November and December
19  were further clarified of what documentation was
20  missing and what the direct relationship to the fraud
21  investigation was.
22        I also want to point out -- that's very
23  important to point out here for this week -- that
24  seven of the claims that Partners is appealing today
25  for December, five of them, five out of seven of those

Page 19

1  claims were directly connected to Think Tech Act and
2  S&S Catering and those individuals were charged this
3  week for fraud. Despite this, once again, Partners is
4  still appealing the denial of those claims.
5        But moving on to January through May 2022,
6  claims were denied for the additional reasons stated
7  in the notice of action on July 25, 2022. Those
8  issues were related to the documentation uploaded by
9  Partners, such as the invoice or menu did not support
10  the claim, another issue was that the site was found
11  to have been delivering groceries, not unitized meals,
12  and another claim denial category is that the
13  months -- many occasions Partners didn't even attempt
14  to upload the documentation for those claims.
15        So let's, again, talk about what did come
16  up this week and how it relates, because it absolutely
17  does. My first example of an issue I want you to look
18  at is House of Refuge and the Loving Arms Adult Care.
19  Loving Arms is owned by Hanna Marekegn and Hanna owns
20  Brava Cafe, which supposedly -- well, Hanna also owns
21  Brava Cafe. And Brava Cafe is the food vendor for
22  House of Refuge. Hanna was charged this week and is
23  expected to plead guilty to charges of fraud in the
24  child nutrition program.
25        Another example is the January claims, if

Page 20

1  you look at sites understand MCS, or Multiple
2  Community Services, PIN has these claims, PIN is still
3  fighting for these claims today, and those Multiple
4  Community Services sites were run by an individual
5  named Anab Awad who was just charged this week because
6  of running a fraud scheme through this very site that
7  Partners is fighting for today. This site, Multiple
8  Community Services, is listed in the indictment.
9        Another example if you look at February
10  claims, Sharmarke Issa was also charged this week,
11  operated the Minnesota Somali sites and is a brother
12  of an employee of Partners. Partners didn't even
13  provide documentation for this claim. They just
14  submitted the claim on behalf of Sharmarke and they
15  want the money.
16        The July 25 denial is based on the
17  documentation Partners submitted to support their
18  claims and MDE did have a right to require this
19  documentation.
20        Whether there was instructions or not of
21  how that documentation is submitted, MDE always has
22  the right to request documentation when there is
23  suspicion of fraud or that the claim is invalid. And,
24  in fact, this is also included in the program
25  agreement that Partners signed when they signed on for

Page 21

1  these programs, that MDE can request documentation and
2  Partners has to provide that in a reasonable time
3  frame.
4           We requested this documentation because of
5  the connections with the fraud investigation to
6  Partners and their sites and we only continue to see
7  those connections grow.
8           So after we provided those instructions to
9  Partners, but really after we required the
10 documentation, which we have the right to do, MDE then
11 had a claim review team review the documentation and
12 determine if the claim was supported by the
13 documentation, as per the federal regulations of what
14 is needed for a valid claim.
15          It was Partners' responsibility to ensure
16 sites were eligible and true and it was Partners'
17 responsibility to make sure that claims were valid
18 before they were even submitted to the state agency
19 and they failed.
20          The process of reviewing meal claim
21 documentation should always start with the sponsor.
22 The sponsor receives the meal plan documentation from
23 their site, Partners also monitors their sites,
24 Partners reviews to ensure that those meals met all of
25 the requirements under 7 CFR 226, that the

Page 22

1  documentation is collected and retained for the
2  recordkeeping requirements and that the claim can be
3  substantiated before the claim is entered into the
4  state agency system, and that is what we require
5  Partners to provide.
6           MDE is correct in denying the meal claims
7  because Partners failed to comply with the requirement
8  of submitting and substantiating a valid claim. The
9  division has included all of the regulatory citations
10 in our summary to the Appeal Panel and we would refer
11 back to that as they can be different for the
12 different reasons of denial. Thank you.
13          COMMISSIONER BURRAGE:   Thank you
14 very much. We will now move to the questions from the
15 Panel.
16          MS. BEMIS:   My questions are for
17 PIQC.
18          Counsel, I have a question based on your
19 reference to Exhibit 11 of PIQC's submission. PIQC
20 quoted in paragraph 10 of its September 13, 2022
21 appeal statement that, quote, state agencies and
22 sponsoring organizations shall exercise discretion
23 when meals fall short of meeting meal pattern
24 requirements due to the COVID 19 related supply chain
25 disruptions during the fiscal federal year 2022, end

Page 23

1  of quote.
2           My question is what is PIQC's basis that
3  any of the USDA memos and guidelines cited by PIQC has
4  be absolved PIQC of the obligation to serve,
5  quote/unquote, meals?
6           MR. WEINHARDT:   The thing that the
7  USDA guidance did was very substantially loosen the
8  requirements for how and when meals are to be served,
9  and this particularly goes to the
10 ingredients-not-meals basis that hundreds of claims
11 were denied on.
12          Under the guidance that we described in
13 our memorandum, you can't, in the COVID world, have
14 children congregate multiple times a day for meals
15 that are going to be served to them at a table. There
16 had to be a different way to approach that in order to
17 keep people safe.
18          The way that the USDA directed people to
19 do it is to put things together in bulk to make it so
20 that parents could go someplace, pick up the package,
21 the package would have one week's worth of meals in it
22 and that's how the meals would be delivered. And that
23 might require some unpack aging or whatever on the part
24 of parents, but the USDA condoned that because they
25 wanted to figure out a way to still meet the pressing

Page 24

1  need without putting people at health risk.
2           And so that dramatically changed what is a
3  meal for the purposes of how compliance with the
4  program is gauged. And MDE did not in any way, shape
5  or form take that into account or give us any analysis
6  or justification for what it meant when it said
7  ingredients, not meals. In fact, for the vast
8  majority of those denials in that long chart in the
9  July 25 letter, there is no notes, there's no
10 explanation, there's no nothing.
11          MS. BEMIS:   Does PIQC believe that
12 the USDA memos and guidelines released PIQC from
13 providing documentation required by 7 CFR
14 Section 226.20 to support its claims?
15          MR. WEINHARDT:   The USDA guidance
16 does not change the recordkeeping requirements, but it
17 also does change the way that one makes decisions when
18 it reviews the records because it changes the
19 permissible ways in which meals can be delivered.
20          MS. BEMIS:   What is your basis from
21 the federal regulations or any of the USDA memos or
22 guidelines that you claim support this belief? Could
23 you please provide the Panel with citations to
24 specific pages of your claimed authority to that
25 effect?

Page 25

1       MR. WEINHARDT:   So I believe that
2 our memorandum discusses this for several pages, and I
3 know the prior memoranda filed with this Panel did the
4 same and then gave the web link to, I think, seven or
5 eight different USDA publications and I think we
6 quoted specific language from those.  And so I think
7 our filing explain the point.
8       And the point is not that in our filing we
9 need to explain each meal, each variation, each  way in
10 which the rules were loosened.  Our point is that MDE
11 is required to incorporate those changes in the rules
12 in its analysis of what's an ingredient and what's a
13 meal, and MDE didn't go that.
14       MS. BEMIS:   And going back to the
15 opening and the questions that we just were looking
16 at, does PIQC have a response to examples cited by
17 MDE-NPS specifically related to the claims Think Tech
18 Act and S&S Catering that are implicated in both the
19 earlier FBI affidavits and to the extent relevant to
20 the latest federal indictment?
21       MR. WEINHARDT:   I think, first of
22 all, that what was stated in the federal indictments
23 is dramatically different and more specific than what
24 was provided in those earlier search warrant
25 affidavits.  We do not believe that the search warrant

Page 26

1 affidavits provided any level of specificity that
2 would have required PIQC to withdraw any claims.  I'll
3 talk about this a little bit more in my closing
4 statement, but it's not PIQC's intention to seek
5 reimbursements and then turn around and pay money to
6 sites where PIQC has a reasonable basis, which in some
7 cases it now has only this week to believe that PIQC
8 was itself the victim of fraud.
9       But all we're asking is that the denials
10 be reversed so that we can go through this
11 apportioning process that 226.14(a) requires, which is
12 you decide what parts of the claims are compensable
13 and what parts of the claims are not compensable.  On
14 July 25, PIQC had 100 percent of its claims denied
15 without any apportionment analysis by an agency that
16 did not have the indictments before it.  It did not
17 know any of those things.
18       MS. BEMIS:   Counsel, paragraph 13 of
19 PIQC's appeal statement that MDE-NPS imposed, quote, a
20 list of increased documentation requirements,  end of
21 quote, upon PIQC, quote, without warning or proposed
22 action on January 20, 2022, end of quote.
23       My question is, in PIQC's view, how do
24 these so-called increased requirements differ from the
25 documentary requirements already set forth in PIQC's

Page 27

1 fully executed CACFP program agreement dated
2 November 6, 2015, and the federal regulations?
3       MR. WEINHARDT:   What the contract
4 from 2015 and the federal regulations require is
5 recordkeeping and a right to inspection of those
6 records by MDE as it looks at claims, or even
7 retroactively.
8       What those authorities do not do is
9 require PIQC to affirmatively supply documents in
10 support of every single claim for which it seeks
11 reimbursement.  That requirement was contained for the
12 first time in the Meal Claim Instructions that were
13 submitted to PIQC on February 2, and the basis for
14 those Meal Claim Instructions was the January 20
15 suspension.  This Panel has decided that the
16 January 20 suspension was improper and it reversed it.
17       That took away any affirmative obligation
18 on PIQC's part to submit documents in support of every
19 single one of its claims.
20       MS. BEMIS:   Counsel, PIQC has argued
21 in multiple administrative appeals disputing
22 evidentiary value of the FBI affidavits.  In PIQC's
23 appeal statement in this appeal, it argues in
24 paragraph 71 that MDE-NPS has not identified or
25 advanced actual evidence that demonstrates PIQC

Page 28

1 knowingly submitted a false or fraudulent claim.  You
2 also previously requested permission to present live
3 witness testimony at an earlier hearing, which the
4 Panel had granted, but PIQC did not end up calling any
5 witnesses.
6       My question is:  At today's hearing, does
7 PIQC intend to introduce any witness's testimony or
8 other types of evidence that PIQC considers to be,
9 quote, actual evidence, unquote, that can contradict
10 the FBI's affidavits?
11       MR. WEINHARDT:   First of all, the
12 FBI affidavits that were unsealed in January don't
13 need to be contradicted because they don't contain
14 substantial evidence that would support the claim of
15 wrongdoing on the part of PIQC.  There has never been
16 any evidence of knowing misconduct on PIQC's part.
17       We're not calling a live witness today
18 because the appeal procedures that MDE's Appeal Panel
19 is using, which they're following apparently their
20 rules, call for a one-hour hearing at which our
21 ability to make a presentation is only a fraction of
22 that.  That simply does not give an opportunity for
23 meaningful live testimony.
24       MS. BEMIS:   Did PIQC submit any
25 affidavits of its own or witnesses or any other type

Page 29

1  of evidentiary documents that can contradict the FBI's
2  affidavits?  If so, please name the exhibits for the
3  record.
4      MR. WEINHARDT:  So they're in the
5  Sharepoint folder and they were submitted as numbered
6  exhibits in the previous claim denial appeals, but
7  PIQC has submitted at least tens of thousands, if not
8  now a six-digit number, of pages of documents that
9  substantiate the claims for which it is seeking
10 reimbursement, and they're divided up and organized
11 site by site, month by month, et cetera, and so that,
12 we think, is very significant evidence to demonstrate
13 that some of the claims here are compensable, and in
14 order for this Panel to reverse, it does not need to
15 decide that 100 percent of the claims are compensable ;
16 rather, it needs to decide that any of the claims are
17 compensable because what MDE did was  deny 100 percent
18 of them.
19     MS. BEMIS:  Counsel, when PIQC
20 submitted the November and December 2021 claims, did
21 PIQC certify that the claims were correct  and that the
22 records are available to support the claims as
23 required by 7 CFR 226.10(c)?
24     MR. WEINHARDT:  I believe that the
25 initial claim submissions for November  and December

Page 30

1  complied with the Code of Federal Regulations, but
2  that's been a number of months ago and gets into the
3  appeal of those November and December claim  denials,
4  which we argued quite a long time ago so I'm going on
5  memory here.  I would need to go back and look at
6  those initial submissions to tell you for sure.
7      MS. BEMIS:  PIQC's Exhibit 9,
8  MDE-NPS's 4/28/2021 response to PIQC's request for
9  technical assistance states, to quote a few segments,
10 program operators may provide bulk foods as long as
11 individual meals and snacks are easily identifiable.
12 Operators should ensure that only minimal preparation
13 is required, food is not provided as ingredients for
14 recipes, ready-to-eat cereal is not credible at lunch
15 or supper.
16     The Panel notes many examples of items not
17 ready to eat being in the supporting documentation.
18 For example, in the January 2022 denied claim for site
19 9-18703, Action for East African People, the receipt
20 shows spaghetti pasta in boxes, rice in 5-pound bags,
21 Crystal sugar net weight 10 bounds, kidney beans in
22 16-ounce containers, potatoes in 5-pound bags.  The
23 receipt also shows ready-to-eat cereal such as Honey
24 Bunches of Oats with different flavors.  These are
25 just a few examples out of the 16 pages of items.

Page 31

1      So my question is:  Can PIQC please
2  explain how these raw materials in bulk, boxes  and
3  bags not contradict Ms. Honer's technical assistance
4  response dated as early as April 28, 2021?
5      MR. WEINHARDT:  So what PIQC
6  submitted in support of many of the claims are
7  invoices or receipts that demonstrate food that was
8  purchased, but  then also menus to show what it was
9  that was served.  So the fact that the invoices
10 include things that are ingredients doesn't mean that
11 the ingredients were not, by the site, transformed
12 into ready-to-eat meals.
13     The factual disconnect here is whether or
14 not the actual product delivered to the client was a
15 meal or whether it wasn't.  The fact that a site
16 purchased raw ingredients doesn't mean that the  site
17 didn't cook them.  Additionally, the invoices show
18 large quantities of things that are plainly ready to
19 consume on the spot.  Bananas, fluid milk, juices, you
20 know, Graham crackers.  All sorts of thing of that
21 sort.  And those things are plainly compliant.
22     And, again, we get into the question of
23 how does MDE apportion those things that it thinks are
24 compensable and those things that it thinks are not
25 compensable because, A, they're not ready to eat and,

Page 32

1  B, the site did not, in fact, cook them into a meal.
2  And it's MDE's obligation under this regulation to
3  figure out which parts are compensable and which parts
4  are not.  Again, all MDE did was, 100 percent of the
5  time, deny all the claims.
6      MS. BEMIS:  Related to the question,
7  how can PIQC claim, quote, PIQC has complied with the
8  directives from MDE since those changes to the CACFP
9  went into effect, end of quote, in paragraph 9 of
10 PIQC's appeal statement?
11     MR. WEINHARDT:  Well, that's a
12 relatively introductory and blanket statement early in
13 the brief, but we make that statement because based
14 upon the tens of thousands, at least, of documents
15 that we have submitted, it shows that there is  a good
16 faith effort to comply with the regulations  and that
17 the regulations were, in fact, complied with.  We
18 believe that that's the case.
19     Now, are there gaps and do we now see some
20 things in the indictments that give us pause for
21 concern?  Absolutely.  But that's not a reason to deny
22 100 percent of the claims.  That's a reason to figure
23 out which ones are compensable and which ones are not.
24     MS. BEMIS:  Does PIQC have anything
25 in the appeals record to show that it deviated from

Page 33

1 the meal pattern requirements in order to respond to
2 the food shortage, such as claimed in paragraph 10 of
3 PIQC's appeal statement?
4    **MR. WEINHARDT:** I think that if we
5 went through all of the documentation submitted, there
6 would be evidence from which you could conclude that.
7 But that -- for me to point to that evidence on the
8 spot, I would need to review a lot of documents.
9    **MS. BEMIS:** Does PIQC have a
10 procedure in place to verify whether the board of
11 directors, officers, or employees are connected to any
12 of the sites in anything less than an arm's-length
13 relationship?
14    **MR. WEINHARDT:** So I would need to
15 look and see if there is a written procedure in place
16 for that. So I don't know the answer to that. And
17 that's not an issue that is in the July 25 claim
18 denial, it's not an issue that has been briefed, to my
19 knowledge, and so I don't want to get out over my skis
20 here in terms of what I know and what I don't.
21    **MS. BEMIS:** PIQC claims in paragraph
22 21 of the appeal statement that PIQC has an additional
23 39 claims that MDE-NPS neither paid nor addressed.
24    What months did these alleged 39 claims
25 fall in?

Page 34

1    **MR. WEINHARDT:** I know they're in
2 the January to May time frame. I can't apportion them
3 according to month. I mean we could, but, again, as I
4 sit here, I don't know where they fall.
5    **MS. BEMIS:** Paragraph 21 does not
6 contain a citation to the appeal record. In the
7 interest of administrative efficiency, could PIQC
8 please identify which exhibits in the appeal record
9 that relates directly to the 39 claims?
10    **MR. WEINHARDT:** So we can go back
11 and try to identify those and let you know what
12 exhibits -- so let me make a note of that, paragraph
13 21. I think we can go back and tell you which ones
14 we're talking about.
15    **MS. BEMIS:** Have transactional
16 records with any of the companies listed as examples
17 in the two FBI affidavits, such as Empire Cuisine and
18 Markets and S&S Catering, been used to support any of
19 PIQC's January through May claims?
20    **MR. WEINHARDT:** I think the answer
21 to that question is yes. Again, I'd need to look at
22 the documents, but it is the case that PIQC was doing
23 business with those two entities.
24    **MS. BEMIS:** That is it for mine.
25 Karen?

Page 35

1    **MS. CALCATERRA:** Yeah, I will ask
2 some additional questions. I will ask questions of
3 the MDE-NPS.
4    First, a couple of questions to follow-up
5 on what has been stated. PIQC in its opening
6 statement objected to the Panel taking judicial notice
7 of the federal indictment that was announced on
8 September 20, 2022. Does MDE-NPS have a response to
9 that objection?
10    **MS. HONER:** Yes. Kristine, do you
11 want to take this one?
12    **MS. NOGOSEK:** Certainly. The
13 position of the division is that the Panel should be
14 and is entitled to, under the judicial notice rule, to go
15 ahead and take notice of information in those
16 indictments and criminal investigation complaint -- or
17 criminal information complaints that bear on the
18 validity of some of the claims that PIQC is seeking a
19 denial of -- or I'm sorry that PIQC is seeking a
20 reversal of the division's denial of the claims.
21    **MS. CALCATERRA:** Next, PIQC stated
22 at the hearing that while the invoices showed certain
23 bulk -- bulk raw materials, the submitted menus showed
24 what was served. Invoices does not mean that what was
25 actual product reflected in the invoices went to the

Page 36

1 recipients. What is MDE-NPS's response to that?
2    **MS. HONER:** Yeah, thank you for
3 asking that question. So I want to address that by
4 saying food production records are also part of the
5 claim. And so the fact that food production records
6 could not be provided does not tell us that food was
7 actually produced on that site. I would also
8 challenge Partners to even provide a food and beverage
9 license that food was being prepared on that site.
10    Additionally, in prior appeals, prior
11 documentation, Partners has challenged MDE in saying
12 that dry goods should have been or could have been
13 served and now they're changing their mind and saying,
14 no, the food was dry goods and it was cooked. It
15 wasn't cooked. And Partners' documentation supports
16 that it wasn't cooked, that it was provided in those
17 dry good bulk settings, that's what we reviewed,
18 that's what our claim team reviewed.
19    The additional thing I want to correct
20 here is that USDA did not change how documentation is
21 reviewed. In fact, sponsors across the state were
22 able to continue to support their claims, support
23 their meals on reviews with the same type of
24 documentation that we've always been looking at.
25    Also, USDA has always said from the very

Page 37

1  beginning that meals must be unitized.  They have
2  never once waived that requirement.  MDE provided
3  additional guidance on this throughout the COVID 19
4  pandemic and for the CACFP program year '22 guidance,
5  that we released in bulletins, that we released to all
6  sponsors operating CACFP in this program year, we
7  specifically said the noncongregate waiver should not
8  be used across the board, it should only be used as
9  necessary for a COVID 19 outbreak, tat congregate
10 settings were encouraged, schools were back in place,
11 congregate settings were being used.
12         So there is no reason for that bulk meals
13 to be delivered and we absolutely saw from the claim
14 review of Partners' documentation that that -- that
15 those dry goods were not cooked.
16         MS. CALCATERRA:  One of MDE-NPS's
17 duplicatively numbered attachment 3 is a 2016 criminal
18 complaint against Sharon Ross and there is also a case
19 search document regarding Ms. Ross.
20         Because MDE-NPS's appeal summary has not
21 referenced Sharon Ross or these two documents, just so
22 the record is clear, could MDE-NPS briefly state the
23 specific relevance of these two documents to PIQC's
24 appeal at hand?
25         MS. HONER:  Yeah, absolutely.  So

Page 38

1  with that, when we were reviewing claims from
2  Partners, House of Refuge does have claims
3  additionally.  House of Refuge was operating or
4  claiming to operate at other churches that were not
5  necessarily listed as House of Refuge for the sites
6  that Partners claimed for.
7         It is important to note that Sharon Ross
8  was not eligible to even participate in CACFP because
9  of that conviction and so throughout the claim denial,
10 we had referenced House of Refuge's claim denial, but
11 we also wanted to support that there were additional
12 reasons that those claims should not have been
13 submitted and that House of Refuge should not have
14 been allowed to operate in the way that they were
15 operating.
16         MS. CALCATERRA:  It appears that
17 MDE-NPS denied claims from November 2021 through May
18 2022.  In the MDE-NPS's Sharepoint folder only Excel
19 sheets for claim summaries from  January to May of 2022
20 were submitted to the appeal record.
21         Was there a reason no such sheets for the
22 remanded November  and December 2021 claims were
23 submitted to the appeal record?
24         MS. HONER:  Yeah, that is because
25 November and December claims that were denied in this

Page 39

1  July 25 decision that we're here for today were
2  remanded from the Appeal Panel back to MDE for
3  clarification.  So we clarified those in the letter of
4  action on July 25 so we didn't feel that the Excel
5  spreadsheet was needed because the information that
6  would have been in there was contained in the
7  clarifications provided in the letter of action.
8         MS. CALCATERRA:  MDE-NPS denied
9  claims from November of 2021 through -- wait --
10 May 2022.  MDE-NPS month/year folders do not include
11 one for May 2022.
12         Was there a reason the May 2022 folder was
13 not submitted to the appeal record?
14         MS. HONER:  Yeah, great question.
15 So that documentation that was provided was  a copy of
16 what Partners provided for MDE.  So we took the
17 documentation from Partner s' Sharepoint time that they
18 had uploaded their claim documentation to, that's what
19 we reviewed and that's what we put in the appeal  file
20 folder.
21         At the time of the -- actually, I
22 shouldn't say that.  At the time of the July 25
23 denial, there was no documentation for the May claim.
24 So that's also where you'll see on the letter of
25 action, Partners didn't even try to attempt to provide

Page 40

1  documentation for certain claims.
2         MS. CALCATERRA:  PIQC claims in
3  paragraph 21 of its appeal statement that PIQC has an
4  additional 39 claims that MDE-NPS neither paid nor
5  addressed.  Does MDE-NPS wish to respond to this
6  contention?
7         MS. HONER:  MDE-NPS will have to go
8  back and review the claims that were submitted  after
9  the denial -- after the July 25 denial.
10         It is our position or understanding  -- and
11 Kristine, feel free to jump in if you want to correct
12 me on this -- but the May 27 letter alone allows us to
13 not pay claims we immediately terminated Partners.  So
14 any claims submitted  after that, we had not reviewed .
15         Additionally, Partners continued to submit
16 claims for June and possibly additional months  after
17 that, July and August, I'd have to look , but they had
18 been terminated at that point.
19         MS. CALCATERRA:  PIQC represents in
20 paragraph 56 of its appeal statement, quote, PIQC
21 provided MDE with invoices and menus that do support
22 all 162, (162) of the claims, end of quote, that
23 MDE-NPS denied for invoice and/or menus do not support
24 the claim.
25         My question is, does MDE-NPS agree with

Page 41

1  PIQC's representation?
2         **MS. HONER:**  Absolutely not.  The
3  invoices only show that Partners failed to comply with
4  the federal program regulations.
5         **MS. CALCATERRA:**  Could MDE-NPS
6  please provide one random example out of the 162 to
7  show that PIQC's representation is incorrect?
8         **MS. HONER:**  Off the top of my head,
9  no, but we could definitely get that.
10        **MS. CALCATERRA:**  Of the 14 claims
11  MDE-NPS denied on the basis of, quote/unquote, missing
12  some documents, was there any additional description
13  other than some documents to put PIQC on notice as to
14  what types of documents were missing, such as the one
15  presented as an example in MDE-NPS's appeal summary
16  missing invoices?
17        **MS. HONER:**  I believe that Partners
18  could look at the claim summaries that were provided
19  to them in the decision to see which claim documents
20  were missing.  I'd also like to go back, and I'm going
21  to try to find my summary here, but I do believe that
22  examples of each denial reason were provided by the
23  division in the summary, which is titled in the appeal
24  file folder PIQC Denial of Claims November through
25  May, Summary and Timeline.  There should be updated

Page 42

1  examples in there that I would refer the Appeal Panel
2  to look at.
3         **MS. CALCATERRA:**  That concludes the
4  questions that I have.  I would ask other panel
5  members if they have any additional questions for
6  either party at this time?
7         **MS. BEMIS:**  Yes, I have one.  Could
8  I ask PIQC, since PIQC is supposed to already be
9  vetting its claims before submission, how long does
10  PIQC need to get back to the panel regarding the 39
11  claims?  Would September 28, 2022 be a sufficient
12  time?
13        **MR. WEINHARDT:**  That's five days,
14  and those are busy days for us because September --
15  because next week we're going to be preparing for the
16  temporary injunction hearing in federal court.  I'd
17  ask that we have until the end of the following week.
18  So the end of the first week of October I'm sure we
19  could get back to the Panel in time for that, and I
20  think that would still be well within the Panel's
21  deadline for issuing its decision in this appeal.
22        **MS. BEMIS:**  What is the date you're
23  proposing?
24        **MR. WEINHARDT:**  So it would be
25  October 7.

Page 43

1         **MS. BEMIS:**  Thank you.
2         **COMMISSIONER BURRAGE:**  Are there any
3  other questions from the Panel?  All right, thank you
4  very much.
5         We will now move into with the final
6  statements.  We will start with MDE and you will have
7  five minutes for your final statements.
8         **MS. HONER:**  Thank you, Appeal Panel.
9  So what I want to close with, I'm glad that I was
10  asked the question about the meals and how they were
11  delivered here during COVID and during this review
12  period of time.
13        You know, as we look at dry ingredients
14  and what was provided to children, the Appeal Panel is
15  exactly right in looking at how children need to eat
16  ready-to-eat, unitized meals.  And as you look at
17  those invoices, that is just simply not the case.
18        And even for Partners to explain today
19  that, you know, they handed out fluid milk which could
20  be drank easily at the site, if you look at those
21  invoices, they were handing out gallons of milk.  A
22  gallon of milk is not realistic and it is not a
23  unitized meal.
24        Additionally, as we look at the
25  documentation here today from the claims, Partners

Page 44

1  believes that they followed the regulations, yet they
2  can't provide the documentation.  They still are
3  claiming that all of these claims are real by
4  appealing that all claims that were denied.  They are
5  still refusing to do the work of a sponsor that is
6  required when they signed that program agreement
7  agreeing to the regulations and so the compliance of a
8  federal program.
9         Partners is not reviewing their claims
10  before submission.  They are just letting those claims
11  go through.  They can't tell us that they have looked
12  at every single claim and that they validated those
13  before they submitted them, and that we still found
14  out this week a very high number of Partners claims
15  and sites were fraudulent.
16        It's just not possible that they were able
17  to do that work and that this still happened, and
18  we've got claims in pending status where the site
19  operator is being charged.
20        PIN's argument today or Partners' argument
21  today is that they can submit anything and it is the
22  state agency's job to sift through and to try to
23  interpret.  That is not the case.  The burden of proof
24  is not on the state agency.
25        PIN is the one who should be reviewing

1 those claims, who should be removing claims that are
2 not valid, who should be training their sites,
3 ensuring that those sites are true and accurate. And
4 that's obviously not the case.
5 We cannot even believe that we are here
6 today and Partners is continuing to fight for these
7 fraudulent claims. We can't believe that nothing has
8 been changed with those claims, that we are finding
9 out more and more information in each of those
10 affidavits and indictments and that we're still here.
11 Partners is so deep in this fraud scheme
12 and it continues to push for the claims to be paid
13 that we know were operated for the purpose of
14 defrauding the government. They are on the record
15 today fighting for that.
16 I'm going to give you a few more examples
17 here. If you look at the indictment of Haji Salad,
18 there are at least 12 sites under Partners which Haji
19 was obtaining funds fraudulently from.
20 If you look at the indictment United
21 States versus Fahad Harah (phonetic), 14 sites under
22 Partners. The evidence is mounting.
23 There absolutely has been evidence of the
24 wrongdoing on Partners' part, and that's the last
25 piece that I want to correct here today before I

1 COMMISSIONER BURRAGE: Thank you.
2 Next Mr. Weinhardt.
3 MR. WEINHARDT: Thank you. MDE does
4 not say to this Panel that all of the claims -- or
5 that it knows that all of the claims that PIQC
6 submitted are improper, unsupported or anything of
7 that sort.
8 There is no claim that no one was fed,
9 there is no claim that all of the money was wasted or
10 fraudulent. That is not MDE's position. Yet MDE's
11 position is that it, nonetheless, is entitled to deny
12 100 percent of the claims because, well, it just
13 doesn't want to pay any of them.
14 Now, we are not here to contend that MDE
15 should pay Partners so that Partners should pay a site
16 if the site was engaged in fraudulent activity. And
17 we've only had these indictments for a very few days
18 and it's not Partners' intention to try to continue to
19 perpetrate on behalf of somebody who deceived
20 Partners, but continue to perpetrate improper
21 activity.
22 What needs to happen, according to the
23 regulation that this Panel has recognized is
24 applicable and that MDE has never responded to in any
25 of its comments today, is to apportion what parts of

1 leave, and that May affidavit absolutely proved that
2 Partners had done wrongdoing, but Partners is not the
3 victim of fraud. Partners was the route in which
4 fraud occurred in the amount of $179 million that was
5 as according to the indictments.
6 As we all agree, Partners is Sponsor A.
7 And to prove even further that Partners is not the
8 victim of fraud, I would encourage the Appeal Panel to
9 look at the United States versus Farah indictment,
10 page 9, J.S., the initials J.S. That is Julius
11 Scarver from Partners in Quality Care. If you look at
12 page 14, it explains that Sponsor A, who is Partners,
13 received bribes and kickbacks from employees and
14 former employees. Partners is not the victim of
15 fraud.
16 And even despite all of that mounting
17 evidence that we are seeing over and over, Partners
18 still was not able to provide the documentation, the
19 regulatory required documentation, to support any of
20 these claims.
21 I'm going to end with that in saying,
22 again, we have reviewed the claim documentation, it is
23 not correct. The July 25 letter of action to Partners
24 is correct. And I think we can all agree that this
25 decision needs to be affirmed. Thank you.

1 these claims are compensable and what parts are not
2 compensable. If some part of them is compensable, if
3 some children were properly fed, then a 100 percent
4 across the board claim denial is improper.
5 And that's what this appeal is entirely
6 about, is whether or not MDE was within its legal
7 rights to, on a blanket basis, deny every claim
8 without looking at them, without thinking about them,
9 but just to say Partners in Quality Care, you're shut
10 out.
11 That was legal error. And if this Panel
12 reverses that claim denial, that would then permit the
13 parties to engage in a collaborative process, which
14 unfortunately went out the window on January 20, but
15 existed before that and existed well. It would allow
16 the parties to engage in a collaborative process to
17 try to get down to the truth of what happened, who got
18 fed, who didn't get fed, what money was properly
19 spent, what money was not properly spend.
20 Everyone in this hearing knows that there
21 are honest, hard working, good faith people associated
22 with many of these sites, trying their best on limited
23 budgets to try to meet needs in the community and
24 needs that were desperately pressing during the COVID
25 pandemic. And it is amazingly hard hearted for MDE to

Page 49

1  try to say no to all of those people on the basis of
2  the other bad apples that were in the bunch.  And
3  that's essentially what MDE is trying to do here.
4          With regard to the indictment as a basis
5  to affirm the July 25 decision, look, the law is just
6  the law and this is like first week or two of law
7  school.  This Panel is an appellate panel.  This Panel
8  reviews what is in the past.  It reviews what has
9  already been done and what has already happened.
10          And the thing that it is reviewing is a
11 July 25 decision.  Anything that happened after
12 July 25 is a new set of facts that has nothing to do
13 with whether the decision on July 25 was incorrect.
14          Now, reverse that decision and we can, in
15 a collaborative way, take into account the new facts
16 we know, then the indictments do become relevant and
17 we can do something with them.
18          But the fact that the indictments exist
19 now does not mean that they existed on July 25 and
20 that they informed the decision that was made at that
21 time.
22          MDE, frankly, is back on its heels about
23 this whole situation, and we understand that, but
24 that's not a reason to act with a chainsaw instead of
25 a scalpel in terms of how these claims are going to be

Page 50

1  adjudicated and who gets paid and who does not get
2  paid.  And it's also not a reason to misrepresent the
3  records.
4          The very first justification in the
5  July 25 letter -- and the bulk of the justification is
6  the May 27 termination of PIQC's contract and yet
7  MDE's representative in this proceeding says that that
8  wasn't a justification at all.
9          Well, I would urge the Panel members to go
10 back and read just the first few paragraphs of the
11 July 25 letter.  It's plain that the May 27 termination
12 is the first justification for what happened here,
13 which we think was improper.
14          Why would MDE misrepresent the record
15 here?  It simply does not make sense.  They need to
16 take credible and consistent positions.  Our credible
17 and consistent position is that a 100 percent claim
18 denial is legally wrong and should be reversed so that
19 we can go all do the work of figuring out who really
20 should get paid.
21          **COMMISSIONER BURRAGE:**  Thank you
22 very much for your closing statement.  I'd like to
23 leave us today, MDE-NPS in answering a Panel question
24 stated it would get back to the Panel regarding an
25 example to contradict PIQC's representation in

Page 51

1  paragraph 56 of its appeal statement, quote, PIQC
2  provided MDE with invoices and menus that do support
3  all 162 of the claims, end of quote.  MDE-NPS denied
4  for invoice and/or menu do not support the claims.
5          Similar to the date requested by PIQC,
6  we'll give MDE-NPS also until October 7 to get back to
7  the Panel on that.
8          I'd like to thank everyone for coming --
9          **MS. HONER:**  Yeah, I'd like to just
10 clarify with that, is Partners saying -- and did you
11 say it was page 56 or item 56?
12          **COMMISSIONER BURRAGE:**  I have
13 representation in paragraph 56 of its appeal
14 statement, quote.
15          **MS. HONER:**  All right.  So I'd like
16 to ask the clarifying question with that.  Is Partners
17 providing us an example of where the documentation
18 supports?  Because, once again, it's not the state
19 agency's responsibility for the burden of proof, it is
20 the sponsors.
21          Or are they just simply having a blanket
22 statement that their documents support it?  Because
23 our review team has obviously proved that that is not
24 the case.
25          **MR. WEINHARDT:**  So we made a

Page 52

1  statement in the documents and the Panel has asked for
2  an example to contradict the statement.  I think the
3  Panel is within its rights to ask for that and it's
4  not, I think, PIQC's obligation to prove each one of
5  450-some-odd claims are correct before the -- before
6  MDE is supposed to come up with one single example in
7  response to the Appeal Panel.
8          **MS. HONER:**  Right.  It was your
9  responsibility --
10          **COMMISSIONER BURRAGE:**  So let me say
11 this -- thank you -- we will, because we do not want
12 to have any discussion going back and forth between
13 the two right now, what we'll do is we will make sure
14 that we -- Kathleen, I see you present.
15          **MS. REITZ:**  I heard the questions.
16 This Panel -- I believe the Panel did not ask the
17 additional information to reverse any sort of burden
18 of proof in this case.
19          That was, basically, a question to verify
20 the accuracy of a statement provided in the brief of
21 PIQC because PIQC made a blanket statement standing by
22 the accuracy of everything it submitted.  So just to
23 assist the Panel in understanding the representations
24 of the PIQC's statements in the interests of
25 administrative efficiency, that the Panel is asking a

Page 53

1 simple clarification question.
2          So, Emily, I don't believe the Panel is
3 asking MDE to prove what is supposed to be prove n by
4 PIQC.
5          MS. BEMIS:  What we were requesting
6 is that you would provide one random example out of
7 the 162 to show that PIQC's representation is
8 incorrect because when we asked the question, you said
9 you would have to go look and we just want one
10 example.
11          MS. HONER:  So, Kristine, are you
12 understanding what's needed and we can debrief after?
13          MS. NOGOSEK:  Let me just ask it
14 this way: Could someone on the Panel or Kathleen
15 simply restate what it is that you're asking the
16 division for and we will get that to you, just so we
17 are -- everyone is clear.
18          MS. BEMIS:  Okay.
19          COMMISSIONER BURRAGE:  Go ahead,
20 Kathleen.  Let Kathleen provide it.
21          MS. REITZ:  Sure.  I believe the
22 question where Ms. Bemis was asking at the time where
23 Ms. Honer responded with she would like to go back and
24 look and get back to the Panel was  a question along
25 the line of PIQC made  a representation in paragraph 56

Page 54

1 of the appeal statement , quote, PIQC provided MDE with
2 invoices and menus that do support all 162 of the
3 claims, end of quote, that the MDE-NPS has denied for
4 invoice and/or menu do not support the claims.
5          And Ms. Bemis asked, does MDE-NPS agree
6 with PIQC's representation , and if my notes are right,
7 Ms. Honer didn't agree, which was why Ms. Bemis asked
8 since you didn't agree, could MDE-NPS please provide
9 one random example to show that PIQC's representation
10 is incorrect.
11          It was really a clarification of whether
12 any representation was inaccurate; it wasn't to
13 reverse any burden of proof.
14          MS. NOGOSEK:  Understood.  Thank you
15 for that clarification.
16          MS. CALCATERRA:  I want to clarify
17 that it was myself, Karen Calcaterra, that asked that
18 question originally.
19          MS. REITZ:  I'm so sorry, I didn't
20 take down in my notes who said what .  So my apologies .
21          COMMISSIONER BURRAGE:  Thank you.
22 Okay, so that has -- we have answered that question.
23 I would like to thank everyone for participa ting today
24 and we will wait for the information and follow-up in
25 print.  Everyone have a wonderful day.

Page 55

1          (Proceedings concluded at 11:15 a.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 56

1 STATE OF MINNESOTA)
2 COUNTY OF WRIGHT  )
3               REPORTER'S CERTIFICATE
4
5
6          I, Gail M. Hinrichs, do hereby certify that
7 the above and foregoing transcript, consisting of the
8 preceding 55 pages is a correct transcript of my
9 stenograph notes, and is a full, true and complete
10 transcript of the proceedings to the best of my
11 ability.
12          Dated September 24, 2022
13
14
15               /s/ Gail M. Hinrichs, RPR
                  Gail M. Hinrichs
16               Registered Professional Reporter
17
18
19
20
21
22
23
24
25

COMMISSIONER
BURRAGE: [23] 2/23
3/18 4/2 4/6 4/13 5/11
5/14 5/21 6/6 6/21 7/1
7/10 7/16 8/3 15/7
22/12 43/1 46/25 50/20
51/11 52/9 53/18 54/20
COURT REPORTER:
[1] 6/24
MR. TAUBER: [1] 5/5
MR. WEINHARDT: [27]
3/16 3/25 4/3 4/8 5/8
5/13 5/15 8/5 23/5
24/14 24/25 25/20 27/2
28/10 29/3 29/23 31/4
32/10 33/3 33/13 33/25
34/9 34/19 42/12 42/23
47/2 51/24
MS. BEMIS: [24] 5/25
6/19 6/22 22/15 24/10
24/19 25/13 26/17
27/19 28/23 29/18 30/6
32/5 32/23 33/8 33/20
34/4 34/14 34/23 42/6
42/21 42/25 53/4 53/17
MS. CALCATERRA:
[14] 5/23 7/12 7/19
34/25 35/20 37/15
38/15 39/7 40/1 40/18
41/4 41/9 42/2 54/15
MS. HERRERA: [1]
4/17
MS. HONER: [18] 3/21
4/20 7/3 15/9 35/9 36/1
37/24 38/23 39/13 40/6
41/1 41/7 41/16 43/7
51/8 51/14 52/7 53/10
MS. JOHNSON-REED:
[1] 4/24
MS. NOGOSEK: [4]
5/2 35/11 53/12 54/13
MS. REITZ: [4] 6/3
52/14 53/20 54/18

$

$179 [1] 46/4
$179 million [1] 46/4

'

'22 [2] 17/2 37/4

/

/s [1] 56/15

1

10 [5] 11/5 15/5 22/20
30/21 33/2
100 percent [9] 14/14
26/14 29/15 29/17 32/4
32/22 47/12 48/3 50/17
10:00 [1] 1/15

10:00 a.m [1] 3/2
11 [1] 22/19
11:15 a.m [1] 55/1
12 [1] 45/18
13 [2] 22/20 26/18
14 [3] 41/10 45/21
46/12
16 [1] 30/25
16-ounce [1] 30/22
162 [6] 40/22 40/22
40/25 51/3 53/7 54/2
17 [2] 12/9 13/4
18703 [1] 30/19
19 [3] 22/24 37/3 37/9

2

20 [9] 7/21 9/23 12/15
13/5 26/22 27/14 27/16
35/8 48/14
200 [1] 15/24
2015 [2] 27/2 27/4
2016 [1] 37/17
2021 [8] 8/16 10/16
29/20 30/8 31/4 38/17
38/22 39/9
2022 [21] 1/15 7/21
8/17 11/2 12/9 13/4
18/7 19/5 19/7 22/20
22/25 26/22 30/18 35/8
38/18 38/19 39/10
39/11 39/12 42/11
56/12
21 [4] 33/22 34/5 34/13
40/3
2127 [2] 2/7 2/11
22 [1] 13/7
226 [2] 15/23 21/25
226.10 [1] 29/23
226.14 [2] 14/4 26/11
226.20 [1] 24/14
23rd [1] 1/14
24 [1] 56/12
25 [22] 8/15 8/19 9/1
9/2 18/7 19/7 20/16
24/9 26/14 33/17 39/1
39/4 39/22 40/9 46/23
49/5 49/11 49/12 49/13
49/19 50/5 50/11
2600 [2] 2/14 2/18
27 [14] 11/2 11/6 11/9
11/15 11/19 11/21
11/22 11/24 11/24 12/4
17/2 40/12 50/6 50/11
28 [2] 31/4 42/11

3

39 [5] 33/23 33/24 34/9
40/4 42/10

4

4/28/2021 [1] 30/8
400 [1] 14/2
445 [2] 2/6 2/10

450 [1] 2/14
450-some-odd [1] 52/5
47 [2] 7/22 9/18

5

5-pound [2] 30/20
30/22
50 [1] 2/17
50312 [1] 2/15
55 [1] 56/8
55101-2127 [2] 2/7
2/11
55402 [1] 2/18
56 [6] 40/20 51/1 51/11
51/11 51/13 53/25

7

71 [1] 27/24
78 [1] 13/24

9

9-18703 [1] 30/19
900 [2] 2/6 2/10

A

a.m [3] 1/15 3/2 55/1
ability [3] 8/21 28/21
56/11
able [4] 7/8 36/22
44/16 46/18
about [8] 8/11 8/24
9/6 9/12 19/15 26/3
34/14 43/10 48/6 48/8
49/22
above [2] 1/10 56/7
above-entitled [1] 1/10
absolutely [10] 16/23
17/9 17/23 19/16 32/21
37/13 37/25 41/2 45/23
46/1
absolved [1] 23/4
according [3] 34/3
46/5 47/22
account [2] 24/5 49/15
accuracy [2] 52/20
52/22
accurate [1] 45/3
accused [1] 10/3
across [3] 36/21 37/8
48/4
act [3] 19/1 25/18
49/24
acting [1] 5/20
action [23] 9/1 9/2 9/3
11/2 11/6 11/9 11/19
11/19 11/22 16/3 16/5
17/1 17/3 17/25 18/9
18/17 19/7 26/22 30/19
39/4 39/7 39/25 46/23
actions [2] 10/11 11/21
activity [2] 47/16 47/21
actual [5] 7/7 27/25
28/9 31/14 35/25

actually [3] 3/22 36/7
39/21
addition [2] 9/4 11/12
additional [11] 19/6
33/22 35/2 36/19 37/3
38/11 40/4 40/16 41/12
42/5 52/17
additionally [7] 14/1
16/8 31/17 36/10 38/3
40/15 43/24
address [2] 8/3 36/3
addressed [2] 33/23
40/5
adequacy [1] 13/10
adjudicated [1] 50/1
administer [1] 15/21
administering [1]
15/18
administrative [5] 5/25
6/3 27/21 34/7 52/25
Adult [2] 15/20 19/18
advanced [1] 27/25
affidavit [1] 46/1
affidavits [11] 18/14
25/19 25/25 26/1 27/22
28/10 28/12 28/25 29/2
34/17 45/10
affirm [1] 49/5
affirmative [1] 27/17
affirmatively [1] 27/9
affirmed [1] 46/25
African [1] 30/19
after [11] 8/20 9/1 10/4
21/8 21/9 40/8 40/9
40/14 40/16 49/11
53/12
ag.state.mn.us [2] 2/7
2/11
again [11] 17/10 17/10
17/13 17/24 19/3 19/15
31/22 32/4 34/3 34/21
46/22 51/18
against [3] 9/18 10/11
37/18
agencies [1] 22/21
agency [7] 15/18 17/8
18/4 21/18 22/4 26/15
44/24
agency's [2] 44/22
51/19
agenda [2] 3/5 3/6
ago [3] 11/5 30/2 30/4
agree [9] 9/13 16/8
16/14 40/25 46/6 46/24
54/5 54/7 54/8
agreeing [1] 44/7
agreement [2] 20/25
27/1 44/6
ahead [2] 35/15 53/19
all [43] 4/5 5/16 7/1
9/24 10/17 10/20 10/20
12/3 13/11 13/23 14/9

14/9 14/12 15/4 15/6
16/4 18/8 21/24 22/9
25/22 26/9 28/11 31/20
32/4 32/5 33/5 37/5
40/22 43/3 44/3 44/4
46/6 46/16 46/24 47/4
47/5 47/9 49/1 50/8
50/19 51/3 51/15 54/2
allege [1] 9/9
alleged [2] 9/17 33/24
Allison [1] 2/22
allow [2] 16/12 48/15
allowed [3] 8/3 17/11
38/14
allows [1] 40/12
alone [2] 12/16 40/12
along [1] 53/24
already [4] 26/25 42/8
49/9 49/9
also [23] 2/20 3/23
11/7 11/10 16/14 18/22
19/20 20/10 20/24
21/23 24/17 28/2 30/23
31/8 36/4 36/7 36/25
37/18 38/11 39/24
41/20 50/2 51/6
although [1] 9/4
always [4] 20/21 21/21
36/24 36/25
am [1] 15/25
amazingly [1] 48/25
amount [1] 46/4
Anab [1] 20/5
analysis [3] 24/5 25/12
26/15
and/or [3] 40/23 51/4
54/4
announced [2] 7/22
35/7
another [5] 18/16
19/10 19/12 19/25 20/9
answer [2] 33/16 34/20
answered [1] 54/22
answering [1] 50/23
any [36] 9/9 9/10 9/18
10/3 11/14 14/7 15/18
23/3 24/4 24/5 24/21
26/1 26/2 26/15 26/17
27/17 28/4 28/7 28/16
28/24 28/25 29/16
33/11 34/16 34/18
40/14 41/12 42/5 43/2
46/19 47/13 47/24
52/12 52/17 54/12
54/13
anyone [1] 6/8
anything [8] 8/11 9/12
32/24 33/12 44/21 47/6
49/11
apologies [4] 4/4 4/13
5/17 54/20
apparently [1] 28/19

**A**

**appeal [50]** 1/6 1/11 4/24 8/1 9/6 10/10 11/17 13/22 14/20 16/1 16/6 16/7 16/11 16/12 16/18 18/11 22/10 22/21 26/19 27/23 27/23 28/18 28/18 30/3 32/10 33/3 33/22 34/6 34/8 37/20 37/24 38/20 38/23 39/2 39/13 39/19 40/3 40/20 41/15 41/23 42/1 42/21 43/8 43/14 46/8 48/5 51/1 51/13 52/7 54/1

**appealing [4]** 16/19 18/24 19/4 44/4

**appeals [8]** 10/12 10/14 10/18 10/21 27/21 29/6 32/25 36/10

**appears [1]** 38/16

**appellate [1]** 49/7

**apples [1]** 49/2

**applicable [1]** 47/24

**application [1]** 7/7

**apportion [4]** 14/22 31/23 34/2 47/25

**apportioning [1]** 26/11

**apportionment [1]** 26/15

**approach [1]** 23/16

**approximately [1]** 1/15

**April [1]** 31/4

**April 28 [1]** 31/4

**are [72]**

**argued [3]** 11/5 27/20 30/4

**argues [1]** 27/23

**argument [2]** 44/20 44/20

**arguments [2]** 10/17 15/5

**arm's [1]** 33/12

**arm's-length [1]** 33/12

**Arms [2]** 19/18 19/19

**around [1]** 26/5

**as [35]** 5/19 5/19 11/12 11/23 15/5 15/15 16/2 17/13 19/9 21/13 22/11 27/6 29/5 29/22 30/10 30/10 30/13 30/23 31/4 31/4 33/2 34/3 34/16 34/17 37/8 38/5 41/13 41/14 41/15 43/13 43/16 43/24 46/5 46/6 49/4

**ask [11]** 3/9 3/12 35/1 35/2 42/4 42/8 42/17 51/16 52/3 52/16 53/13

**asked [6]** 43/10 52/1 53/8 54/5 54/7 54/17

**asking [7]** 16/12 26/9

36/3 52/25 53/3 53/15 53/22

**assist [1]** 52/23

**assistance [2]** 30/9 31/3

**ASSISTANT [2]** 2/5 2/9

**associated [2]** 10/1 48/21

**attachment [1]** 37/17

**attempt [2]** 19/13 39/25

**attempts [1]** 14/7

**attorney [6]** 2/5 2/5 2/9 2/9 5/4 6/5

**August [1]** 40/17

**authorities [1]** 27/8

**authority [2]** 15/21 24/24

**available [1]** 29/22

**Avenue [1]** 2/14

**Awad [1]** 20/5

**away [5]** 12/9 13/6 13/7 13/8 27/17

**B**

**back [22]** 4/11 4/16 7/4 18/12 22/11 25/14 30/5 34/10 34/13 37/10 39/2 40/8 41/20 42/10 42/19 49/22 50/10 50/24 51/6 52/12 53/23 53/24

**backwards [1]** 11/22

**bad [2]** 14/8 49/2

**bags [3]** 30/20 30/22 31/3

**Bananas [1]** 31/19

**based [18]** 8/18 8/19 9/2 10/25 11/18 12/11 13/10 16/5 17/1 17/4 20/16 22/18 32/13

**basically [1]** 52/19

**basics [1]** 15/11

**basis [11]** 12/4 13/7 23/2 23/10 24/20 26/6 27/13 41/11 48/7 49/1 49/4

**be [57]**

**beans [1]** 30/21

**bear [1]** 35/17

**because [35]** 7/6 10/22 11/8 13/4 13/11 13/16 15/2 15/5 17/13 17/21 17/22 17/25 19/16 20/5 21/4 22/7 23/24 24/18 28/13 28/18 29/17 31/25 32/13 37/20 38/8 38/24 39/5 42/14 42/15 47/12 51/18 51/22 52/11 52/21 53/8

**become [1]** 49/16

**been [22]** 7/23 9/19 9/21 16/2 16/22 18/3 19/11 28/15 30/2 33/18

34/18 35/5 36/12 36/12 36/24 38/12 38/14 39/6 40/18 45/8 45/23 49/9

**before [19]** 1/11 1/13 7/14 8/12 8/14 8/19 8/23 11/17 17/7 21/18 22/3 26/16 42/9 44/10 44/13 45/25 48/15 52/5 52/5

**begin [3]** 3/15 6/19 8/5

**beginning [1]** 37/1

**behalf [4]** 4/24 5/5 20/14 47/19

**being [4]** 30/17 36/9 37/11 44/19

**belief [1]** 24/22

**believe [14]** 9/5 24/11 25/1 25/25 26/7 29/24 32/18 41/17 41/21 45/5 45/7 52/16 53/2 53/21

**believes [1]** 44/1

**BEMIS [5]** 2/3 6/1 53/22 54/5 54/7

**Bemis asked [1]** 54/7

**best [2]** 48/22 56/10

**between [1]** 52/12

**beverage [1]** 36/8

**bit [1]** 26/3

**blanket [4]** 32/12 48/7 51/21 52/21

**blowing [1]** 16/23

**board [3]** 33/10 37/8 48/4

**both [3]** 6/18 8/2 25/18

**bounds [1]** 30/21

**boxes [2]** 30/20 31/2

**Brava [3]** 19/20 19/21 19/21

**Bremer [2]** 2/6 2/10

**bribes [1]** 46/13

**brief [2]** 32/13 52/20

**briefed [1]** 33/18

**briefly [1]** 37/22

**brother [1]** 20/11

**brought [1]** 16/12

**budgets [1]** 48/23

**bulk [3]** 23/19 30/10 31/2 35/23 35/23 36/17 37/12 50/5

**bulletins [1]** 37/5

**bunch [1]** 49/2

**Bunches [1]** 30/24

**burden [4]** 44/23 51/19 52/17 54/13

**BURRAGE [5]** 2/2 6/10 6/20 7/13 8/7

**business [1]** 34/23

**busy [1]** 42/14

**C**

**CACFP [7]** 2/21 15/20 27/1 32/8 37/4 37/6 38/8

**Cafe [3]** 19/20 19/21 19/21

**CALCATERRA [3]** 2/3 5/25 54/17

**call [3]** 3/23 4/10 28/20

**called [2]** 12/17 26/24

**calling [2]** 28/4 28/17

**came [4]** 1/10 8/20 8/25 12/14

**can [28]** 3/11 3/23 3/24 4/2 4/3 4/7 8/7 8/11 12/1 12/22 16/1 21/1 22/2 22/11 24/19 26/10 28/9 29/1 31/1 32/7 34/10 34/13 44/21 46/24 49/14 49/17 50/19 53/12

**can't [9]** 4/6 4/9 5/12 12/6 23/13 34/2 44/2 44/11 45/7

**cannot [5]** 5/14 5/15 12/5 15/1 45/5

**Care [14]** 1/7 3/3 5/21 6/13 6/19 9/10 9/13 10/1 10/2 10/12 15/20 19/18 46/11 48/9

**Care's [2]** 10/8 11/1

**case [9]** 8/10 32/18 34/22 37/18 43/17 44/23 45/4 51/24 52/18

**cases [1]** 26/7

**category [2]** 18/13 19/12

**Catering [3]** 19/2 25/18 34/18

**ceased [1]** 13/3

**cereal [2]** 30/14 30/23

**certain [6]** 8/22 9/16 12/23 18/11 35/22 40/1

**Certainly [1]** 35/12

**CERTIFICATE [1]** 56/3

**certify [2]** 29/21 56/6

**cetera [1]** 29/11

**CFR [6]** 14/4 15/23 15/24 21/25 24/13 29/23

**chain [1]** 22/24

**chainsaw [1]** 49/24

**chairing [1]** 6/10

**challenge [1]** 36/8

**challenged [1]** 36/11

**change [3]** 24/16 24/17 36/20

**changed [2]** 24/2 45/8

**changes [3]** 24/18 25/11 32/8

**changing [1]** 36/13

**charge [1]** 12/1

**charged [6]** 16/21 19/2 19/22 20/5 20/10 44/19

**charges [1]** 19/23

**chart [1]** 24/8

**chat [1]** 6/16

**child [3]** 15/19 15/20 19/24

**children [4]** 23/14 43/14 43/15 48/3

**choose [1]** 15/2

**churches [1]** 38/4

**citation [1]** 34/6

**citations [2]** 22/9 24/23

**cited [2]** 23/3 25/16

**claim [67]**

**claimed [3]** 24/24 33/2 38/6

**claiming [2]** 38/4 44/3

**claims [113]**

**clarification [4]** 39/3 53/1 54/11 54/15

**clarifications [1]** 39/7

**clarified [3]** 18/5 18/19 39/3

**clarify [2]** 51/10 54/16

**clarifying [1]** 51/16

**clear [2]** 37/22 53/17

**client [1]** 31/14

**close [1]** 43/9

**closing [3]** 6/17 26/3 50/22

**Code [1]** 30/1

**collaborative [3]** 48/13 48/16 49/15

**collected [1]** 22/1

**come [4]** 4/16 6/15 12/22 19/15 52/6

**coming [1]** 51/8

**commencing [1]** 1/15

**comments [2]** 6/18 47/25

**COMMISSIONER [1]** 2/2

**communicated [1]** 13/19

**community [4]** 20/2 20/4 20/8 48/23

**companies [1]** 34/16

**compensable [16]** 14/9 14/11 14/17 14/23 26/12 26/13 29/13 29/15 29/17 31/24 31/25 32/3 32/23 48/1 48/2 48/2

**complaint [2]** 35/16 37/18

**complaints [1]** 35/17

**complete [1]** 56/9

**compliance [2]** 24/3 44/7

**compliant [1]** 31/21

**complied [3]** 30/1 32/7 32/17

**comply [3]** 22/7 32/16 41/3

**computer [2]** 3/24 4/12

**C**

concern [1]  32/21
conclude [1]  33/6
concluded [1]  55/1
concludes [1]  42/3
condoned [1]  23/24
congregate [3]  23/14
37/9 37/11
connected [2]  19/1
33/11
connection [1]  7/23
connections [2]  21/5
21/7
CONNEELY [2]  2/16
5/18
consider [3]  8/2 8/11
8/25
considered [3]  8/23
16/10 17/10
considers [1]  28/8
consistent [2]  50/16
50/17
consisting [1]  56/7
consume [1]  31/19
contain [2]  28/13 34/6
contained [2]  27/11
39/6
containers [1]  30/22
contend [1]  47/14
contention [1]  40/6
context [1]  9/7
continue [4]  21/6
36/22 47/18 47/20
continued [1]  40/15
continues [1]  45/12
continuing [1]  45/6
contract [9]  11/1 11/3
11/23 11/24 12/2 12/3
12/5 27/3 50/6
contradict [5]  28/9
29/1 31/3 50/25 52/2
contradicted [1]  28/13
control [2]  10/13 10/23
conviction [1]  38/9
cook [2]  31/17 32/1
cooked [4]  36/14 36/15
36/16 37/15
copied [1]  16/6
copy [1]  39/15
correct [9]  22/6 29/21
36/19 40/11 45/25
46/23 46/24 52/5 56/8
correcting [2]  15/12
16/16
correction [1]  16/25
correctly [1]  8/15
correctness [1]  8/17
corresponding [1]
15/22
could [16]  23/20 24/22
33/6 34/3 34/7 36/6
36/12 37/22 41/5 41/9

41/18 42/7 42/19 43/19
53/14 54/8
counsel [8]  2/4 2/22
5/7 5/19 22/18 26/18
27/20 29/19
COUNTY [1]  56/2
couple [1]  35/4
court [3]  6/23 11/13
42/16
COVID [6]  22/24 23/13
37/3 37/9 43/11 48/24
crackers [1]  31/20
credible [3]  30/14
50/16 50/16
criminal [4]  16/9 35/16
35/17 37/17
Crystal [1]  30/21
Cuisine [1]  34/17

**D**

d/b/a [1]  1/7
date [2]  42/22 51/5
dated [3]  27/1 31/4
56/12
day [3]  1/14 23/14
54/25
days [4]  11/5 42/13
42/14 47/17
deadline [2]  13/19
42/21
debrief [1]  53/12
deceived [1]  47/19
December [12]  10/16
14/20 18/6 18/10 18/12
18/18 18/25 29/20
29/25 30/3 38/22 38/25
December 2021 [2]
29/20 38/22
decide [4]  14/16 26/12
29/15 29/16
decided [1]  27/15
decision [16]  8/18
11/15 11/17 16/5 17/2
18/6 39/1 41/19 42/21
46/25 49/5 49/11 49/13
49/14 49/20 50/11
decisions [2]  18/5
24/17
deep [1]  45/11
defendants [1]  7/23
definitely [1]  41/9
defrauded [1]  9/15
defrauding [1]  45/14
degree [1]  9/12
delivered [5]  23/22
24/19 31/14 37/13
43/11
delivering [1]  19/11
demonstrate [2]  29/12
31/7
demonstrates [1]
27/25
denial [23]  10/25 12/10

13/24 15/7 18/5 19/4
19/12 20/16 22/12 29/6
33/18 35/19 35/20 38/9
38/10 39/23 40/9 40/9
41/22 41/24 48/4 48/12
50/18
denials [14]  10/15 11/8
11/9 11/10 11/10 11/18
11/19 12/11 13/9 14/2
14/20 24/8 26/9 30/3
denied [15]  8/15 13/24
17/25 19/6 23/11 26/14
30/18 38/17 38/25 39/8
40/23 41/11 44/4 51/3
54/3
deny [6]  18/9 29/17
32/5 32/21 47/11 48/7
denying [1]  22/6
department [9]  1/2
1/11 2/2 2/8 5/2 5/8 6/2
7/22 15/17
DEPUTY [1]  2/2
Des [1]  2/15
described [1]  23/12
description [1]  41/12
desperately [1]  48/24
despite [2]  19/3 46/16
determine [2]  14/7
21/12
deviated [1]  32/25
did [20]  11/23 12/3
19/9 19/15 20/18 23/7
24/4 25/3 26/16 26/16
28/4 28/24 29/17 29/20
32/1 32/4 33/24 36/20
51/10 52/16
didn't [11]  17/20 19/13
20/12 25/13 31/17 39/4
39/25 48/18 54/7 54/8
54/19
differ [1]  26/24
different [8]  9/17 13/24
22/11 22/12 23/16 25/5
25/23 30/24
digit [1]  29/8
direct [1]  18/20
directed [1]  23/18
directives [1]  32/8
directly [2]  19/1 34/9
director [2]  2/20 2/23
4/19 5/20
directors [1]  33/11
disallow [1]  14/5
disconnect [1]  31/13
discretion [1]  22/22
discusses [1]  25/2
discussion [1]  52/12
disputing [1]  27/21
disruptions [1]  22/25
divided [1]  29/10
division [14]  4/23 4/24
5/5 12/1 15/12 15/15

15/15 15/17 16/3 18/12
22/9 35/13 41/23 53/16
division's [1]  35/20
do [36]  3/7 4/10 6/23
7/5 9/8 10/15 12/21
15/1 16/8 17/5 21/10
23/19 25/25 26/23 27/8
27/8 32/19 35/10 39/10
40/21 40/23 41/21 44/5
44/17 49/3 49/12 49/16
49/17 50/19 51/2 51/4
52/11 52/13 54/2 54/4
56/6
document [4]  12/17
12/18 13/3 37/19
documentary [1]  26/25
documentation [41]
12/19 16/1 16/4 17/6
18/1 18/19 19/8 19/14
20/13 20/17 20/19
20/21 20/22 21/1 21/4
21/10 21/11 21/13
21/21 21/22 22/1 24/13
26/20 30/17 33/5 36/11
36/15 36/20 36/24
37/14 39/15 39/17
39/18 39/23 40/1 43/25
44/2 46/18 46/19 46/22
51/17
documents [26]  12/22
12/24 13/1 13/10 13/13
13/15 13/17 13/21
13/23 16/10 18/16 27/9
27/18 29/1 29/8 32/14
33/8 34/22 37/21 37/23
41/12 41/13 41/14
41/19 51/22 52/16
does [26]  11/7 11/22
19/17 24/11 24/16
24/17 25/16 28/6 28/22
29/14 31/23 32/24 33/9
34/5 35/8 35/24 36/6
38/2 40/5 40/25 42/9
47/3 49/19 50/1 50/15
54/5
doesn't [3]  31/10 31/16
47/13
doing [1]  34/22
don't [9]  4/20 7/15
28/12 28/13 33/16
33/19 33/20 34/4 53/2
done [2]  46/2 49/9
down [1]  11/2 14/10
48/17 54/20
DR [5]  2/2 6/9 6/20
7/13 8/7
dramatically [2]  24/2
25/23
drank [1]  43/20
dry [5]  36/12 36/14
36/17 37/15 43/13
due [1]  22/24

duplicatively [1]  37/17
during [4]  22/25 43/11
43/11 48/24

**E**

each [6]  25/9 25/9 25/9
41/22 45/9 52/4
earlier [3]  25/19 25/24
28/3
early [2]  31/4 32/12
easily [2]  30/11 43/20
East [1]  30/19
eat [7]  30/14 30/14
30/23 31/12 31/25
43/15 43/16
echo [2]  3/17 3/20
EDUCATION [7]  1/2
1/12 2/2 2/8 5/2 5/8 6/2
effect [5]  11/15 11/25
13/4 24/25 32/9
efficiency [2]  34/7
52/25
effort [1]  32/16
eight [2]  9/23 25/5
either [2]  14/10 42/6
eligible [2]  21/16 38/8
else [1]  6/8
email [3]  2/7 2/11 2/15
Emily [5]  2/1 2/14 4/20
4/22 7/3 53/2
Empire [1]  34/17
employee [1]  20/12
employees [3]  33/11
46/13 46/14
encourage [1]  46/8
encouraged [1]  37/10
end [11]  22/25 26/20
26/22 28/4 32/9 40/22
42/17 42/18 46/21 51/3
54/3
engage [2]  48/13 48/16
engaged [1]  47/16
ensure [3]  21/15 21/24
30/12
ensuring [1]  45/3
entered [1]  22/3
entirely [1]  48/5
entities [1]  34/23
entitled [3]  1/10 35/14
47/11
Eric [2]  2/22 5/6
error [1]  48/11
ESQUIRE [2]  2/13 2/16
essentially [1]  49/3
et [1]  29/11
even [18]  5/10 10/13
11/21 13/18 16/23 17/8
18/3 19/13 20/12 21/18
27/6 36/8 38/8 39/25
43/18 45/5 46/7 46/16
ever [2]  12/19 13/12
every [6]  12/20 13/2
27/10 27/18 44/12 48/7

# E

**everybody [2]** 5/17 8/7
**everyone [8]** 3/4 4/21 15/3 48/20 51/8 53/17 54/23 54/25
**everyone for [1]** 51/8
**everything [2]** 14/10 52/22
**evidence [14]** 8/25 10/6 10/6 27/25 28/8 28/9 28/14 28/16 29/12 33/6 33/7 45/22 45/23 46/17
**evidentiary [2]** 27/22 29/1
**exactly [1]** 43/15
**example [13]** 19/17 19/25 20/9 30/18 41/6 41/15 50/25 51/17 52/2 52/6 53/6 53/10 54/9
**examples [8]** 17/11 25/16 30/16 30/25 34/16 41/22 42/1 45/16
**Excel [2]** 38/18 39/4
**Exec [1]** 2/23
**executed [1]** 27/1
**executive [1]** 5/20
**exercise [1]** 22/22
**Exhibit [2]** 22/19 30/7
**exhibits [4]** 29/2 29/6 34/8 34/12
**exist [2]** 12/3 49/18
**existed [3]** 48/15 48/15 49/19
**existence [1]** 9/1
**exists [1]** 9/3
**expected [1]** 19/23
**explain [2]** 25/7 25/9 31/2 43/18
**explains [1]** 46/12
**explanation [1]** 24/10
**extent [4]** 7/25 11/8 11/18 25/19

# F

**fact [11]** 16/21 17/20 20/24 24/7 31/9 31/15 32/1 32/17 36/5 36/21 49/18
**facts [4]** 11/4 18/14 49/12 49/15
**factual [1]** 31/13
**Fahad [1]** 45/21
**failed [3]** 21/19 22/7 41/3
**failing [1]** 14/2
**fairly [1]** 15/6
**faith [2]** 32/16 48/21
**fall [3]** 22/23 33/25 34/4
**false [1]** 28/1
**Farah [1]** 46/9

**fault [1]** 16/16
**FBI [4]** 25/19 27/22 28/12 34/17
**FBI's [2]** 28/10 29/1
**February [5]** 12/17 13/2 13/7 20/9 27/13
**February 2 [3]** 12/17 13/2 27/13
**February 22 [1]** 13/7
**fed [4]** 47/8 48/3 48/18 48/18
**federal [15]** 11/13 15/22 15/23 21/13 22/25 24/21 25/20 25/22 27/2 27/4 30/1 35/7 41/4 42/16 44/8
**Feeding [2]** 7/24 9/18
**feel [2]** 39/4 40/11
**fell [1]** 18/13
**few [5]** 30/9 30/25 45/16 47/17 50/10
**fifth [1]** 10/10
**fight [1]** 45/6
**fighting [4]** 17/18 20/3 20/7 45/15
**figure [3]** 23/25 32/3 32/22
**figuring [2]** 4/15 50/19
**file [6]** 6/24 16/1 16/7 16/11 39/19 41/24
**filed [1]** 25/3
**filing [2]** 25/7 25/8
**final [4]** 3/9 3/10 43/5 43/7
**find [1]** 41/21
**finding [1]** 45/8
**fine [1]** 4/14
**FIRM [1]** 2/13
**first [16]** 10/15 10/24 12/18 13/13 15/14 16/25 19/17 25/21 27/12 28/11 35/4 42/18 49/6 50/4 50/10 50/12
**fiscal [1]** 22/25
**five [4]** 18/25 18/25 42/13 43/7
**flavors [1]** 30/24
**fluid [2]** 31/19 43/19
**folder [8]** 16/2 16/6 16/7 29/5 38/18 39/12 39/20 41/24
**folders [1]** 39/10
**follow [1]** 14/3 35/4 54/24
**follow-up [1]** 35/4 54/24
**followed [1]** 44/1
**following [2]** 28/19 42/17
**food [13]** 14/13 14/15 15/20 19/21 30/13 31/7 33/2 36/4 36/5 36/6

**36/8 36/9 36/14**
**foods [1]** 30/10
**foregoing [1]** 56/7
**form [2]** 9/11 24/5
**former [1]** 46/14
**forth [2]** 26/25 52/12
**forwards [1]** 11/23
**found [4]** 16/1 18/2 19/10 44/13
**foundation [1]** 12/10
**four [2]** 10/12 10/21
**fraction [1]** 28/21
**frame [2]** 21/3 34/2
**frankly [2]** 10/20 49/22
**fraud [14]** 7/24 18/15 18/20 19/3 19/23 20/6 20/23 21/5 26/8 45/11 46/3 46/4 46/8 46/15
**fraudulent [9]** 14/15 17/12 17/15 17/20 28/1 44/15 45/7 47/10 47/16
**fraudulently [1]** 45/19
**free [1]** 40/11
**full [1]** 56/9
**fully [1]** 27/1
**funds [1]** 45/19
**further [3]** 10/9 18/19 46/7
**Future [2]** 7/24 9/18

# G

**Gail [5]** 1/13 6/25 56/6 56/15 56/15
**gallon [1]** 43/22
**gallons [1]** 43/21
**gaps [1]** 32/19
**gather [1]** 17/6
**gauged [1]** 24/4
**gave [1]** 25/4
**general [6]** 2/5 2/5 2/9 2/9 2/22 5/7
**general's [2]** 5/4 6/5
**get [21]** 3/2 6/11 6/14 7/12 7/14 15/12 16/15 17/21 31/22 33/19 41/9 42/10 42/19 48/17 48/18 50/1 50/20 50/24 51/6 53/16 53/24
**gets [2]** 30/2 50/1
**getting [5]** 5/11 17/24 17/24
**give [6]** 6/17 24/5 28/22 32/20 45/16 51/6
**giving [1]** 11/14
**glad [1]** 43/9
**go [18]** 4/20 17/10 18/8 23/20 25/13 26/10 30/5 34/10 34/13 35/14 40/7 41/20 44/11 50/9 50/19 53/9 53/19 53/23
**goes [1]** 23/9
**going [23]** 4/10 4/10 4/11 8/24 15/11 15/12

**15/15 15/25 16/15 16/25 17/10 17/14 17/14 18/8 23/15 25/14 30/4 41/20 42/15 45/16 46/21 49/25 52/12
**gone [2]** 11/10 13/17
**good [10]** 4/18 4/21 4/25 5/3 5/6 6/4 8/8 32/15 36/17 48/21
**goods [3]** 36/12 36/14 37/15
**got [2]** 44/18 48/17
**government [3]** 9/20 10/4 45/14
**Graham [1]** 31/20
**Grand [1]** 2/14
**granted [2]** 11/16 28/4
**great [2]** 9/21 39/14
**groceries [1]** 19/11
**ground [2]** 11/10 13/25
**grow [1]** 21/7
**guidance [5]** 23/7 23/12 24/15 37/3 37/4
**guidelines [3]** 23/3 24/12 24/22
**guilty [1]** 19/23

# H

**had [11]** 10/11 21/11 23/16 26/14 28/4 38/10 39/18 40/14 40/17 46/2 47/17
**Haji [2]** 45/17 45/18
**hand [1]** 37/24
**handed [2]** 11/2 43/19
**handing [1]** 43/21
**hands [1]** 12/15
**hang [1]** 3/24
**Hanna [4]** 19/19 19/19 19/20 19/22
**happen [1]** 47/22
**happened [5]** 44/17 48/17 49/9 49/11 50/12
**Harah [1]** 45/21
**hard [2]** 48/21 48/25
**has [42]** 8/18 9/2 9/20 10/5 10/11 13/22 14/12 14/13 16/1 16/3 17/16 20/2 20/21 21/2 22/9 22/3 26/6 26/7 27/15 27/20 27/24 28/15 29/7 32/7 33/18 33/22 35/5 36/11 36/25 37/20 40/3 45/7 45/23 47/23 47/24 49/8 49/9 49/12 51/23 52/1 54/3 54/22
**have [54]** 3/8 3/10 3/17 5/23 6/8 6/13 6/16 6/23 7/3 7/16 7/23 9/19 10/10 10/15 14/21 15/6 15/21 16/20 16/22 18/3 19/11 20/18 21/10 22/18 23/13 23/21

**25/16 26/2 26/16 32/15 32/24 33/9 34/15 35/8 36/12 36/12 37/1 38/2 38/12 38/13 39/6 40/7 40/17 42/4 42/5 42/7 42/17 43/6 44/11 46/22 51/12 52/12 53/9 54/22 54/25
**having [2]** 13/1 51/21
**head [1]** 41/8
**health [1]** 24/1
**hear [10]** 3/11 3/23 4/2 4/6 4/7 4/9 4/12 4/12 5/12 8/7
**heard [5]** 15/13 52/15
**hearing [17]** 1/11 3/3 3/4 3/11 3/18 3/20 6/10 7/6 8/1 8/3 10/10 28/3 28/6 28/20 35/22 42/16 48/20
**hearted [1]** 48/25
**heels [1]** 49/22
**here [35]** 3/11 10/14 10/17 10/23 12/8 13/9 15/11 15/16 15/20 16/16 16/23 17/1 17/3 17/17 18/7 18/17 18/23 29/13 30/5 31/13 33/20 34/4 36/20 39/1 41/21 43/11 43/25 45/5 45/10 45/17 45/25 47/14 49/3 50/12 50/15
**here's [3]** 4/10 10/24 12/14
**hereby [1]** 56/6
**Herrera [2]** 2/20 4/19
**Hi [1]** 5/24
**high [1]** 44/14
**highly [1]** 12/8
**Hinrichs [5]** 1/13 7/1 56/6 56/15 56/15
**history [1]** 12/6
**Hold [1]** 7/17
**Honer [2]** 2/21 4/22 53/23 54/7
**Honer's [1]** 31/3
**honest [1]** 48/21
**Honey [1]** 30/23
**hour [1]** 28/20
**House [7]** 19/18 19/22 38/2 38/3 38/5 38/10 38/13
**housed [1]** 15/17
**how [15]** 12/14 19/16 20/21 23/8 23/22 24/3 26/23 31/2 31/23 32/7 36/20 42/9 43/10 43/15 49/25
**hundreds [1]** 23/10
**hung [1]** 4/1

# I

**I'd [10]** 3/3 8/9 34/21

**I**

**I'd...** [7]  40/17 41/20 42/16 50/22 51/8 51/9 51/15
**I'll** [3]  4/12 5/17 26/2
**I'm** [24]  4/10 4/10 4/11 4/25 5/6 5/10 5/24 6/1 8/24 15/11 15/12 15/15 16/15 16/25 17/13 18/8 30/4 35/19 41/20 42/18 43/9 45/16 46/21 54/19
**I've** [1]  4/1
**identifiable** [1]  30/11
**identified** [2]  18/14 27/24
**identify** [2]  34/8 34/11
**immediately** [2]  17/2 40/13
**implicated** [1]  25/18
**important** [3]  16/18 18/23 38/7
**imposed** [1]  26/19
**improper** [7]  11/25 14/5 27/16 47/6 47/20 48/4 50/13
**inaccurate** [1]  54/12
**include** [2]  31/10 39/10
**included** [2]  20/24 22/9
**incorporate** [3]  10/17 15/4 25/11
**incorrect** [4]  41/7 49/13 53/8 54/10
**incorrectness** [1]  8/17
**increased** [2]  26/20 26/24
**indeed** [2]  14/11 14/19
**indicate** [1]  9/15
**indicted** [4]  7/23 9/19 10/2 10/3
**indictment** [8]  7/25 20/8 25/20 35/7 45/17 45/20 46/9 49/4
**indictments** [20]  8/10 8/12 9/5 9/7 9/8 9/14 9/25 16/9 16/15 17/9 17/13 25/22 26/16 32/20 35/16 45/10 46/5 47/17 49/16 49/18
**individual** [2]  20/4 30/11
**individuals** [2]  9/19 19/2
**information** [10]  8/18 8/19 16/6 16/9 35/15 35/17 39/5 45/9 52/17 54/24
**informed** [1]  49/20
**ingredient** [1]  25/12
**ingredients** [7]  23/10 24/7 30/13 31/10 31/11 31/16 43/13

**ingredients-not-meals** [1]  23/10
**initial** [2]  29/25 30/6
**initials** [1]  46/10
**injunction** [1]  42/16
**inspect** [1]  12/23
**inspection** [2]  12/12 27/5
**instead** [1]  49/24
**instructions** [9]  12/18 13/3 13/8 13/16 13/20 20/20 21/8 27/12 27/14
**intend** [1]  28/7
**intensely** [1]  9/20
**intensive** [1]  9/24
**intention** [2]  26/4 47/18
**interest** [1]  34/7
**interests** [1]  52/24
**Interim** [1]  2/23
**interpret** [1]  44/23
**interrupt** [1]  6/21
**introduce** [2]  3/15 28/7
**introductions** [5]  3/7 3/14 4/16 4/17 6/9
**introductory** [1]  32/12
**invalid** [1]  20/23
**investigating** [1]  9/21
**investigation** [5]  9/24 10/5 18/21 21/5 35/16
**invoice** [4]  19/9 40/23 51/4 54/4
**invoices** [13]  31/7 31/9 31/17 35/22 35/24 35/25 40/21 41/3 41/16 43/17 43/21 51/2 54/2
**involved** [1]  18/15
**Iowa** [1]  2/15
**irrelevant** [1]  9/5
**is** [191]
**Issa** [1]  20/10
**issue** [6]  7/5 13/14 19/10 19/17 33/17 33/18
**issued** [4]  12/9 12/15 12/17 18/6
**issues** [1]  19/8
**issuing** [1]  42/21
**it** [90]
**it's** [11]  12/20 16/18 26/4 32/2 33/18 44/16 47/18 50/2 50/11 51/18 52/3
**item** [1]  51/11
**items** [2]  30/16 30/25
**its** [22]  10/22 10/23 12/13 13/2 14/19 22/20 24/14 25/12 26/14 27/19 28/25 35/5 40/3 40/20 42/9 42/21 47/25 48/6 49/22 51/1 51/13 52/3

**itself** [4]  9/15 9/16 10/2 26/8

**J**

**J.S** [2]  46/10 46/10
**January** [15]  9/23 12/15 13/5 18/4 19/5 19/25 26/22 27/14 27/16 28/12 30/18 34/2 34/19 38/19 48/14
**January 20** [7]  9/23 12/15 13/5 26/22 27/14 27/16 48/14
**January 2022** [1]  30/18
**Jeanette** [2]  2/21 5/1
**JILL** [2]  2/3 6/1
**job** [1]  44/22
**Johnson** [2]  2/21 5/1
**Johnson-Reed** [2]  2/21 5/1
**joint** [1]  16/2
**judged** [1]  9/2
**judicial** [10]  7/15 7/21 8/9 8/22 10/9 10/19 10/20 10/22 35/6 35/14
**juices** [1]  31/19
**Julius** [1]  46/10
**July** [23]  8/15 8/19 9/1 9/2 18/7 19/7 20/16 24/9 26/14 33/17 39/1 39/4 39/22 40/9 40/17 46/23 49/5 49/11 49/12 49/13 49/19 50/5 50/11
**July 25** [22]  8/15 8/19 9/1 9/2 18/7 19/7 20/16 24/9 26/14 33/17 39/1 39/4 39/22 40/9 46/23 49/5 49/11 49/12 49/13 49/19 50/5 50/11
**jump** [1]  40/11
**June** [1]  40/16
**just** [23]  7/6 11/5 15/13 16/17 16/23 20/5 20/13 25/15 30/25 37/21 43/17 44/10 44/16 47/12 48/9 49/5 50/10 51/9 51/21 52/22 53/9 53/13 53/16
**Justice** [1]  7/22
**justification** [6]  12/13 24/6 50/4 50/5 50/8 50/12

**K**

**KAREN** [5]  2/3 5/24 7/18 34/25 54/17
**KATHLEEN** [6]  2/5 6/5 52/14 53/14 53/20 53/20
**kathleen.reitz** [1]  2/7
**keep** [1]  23/17
**KEVIN** [2]  2/16 5/18
**kevin.conneely** [1]

2/19
**kickbacks** [1]  46/13
**kidney** [1]  30/21
**kind** [1]  10/3
**know** [15]  7/15 9/22 17/20 25/3 26/17 31/20 33/16 33/20 34/1 34/4 34/11 43/13 43/19 45/13 49/16
**knowing** [3]  9/9 10/3 28/16
**knowingly** [1]  28/1
**knowledge** [1]  33/19
**knows** [5]  11/12 47/5 48/20
**KRISTINE** [5]  2/9 5/4 35/10 40/11 53/11
**kristine.nogosek** [1]  2/11

**L**

**language** [1]  25/6
**large** [2]  10/25 31/18
**last** [2]  6/15 45/24
**latest** [1]  25/20
**law** [6]  2/13 11/4 15/3 49/5 49/6 49/6
**least** [4]  9/23 29/7 32/14 45/18
**leave** [2]  46/1 50/23
**left** [1]  6/16
**legal** [2]  48/6 48/11
**legally** [2]  15/1 50/18
**length** [1]  33/12
**less** [1]  33/12
**let** [5]  34/11 34/12 52/10 53/13 53/20
**let's** [1]  19/15
**letter** [9]  16/3 24/9 39/3 39/7 39/24 40/12 46/23 50/5 50/11
**letting** [1]  44/10
**level** [1]  26/1
**license** [1]  36/9
**lied** [1]  9/16
**like** [11]  3/3 3/23 8/9 41/20 49/6 50/22 51/8 51/9 51/15 53/23 54/23
**limited** [1]  48/22
**line** [1]  53/25
**link** [1]  25/4
**list** [1]  26/20
**listed** [3]  20/8 34/16 38/5
**little** [1]  26/3
**live** [3]  28/2 28/17 28/23
**long** [4]  24/8 30/4 30/10 42/9
**look** [21]  11/22 19/17 20/1 20/9 30/5 33/15 34/21 40/17 41/18 42/2 43/13 43/16 43/20

**43/24 45/17 45/20 46/9**
**46/11 49/5 53/9 53/24**
**looked** [1]  44/11
**looking** [4]  25/15 36/24 43/15 48/8
**looks** [3]  3/22 11/22 27/6
**Loomis** [1]  2/22
**loosen** [1]  23/7
**loosened** [1]  25/10
**lot** [2]  15/13 33/8
**Loving** [2]  19/18 19/19
**LP** [1]  2/17
**lunch** [1]  30/14

**M**

**made** [11]  10/18 12/20 14/7 14/12 14/13 15/5 17/15 49/20 51/25 52/21 53/25
**maintained** [1]  12/22
**majority** [1]  24/8
**make** [9]  16/25 17/12 21/17 23/19 28/21 32/13 34/12 50/15 52/13
**makes** [2]  11/17 24/17
**manager** [1]  4/22
**many** [6]  10/13 16/19 19/13 30/16 31/6 48/22
**Marekegn** [1]  19/19
**MARK** [5]  2/13 3/22 5/9 5/18 7/5
**Markets** [1]  34/18
**materials** [1]  31/2 35/23
**matter** [5]  1/6 1/10 8/12 8/14 9/21
**may** [34]  6/19 6/20 8/1 8/16 8/25 11/2 11/6 11/9 11/15 11/19 11/21 11/22 11/24 11/24 12/4 12/9 13/4 17/2 18/5 19/5 30/10 34/2 34/19 38/17 38/19 39/10 39/11 39/12 39/23 40/12 41/25 46/1 50/6 50/11
**May 17** [2]  12/9 13/4
**May 2022** [4]  19/5 39/10 39/11 39/12
**May 27** [14]  11/2 11/6 11/9 11/15 11/19 11/21 11/22 11/24 11/24 12/4 17/2 40/12 50/6 50/11
**MCS** [1]  20/1
**MDE** [90]
**MDE's** [6]  12/11 28/18 32/2 47/10 47/10 50/7
**MDE-NPS** [24]  8/3 25/17 26/19 27/24 33/23 35/3 35/8 37/22 38/17 39/8 39/10 40/4

**M**

**MDE-NPS... [12]** 40/5 40/7 40/23 40/25 41/5 41/11 50/23 51/3 51/6 54/3 54/5 54/8

**MDE-NPS's [6]** 30/8 36/1 37/16 37/20 38/18 41/15

**MDH [3]** 2/20 2/21 2/21

**me [11]** 4/2 4/12 5/18 7/16 7/18 8/7 33/7 34/12 40/12 52/10 53/13

**meal [18]** 12/18 13/3 13/8 13/16 13/20 21/20 21/22 22/6 22/23 24/3 25/9 25/13 27/12 27/14 31/15 32/1 33/1 43/23

**meals [19]** 14/9 19/11 21/24 22/23 23/5 23/8 23/10 23/14 23/21 23/22 24/7 24/19 30/11 31/12 36/23 37/1 37/12 43/10 43/16

**mean [5]** 31/10 31/16 34/3 35/24 49/19

**meaningful [1]** 28/23

**means [2]** 3/20 11/24

**meant [1]** 24/6

**meet [2]** 23/25 48/23

**meeting [1]** 22/23

**members [4]** 5/23 8/7 42/5 50/9

**memoranda [1]** 25/3

**memorandum [2]** 23/13 25/2

**memory [1]** 30/5

**memos [3]** 23/3 24/12 24/21

**mention [1]** 7/14

**menu [3]** 19/9 51/4 54/4

**menus [6]** 31/8 35/23 40/21 40/23 51/2 54/2

**met [1]** 21/24

**Microsoft [1]** 1/12

**mics [1]** 3/12

**might [1]** 23/23

**milk [4]** 31/19 43/19 43/21 43/22

**million [1]** 46/4

**mind [2]** 16/23 36/13

**mine [1]** 34/24

**minimal [1]** 30/12

**Minneapolis [1]** 2/18

**MINNESOTA [13]** 1/1 1/11 2/2 2/6 2/7 2/8 2/10 2/11 5/7 5/19 6/2 20/11 56/1

**minute [5]** 6/15 6/16 6/21 8/24 16/17

**minutes [3]** 6/14 15/6

43/7

**misconduct [1]** 28/16

**misrepresent [2]** 50/2 50/14

**missed [1]** 6/8

**missing [6]** 18/16 18/20 41/11 41/14 41/16 41/20

**MN [1]** 2/18

**Moines [1]** 2/15

**moment [1]** 3/7

**money [6]** 14/14 20/15 26/5 47/9 48/18 48/19

**Monica [2]** 2/20 4/18

**monitoring [1]** 17/7

**monitors [1]** 21/23

**month [6]** 8/16 14/9 29/11 29/11 34/3 39/10

**month/year [1]** 19/10

**months [5]** 9/23 19/13 30/2 33/24 40/16

**more [6]** 9/22 25/23 26/3 45/9 45/9 45/16

**Moreover [1]** 9/20

**morning [7]** 4/18 4/21 4/25 5/3 5/6 6/4 16/11

**mounting [2]** 45/22 46/16

**move [2]** 22/14 43/5

**moving [1]** 19/5

**Mr. [2]** 3/15 47/2

**Mr. Weinhardt [2]** 3/15 47/2

**Ms [4]** 31/3 53/23 54/7 54/7

**Ms. [3]** 37/19 53/22 54/5

**Ms. Bemis [2]** 53/22 54/5

**Ms. Ross [1]** 37/19

**much [8]** 6/8 8/6 10/4 10/5 15/9 22/14 43/4 50/22

**multiple [5]** 20/1 20/3 20/7 23/14 27/21

**must [7]** 11/7 11/20 13/11 14/4 14/6 17/12 37/1

**mute [4]** 3/12 3/21 4/11 7/7

**muted [1]** 5/10

**mweinhardt [1]** 2/15

**my [24]** 4/2 4/11 5/10 6/4 6/9 6/25 7/1 19/17 22/16 23/2 26/3 26/23 28/6 31/1 33/18 33/19 40/25 41/8 41/21 54/6 54/20 54/20 56/8 56/10

**myself [1]** 54/17

**N**

**name [6]** 6/4 6/9 6/24 6/25 7/1 29/2

**named [1]** 20/5

**necessarily [1]** 38/5

**necessary [1]** 37/9

**need [15]** 3/20 3/25 16/10 17/9 24/1 25/9 28/13 29/14 30/5 33/8 33/14 34/21 42/10 43/15 50/15

**needed [3]** 21/14 39/5 53/12

**needs [5]** 29/16 46/25 47/22 48/23 48/24

**negated [1]** 12/6

**neither [2]** 33/23 40/4

**net [1]** 30/21

**never [7]** 13/19 14/7 14/12 14/13 28/15 37/2 47/24

**new [2]** 49/12 49/15

**next [6]** 4/20 5/23 15/9 35/21 42/15 47/2

**nine [1]** 9/23

**no [18]** 9/25 10/5 10/7 13/11 13/15 13/17 24/9 24/9 24/10 36/14 37/12 38/21 39/23 41/9 47/8 47/8 47/9 49/1

**NOGOSEK [2]** 2/9 5/4

**noncongregate [1]** 37/7

**nonetheless [1]** 47/11

**not [100]**

**Notary [1]** 1/14

**note [2]** 34/12 38/7

**notes [5]** 24/9 30/16 54/6 54/20 56/9

**nothing [3]** 24/10 45/7 49/12

**notice [14]** 7/15 7/21 8/9 8/22 10/10 10/19 10/20 10/22 17/13 19/7 35/6 35/14 35/15 41/13

**notwithstanding [1]** 9/24

**November [16]** 8/16 10/16 14/19 18/6 18/10 18/12 18/18 27/22 29/20 29/25 30/3 38/17 38/22 38/25 39/9 41/24

**November 2021 [1]** 38/17

**November 6 [1]** 27/2

**November of [1]** 39/9

**now [21]** 4/2 4/6 4/8 8/8 10/9 13/1 13/11 13/17 17/11 18/8 22/14 26/7 29/8 32/19 32/19 36/13 43/5 47/14 49/14 49/19 52/13

**NPS [24]** 8/3 25/17 26/19 27/24 33/23 35/3 35/8 37/22 38/17 39/8

39/10 40/4 40/5 40/7 40/23 40/25 41/5 41/11 50/23 51/3 51/6 54/3 54/5 54/8

**NPS's [6]** 30/8 36/1 37/16 37/20 38/18 41/15

**number [5]** 9/8 15/19 29/8 30/2 44/14

**numbered [2]** 29/5 37/17

**nutrition [11]** 1/7 2/12 2/20 3/3 4/19 4/22 5/2 6/12 15/14 15/19 19/24

**Nutrition/Partners [1]** 3/3

**O**

**Oats [1]** 30/24

**objected [1]** 35/6

**objection [1]** 35/9

**obligation [4]** 23/4 27/17 32/2 52/4

**obtaining [1]** 45/19

**obviously [2]** 45/4 51/23

**occasions [1]** 19/13

**occur [1]** 11/16

**occurred [1]** 46/4

**occurs [1]** 12/8

**October [3]** 42/18 42/25 51/6

**October 7 [2]** 42/25 51/6

**odd [1]** 52/5

**off [2]** 15/11 41/8

**office [4]** 2/5 2/9 5/4 6/5

**officers [1]** 33/11

**okay [9]** 4/1 4/5 4/6 4/9 5/17 8/8 15/10 53/18 54/22

**once [4]** 6/14 19/3 37/2 51/18

**one [25]** 6/16 7/13 7/17 9/8 10/1 13/2 14/9 14/9 23/21 24/17 27/19 28/20 35/11 37/16 39/11 41/6 41/14 42/7 44/25 47/8 52/4 52/6 53/6 53/9 54/9

**one-hour [1]** 28/20

**ones [3]** 32/23 32/23 34/13

**only [12]** 11/22 12/21 12/25 17/19 21/6 26/7 28/21 30/12 37/8 38/18 41/3 47/17

**opening [7]** 3/8 6/11 6/14 6/18 7/14 25/15 35/5

**operate [2]** 38/4 38/14

**operated [2]** 20/11

45/13

**operating [3]** 37/6 38/3 38/15

**operator [2]** 16/20 44/19

**operators [2]** 30/10 30/12

**opportunity [1]** 28/22

**order [5]** 11/14 11/16 23/16 29/14 33/1

**organization [1]** 18/15

**organizations [1]** 22/22

**organized [1]** 29/10

**originally [1]** 54/18

**other [11]** 12/3 12/10 14/25 15/4 28/18 28/25 38/4 41/13 42/4 43/3 49/2

**ounce [1]** 30/22

**our [21]** 3/2 3/6 5/19 7/24 8/11 9/18 15/4 15/11 15/11 17/24 22/10 23/13 25/2 25/7 25/8 25/10 28/20 36/18 40/10 50/16 51/23

**out [18]** 4/15 18/22 18/23 18/25 23/25 30/25 32/3 32/23 33/19 41/6 43/19 43/21 44/14 45/9 48/10 48/14 50/19 53/6

**outbreak [1]** 37/9

**outcome [2]** 10/13 10/23

**over [4]** 14/2 33/19 46/17 46/17

**own [1]** 10/22 10/23 28/25

**owned [1]** 19/19

**owns [2]** 19/19 19/20

**P**

**package [2]** 23/20 23/21

**page [3]** 46/10 46/12 51/11

**pages [5]** 24/24 25/2 29/8 30/25 56/8

**paid [7]** 18/3 33/23 40/4 45/12 50/1 50/2 50/20

**pandemic [2]** 37/4 48/25

**panel [70]**

**Panel's [1]** 42/20

**paragraph [13]** 22/20 26/18 27/24 32/9 33/2 33/21 34/5 34/12 40/3 40/20 51/1 51/13 53/25

**paragraphs [1]** 50/10

**parents [2]** 23/20 23/24

**P**

part **[13]** 9/10 10/8 10/23 10/25 12/10 12/11 23/23 27/18 28/15 28/16 36/4 45/24 48/2
participate **[1]** 38/8
participating **[1]** 54/23
particular **[2]** 9/6 10/14
particularly **[2]** 10/21 23/9
parties **[3]** 8/2 48/13 48/16
Partners **[76]**
Partners' **[8]** 21/15 21/16 36/15 37/14 39/17 44/20 45/24 47/18
parts **[10]** 14/16 14/17 14/22 14/23 26/12 26/13 32/3 32/3 47/25 48/1
party **[1]** 42/6
past **[2]** 12/7 49/8
pasta **[1]** 30/20
pattern **[2]** 22/23 33/1
Paul **[2]** 2/7 2/11
pause **[1]** 32/20
pay **[6]** 14/6 26/5 40/13 47/13 47/15 47/15
payment **[2]** 17/3 17/21
payments **[1]** 17/12
pending **[1]** 44/18
people **[8]** 3/11 3/12 23/17 23/18 24/1 30/19 48/21 49/1
per **[1]** 21/13
percent **[9]** 14/14 26/14 29/15 29/17 32/4 32/22 47/12 48/3 50/17
period **[3]** 9/25 15/6 43/12
permissible **[1]** 24/19
permission **[1]** 28/2
permit **[1]** 48/12
perpetrate **[2]** 47/19 47/20
phone **[7]** 3/25 4/2 4/11 4/13 5/10 7/5 7/9
phonetic **[1]** 45/21
pick **[2]** 15/2 23/20
piece **[2]** 7/6 45/25
pieces **[1]** 16/17
PIN **[4]** 2/23 20/2 20/2 44/25
PIN's **[1]** 44/20
PIN/PIQC **[1]** 2/23
PIQC **[66]**
PIQC's **[25]** 11/3 22/19 23/2 26/4 26/19 26/23 26/25 27/18 27/22 28/16 30/7 30/8 32/10

33/3 34/19 37/23 41/1 41/7 50/6 50/25 52/4 52/24 53/7 54/6 54/9
place **[5]** 3/6 13/13 33/10 33/15 37/10
placed **[3]** 9/7 16/2 16/10
plain **[1]** 50/11
plainly **[1]** 31/18 31/21
plan **[1]** 21/22
plead **[1]** 19/23
please **[8]** 3/15 4/17 24/23 29/2 31/1 34/8 41/6 54/8
point **[7]** 18/22 18/23 25/7 25/8 25/10 33/7 40/18
portion **[2]** 14/3 14/5
portions **[3]** 14/7 14/8 14/12
position **[6]** 13/1 35/13 40/10 47/10 47/11 50/17
positions **[1]** 50/16
possible **[1]** 44/16
possibly **[1]** 40/16
potatoes **[1]** 30/22
pound **[2]** 30/20 30/22
preceding **[1]** 56/8
predicated **[1]** 11/9
preparation **[1]** 30/12
prepare **[1]** 14/15
prepared **[1]** 36/9
preparing **[1]** 42/15
present **[3]** 2/20 28/2 52/14
presentation **[1]** 28/21
presented **[1]** 41/15
pressing **[2]** 23/25 48/24
previous **[2]** 10/21 29/6
previously **[1]** 28/2
primarily **[1]** 7/9
print **[1]** 54/25
prior **[5]** 10/12 10/14 25/3 36/10 36/10
probably **[2]** 9/22 11/12
problem **[1]** 4/6
procedure **[2]** 33/10 33/15
procedures **[1]** 28/18
proceeding **[1]** 50/7
proceedings **[2]** 55/1 56/10
process **[5]** 13/22 21/20 26/11 48/13 48/16
produced **[1]** 36/7
product **[2]** 31/14 35/25

production **[2]** 36/4 36/5
Professional **[1]** 1/13 56/16
program **[16]** 4/19 4/23 15/14 15/21 15/22 15/22 19/24 20/24 24/4 27/1 30/10 37/4 37/6 41/4 44/6 44/8
programs **[3]** 2/20 15/19 21/1
proof **[4]** 44/23 51/19 52/18 54/13
proper **[2]** 9/7 14/6
properly **[6]** 8/23 8/23 12/4 48/3 48/18 48/19
proposed **[1]** 26/21
proposing **[1]** 42/23
prove **[3]** 46/7 52/4 53/3
proved **[2]** 46/1 51/23
proven **[1]** 53/3
provide **[15]** 3/9 4/17 20/13 21/2 22/5 24/23 30/10 36/8 39/25 41/6 44/2 46/18 53/6 53/20 54/8
provided **[21]** 12/24 14/13 16/4 18/2 21/8 25/24 26/1 30/13 36/6 36/16 37/2 39/7 39/15 39/16 40/21 41/18 41/22 43/14 51/2 52/20 54/1
provides **[1]** 14/4
providing **[2]** 24/13 51/17
Public **[1]** 1/14
publications **[1]** 25/5
purchased **[2]** 31/8 31/16
purpose **[1]** 45/13
purposeful **[1]** 9/9
purposes **[1]** 24/3
push **[1]** 45/12
put **[4]** 6/16 23/19 39/19 41/13
putting **[1]** 24/1

**Q**

Quality **[14]** 1/7 3/3 5/21 6/13 6/19 9/10 9/13 10/1 10/2 10/8 10/12 11/1 46/11 48/9
quantities **[1]** 31/18
question **[23]** 7/3 10/9 22/18 23/2 26/23 28/6 31/1 31/22 32/6 34/21 36/3 39/14 40/25 43/10 50/23 51/16 52/19 53/1 53/8 53/22 53/24 54/18 54/22
questions **[11]** 3/9

22/14 22/16 25/15 35/2 35/2 35/4 42/4 42/5 43/3 52/15
quite **[1]** 30/4
quote **[19]** 22/21 23/1 23/5 26/19 26/21 26/21 26/22 28/9 30/9 32/7 32/9 40/20 40/22 41/11 51/1 51/3 51/14 54/1 54/3
quote/unquote **[2]** 23/5 41/11
quoted **[2]** 22/20 25/6

**R**

random **[3]** 41/6 53/6 54/9
rather **[1]** 29/16
raw **[3]** 31/2 31/16 35/23
Re **[1]** 1/6
read **[2]** 7/18 50/10
ready **[7]** 30/14 30/17 30/23 31/12 31/18 31/25 43/16
ready-to-eat **[4]** 30/14 30/23 31/12 43/16
real **[1]** 44/3
realistic **[1]** 43/22
really **[4]** 7/4 21/9 50/19 54/11
reason **[10]** 12/25 18/16 32/21 32/22 37/12 38/21 39/12 41/22 49/24 50/2
reasonable **[2]** 21/2 26/6
reasons **[5]** 11/4 15/7 19/6 22/12 38/12
receipt **[2]** 30/19 30/23
receipts **[1]** 31/7
received **[1]** 46/13
receives **[1]** 21/22
recent **[2]** 7/25 8/10
recipes **[1]** 30/14
recipients **[1]** 36/1
recognize **[1]** 8/21
recognized **[2]** 14/25 47/23
record **[14]** 9/2 10/20 12/7 16/13 29/3 32/25 34/6 34/8 37/22 38/20 38/23 39/13 45/14 50/14
recordkeeping **[3]** 22/2 24/16 27/5
records **[10]** 10/19 12/12 12/14 24/18 27/6 29/22 34/16 36/4 36/5 50/3
Reed **[2]** 2/21 5/1
refer **[3]** 15/15 22/10 42/1

reference **[1]** 22/19
referenced **[2]** 37/21 38/10
referencing **[1]** 15/25
reflected **[1]** 35/25
Refuge **[6]** 19/18 19/22 38/2 38/3 38/5 38/13
Refuge's **[1]** 38/10
refusing **[1]** 44/5
regard **[1]** 49/4
regarding **[6]** 7/15 10/11 13/14 37/19 42/10 50/24
Registered **[2]** 1/13 56/16
regulation **[2]** 32/2 47/23
regulations **[15]** 12/21 14/2 14/14 15/23 15/23 21/13 24/21 27/2 27/4 30/1 32/16 32/17 41/4 44/1 44/7
regulatory **[3]** 17/4 22/9 46/19
reimbursement **[2]** 27/11 29/10
reimbursements **[1]** 26/5
REITZ **[2]** 2/5 6/5
relate **[1]** 8/1
related **[5]** 13/14 19/8 22/24 25/17 32/6
relates **[2]** 19/16 34/9
relationship **[2]** 18/20 33/13
relatively **[1]** 32/12
released **[3]** 24/12 37/5 37/5
relevance **[1]** 37/13
relevant **[4]** 10/13 12/8 25/19 49/16
remanded **[5]** 18/11 18/13 18/18 38/22 39/2
removing **[1]** 45/1
Reporter **[2]** 1/14 56/16
reporter's **[2]** 6/24 56/3
represent **[1]** 6/6
representation **[9]** 41/1 41/7 50/25 51/13 53/7 53/25 54/6 54/9 54/9
representations **[1]** 52/23
representative **[1]** 50/7
represents **[1]** 40/19
request **[4]** 12/23 20/22 21/1 30/8
requested **[3]** 21/4 28/2 51/5
requesting **[1]** 53/5
require **[7]** 12/21 12/21

**R**

require... **[5]** 20/18 22/4 23/23 27/4 27/9
required **[11]** 12/19 14/16 17/5 21/9 24/13 25/11 26/2 29/23 30/13 44/6 46/19
requirement **[6]** 13/12 13/17 13/19 22/7 27/11 37/2
requirements **[11]** 14/3 17/4 21/25 22/2 22/24 23/8 24/16 26/20 26/24 26/25 33/1
requires **[1]** 26/11
resolving **[1]** 8/12
resources **[1]** 9/21
respectively **[1]** 10/16
respond **[2]** 33/1 40/5
responded **[2]** 47/24 53/23
response **[6]** 25/16 30/8 31/4 35/8 36/1 52/7
responsibility **[4]** 21/15 21/17 51/19 52/9
responsible **[1]** 15/18
rest **[2]** 14/6 15/16
restate **[1]** 53/15
restrain **[1]** 11/14
restraining **[2]** 11/14 11/16
retained **[1]** 22/1
retroactively **[4]** 12/1 12/6 12/23 27/7
reverb **[1]** 5/11
reversal **[1]** 35/20
reverse **[6]** 11/6 11/7 29/14 49/14 52/17 54/13
reversed **[10]** 11/11 11/20 13/5 13/5 13/11 13/25 15/7 26/10 27/16 50/18
reverses **[1]** 48/12
review **[10]** 1/12 2/2 17/7 21/11 21/11 33/8 37/14 40/8 43/11 51/23
reviewed **[8]** 18/1 18/4 36/17 36/18 36/21 39/19 40/14 46/22
reviewing **[6]** 18/9 21/20 38/1 44/9 44/25 49/10
reviews **[5]** 21/24 24/18 36/23 49/8 49/8
rewrite **[1]** 12/6
rice **[1]** 30/20
right **[13]** 5/16 7/11 18/8 20/18 20/22 21/10 27/5 43/3 43/15 51/15 52/8 52/13 54/6

rights **[2]** 48/7 52/3
risk **[1]** 24/1
Robyn **[2]** 2/23 5/19
Ross **[4]** 37/18 37/19 37/21 38/7
round **[1]** 10/15
route **[1]** 46/3
RPR **[1]** 56/15
rule **[1]** 35/14
rules **[3]** 25/10 25/11 28/20
ruling **[2]** 12/9 14/19
rulings **[2]** 10/22 10/23
run **[1]** 20/4
running **[1]** 20/6

**S**

safe **[1]** 23/17
said **[6]** 14/20 24/6 36/25 37/7 53/8 54/20
Salad **[1]** 45/17
same **[4]** 15/3 16/5 25/4 36/23
saw **[1]** 37/13
say **[10]** 7/16 9/4 9/12 12/1 39/22 47/4 48/9 49/1 51/11 52/10
saying **[6]** 17/20 36/4 36/11 36/13 46/21 51/10
says **[1]** 50/7
scalpel **[1]** 49/25
Scarver **[1]** 46/11
scheme **[4]** 7/24 16/21 20/6 45/11
school **[1]** 49/7
schools **[1]** 37/10
screen **[3]** 6/15 7/1 7/8
search **[3]** 25/24 25/25 37/19
second **[2]** 7/18 12/7
Section **[1]** 24/14
Section 226.20 **[1]** 24/14
see **[9]** 7/1 7/3 7/5 21/6 32/19 33/15 39/24 41/19 52/14
seeing **[1]** 46/17
seek **[1]** 26/4
seeking **[4]** 11/13 29/9 35/18 35/19
seeks **[1]** 27/10
segments **[1]** 30/9
sense **[1]** 50/15
September **[7]** 1/15 7/21 22/20 35/8 42/11 42/14 56/12
September 13 **[1]** 22/20
September 20 **[2]** 7/21 35/8
September 28 **[1]** 42/11

serve **[1]** 23/4
served **[5]** 23/8 23/15 31/9 35/24 36/13
Services **[2]** 2/21 4/19 4/23 5/2 15/14 20/2 20/4 20/8
set **[2]** 26/25 49/12
sets **[1]** 6/18
settings **[3]** 36/17 37/10 37/11
seven **[3]** 18/24 18/25 25/4
several **[1]** 25/2
shall **[1]** 22/22
shape **[2]** 9/10 24/4
Sharepoint **[4]** 16/2 29/5 38/18 39/17
Sharmarke **[2]** 20/10 20/14
Sharon **[3]** 37/18 37/21 38/7
she **[1]** 53/23
sheets **[2]** 38/19 38/21
short **[2]** 15/6 22/23
shortage **[1]** 33/2
should **[29]** 7/1 7/8 7/9 9/7 10/18 10/19 10/22 11/6 11/11 11/16 13/25 15/7 17/21 21/21 30/12 35/13 36/12 37/7 37/8 38/12 38/13 41/25 44/25 45/1 45/2 47/15 47/15 50/18 50/20
shouldn't **[2]** 18/3 39/22
show **[8]** 10/6 31/8 31/17 32/25 41/3 41/7 53/7 54/9
showed **[2]** 35/22 35/23
shown **[1]** 16/20
shows **[3]** 30/20 30/23 32/15
shut **[1]** 48/9
sift **[1]** 44/22
signed **[3]** 20/25 20/25 44/6
significant **[1]** 29/12
Similar **[1]** 51/5
simple **[1]** 53/1
simply **[6]** 10/7 28/22 43/17 50/15 51/21 53/15
since **[4]** 9/23 32/8 42/8 54/8
single **[4]** 27/10 27/19 44/12 52/6
sit **[1]** 34/4
site **[19]** 14/9 18/15 19/10 20/6 20/7 21/23 29/11 29/11 30/18 31/11 31/15 31/16 32/1

36/7 36/9 43/20 44/18 47/15 47/16
sites **[21]** 9/16 14/14 14/22 15/2 17/7 17/14 20/1 20/4 20/11 21/6 21/16 21/23 26/6 33/12 38/5 44/15 45/2 45/3 45/18 45/21 48/22
situation **[2]** 9/17 49/23
six **[1]** 29/8
six-digit **[1]** 29/8
Sixth **[1]** 2/17
skis **[1]** 30/11
snacks **[1]** 30/11
so **[70]**
so-called **[1]** 26/24
solve **[1]** 7/10
Somali **[1]** 20/11
some **[14]** 16/16 16/24 17/11 23/23 26/6 29/13 32/19 35/2 35/18 41/12 41/13 48/2 48/3 52/5
somebody **[1]** 47/19
someone **[2]** 3/20 53/14
someplace **[1]** 23/20
something **[1]** 49/17
sorry **[2]** 35/19 54/19
sort **[4]** 10/7 31/21 47/7 52/17
sorts **[1]** 31/20
South **[1]** 2/17
spaghetti **[1]** 30/20
speaking **[2]** 3/13 4/23
specific **[5]** 17/14 24/24 25/6 25/23 37/23
specifically **[2]** 25/17 37/7
specificity **[1]** 26/1
spend **[1]** 48/19
spent **[2]** 14/14 48/19
sponsor **[9]** 9/14 9/15 16/14 16/16 21/21 21/22 44/5 46/6 46/12
Sponsor A **[6]** 9/14 9/15 16/14 16/16 46/6 46/12
sponsoring **[1]** 22/22
sponsors **[3]** 36/21 37/6 51/20
spot **[2]** 31/19 33/8
spreadsheet **[1]** 39/5
St **[2]** 2/7 2/11
standing **[1]** 52/21
start **[7]** 3/14 4/15 6/12 8/9 15/11 21/21 43/6
started **[4]** 3/2 6/11 7/12 7/14
state **[13]** 1/1 15/18 17/8 18/4 21/18 22/4 22/21 36/21 37/22

44/22 44/24 51/18 56/1
stated **[6]** 16/3 19/6 25/22 35/5 35/21 50/24
statement **[24]** 7/15 7/16 15/16 22/21 26/4 26/19 27/23 32/10 32/12 32/13 33/3 33/22 35/6 40/3 40/20 50/22 51/1 51/14 51/22 52/1 52/2 52/20 52/21 54/1
statements **[8]** 3/8 3/10 6/12 6/14 6/18 43/6 43/7 52/24
states **[3]** 30/9 45/21 46/9
status **[1]** 44/18
stenograph **[1]** 56/9
STEPHANIE **[2]** 2/2 6/9
still **[11]** 5/11 19/4 20/2 23/25 42/20 44/2 44/5 44/13 44/17 45/10 46/18
STINSON **[1]** 2/17
stinson.com **[1]** 2/19
Street **[3]** 2/6 2/10 2/17
strength **[1]** 12/16
strong **[1]** 10/6
submission **[3]** 22/19 42/9 44/10
submissions **[2]** 29/25 30/6
submit **[7]** 12/19 13/1 13/12 27/18 28/24 40/15 44/21
submitted **[29]** 12/12 13/10 13/21 13/22 17/8 18/3 18/9 20/14 20/17 20/21 21/18 27/13 28/1 29/5 29/7 29/20 31/6 32/15 33/5 35/23 38/13 38/20 38/23 39/13 40/8 40/14 44/13 47/6 52/22
submitting **[3]** 12/5 17/5 22/8
substantial **[1]** 28/14
substantially **[1]** 23/7
substantiate **[1]** 29/9
substantiated **[1]** 22/3
substantiating **[1]** 22/8
such **[8]** 10/5 13/18 19/9 30/23 33/2 34/17 38/21 41/14
sufficient **[1]** 42/11
sugar **[1]** 30/21
Suite **[2]** 2/14 2/18
summaries **[2]** 38/19 41/18
summary **[6]** 22/10 37/20 41/15 41/21 41/23 41/25
supervisor **[3]** 2/21 2/21 5/1

**S**

**supper** [1]  30/15
**supply** [2]  22/24 27/9
**support** [28]  2/21
12/20 13/2 13/11 13/15
13/18 13/23 19/9 20/17
24/14 24/22 27/10
27/18 28/14 29/22 31/6
34/18 36/22 36/22
38/11 40/21 40/23
46/19 51/2 51/4 51/22
54/2 54/4
**supported** [1]  21/12
**supporting** [1]  30/17
**supports** [2]  36/15
51/18
**supposed** [6]  13/12
15/1 17/6 42/8 52/6
53/3
**supposedly** [1]  19/20
**sure** [6]  7/20 21/17
30/6 42/18 52/13 53/21
**suspension** [8]  12/15
12/16 13/5 13/6 13/6
13/7 27/15 27/16
**suspicion** [1]  20/23
**system** [1]  22/4

**T**

**table** [1]  23/15
**take** [12]  3/6 8/22
10/19 10/19 10/22
17/13 24/5 35/11 35/15
49/15 50/16 54/20
**taken** [3]  1/12 9/3
10/11
**takes** [1]  7/21
**taking** [1]  35/6
**talk** [4]  7/9 8/24 19/15
26/3
**talking** [1]  34/14
**tat** [1]  37/9
**Taubel** [2]  2/22 5/7
**team** [4]  3/16 21/11
36/18 51/23
**Teams** [1]  1/12 7/7
**Tech** [2]  19/1 25/17
**technical** [3]  7/5 30/9
31/3
**tell** [4]  30/6 34/13 36/6
44/11
**telling** [1]  17/16
**temporary** [3]  11/13
11/15 42/16
**ten** [1]  6/13
**tens** [2]  29/7 32/14
**terminate** [4]  11/3
11/23 12/2 17/2
**terminated** [2]  40/13
40/18
**termination** [2]  11/1
50/6

**terms** [2]  33/20 49/25
**testimony** [2]  28/3
28/7 28/23
**than** [5]  9/17 9/22
25/23 33/12 41/13
**thank** [23]  5/22 6/7 7/2
7/19 8/4 8/6 15/8 15/10
22/12 22/13 36/2 43/1
43/3 43/8 46/25 47/1
47/3 50/21 51/8 52/11
54/14 54/21 54/23
**that** [371]
**that's** [23]  4/14 10/24
15/1 18/7 18/22 23/22
30/2 32/11 32/18 32/21
32/22 33/17 36/17
36/18 39/18 39/19
39/24 42/13 45/4 45/24
48/5 49/3 49/24
**their** [14]  17/7 20/17
21/6 21/23 21/23 28/19
36/13 36/22 36/23
39/18 44/9 45/2 48/22
51/22
**them** [15]  12/23 15/5
18/25 23/15 29/18
31/17 32/1 34/2 41/19
44/13 47/13 48/2 48/8
48/8 49/17
**then** [19]  3/8 3/10 4/16
5/23 6/15 6/16 7/18
11/7 11/10 11/18 12/17
15/12 21/10 25/4 26/5
31/8 48/3 48/12 49/16
**there** [36]  3/8 6/8 9/6
10/7 13/11 13/14 13/17
13/18 13/24 14/11 15/5
20/20 20/22 23/15 24/9
28/15 32/15 32/19 33/5
33/15 37/12 37/18
38/11 38/21 39/6 39/12
39/23 41/12 41/25 42/1
43/2 45/18 45/23 47/8
47/9 48/20
**there's** [2]  24/9 24/10
**these** [25]  11/8 11/18
14/2 14/12 14/16 14/17
16/15 17/9 17/25 20/2
20/3 21/1 26/24 30/24
31/2 33/24 37/21 37/23
44/3 45/6 46/20 47/17
48/1 48/22 49/25
**they** [41]  9/12 9/14
12/21 17/6 17/20 18/3
20/13 20/14 20/25
21/18 21/19 22/11
23/24 28/13 29/5 34/4
37/1 38/14 39/17 40/17
42/5 43/10 43/19 43/21
44/1 44/1 44/2 44/4
44/6 44/10 44/11 44/11
44/12 44/13 44/16

44/21 45/14 49/19
49/20 50/15 51/21
**they're** [6]  28/19 29/4
29/10 31/25 34/1 36/13
**thing** [5]  7/14 23/6
31/20 36/19 49/10
**things** [10]  8/22 9/6
23/19 26/17 31/10
31/18 31/21 31/23
31/24 32/20
**think** [20]  3/24 7/6 7/7
7/8 10/6 19/1 25/4 25/5
25/6 25/17 25/21 29/12
33/4 34/13 34/20 42/20
46/24 50/13 52/2 52/4
**thinking** [1]  48/8
**thinks** [2]  31/23 31/24
**this** [85]
**those** [58]
**though** [2]  5/10 15/5
**thousands** [2]  29/7
32/14
**through** [19]  3/5 4/12
4/13 6/9 7/9 8/16 17/10
17/14 18/5 19/5 20/6
26/10 33/5 34/19 38/17
39/9 41/24 44/11 44/22
**throughout** [3]  15/16
37/3 38/9
**thus** [1]  14/16
**time** [21]  3/8 6/17 8/20
10/5 12/19 15/6 16/5
21/2 27/12 30/4 32/5
34/2 39/17 39/21 39/22
42/6 42/12 42/19 43/12
49/21 53/22
**Timeline** [1]  41/25
**times** [1]  23/14
**titled** [1]  41/23
**today** [34]  3/4 4/24 6/6
6/10 8/13 8/14 15/5
15/20 15/25 16/7 16/20
16/24 17/1 17/3 17/14
17/17 17/25 18/7 18/18
18/24 20/3 20/7 28/17
39/1 43/18 43/25 44/20
44/21 45/6 45/15 45/25
47/25 50/23 54/23
**today's** [3]  8/1 8/3 28/6
**together** [1]  23/19
**took** [4]  9/1 12/9 27/17
39/16
**top** [1]  41/8
**Tousignant** [2]  2/23
5/19
**Tower** [2]  2/6 2/10
**training** [1]  45/2
**transactional** [1]  34/15
**transcript** [3]  56/7 56/8
56/10
**transformed** [1]  31/11
**tried** [1]  3/23

**true** [4]  10/24 21/16
45/3 56/9
**truth** [1]  48/17
**try** [9]  14/22 34/11
39/25 41/21 44/22
47/18 48/17 48/23 49/1
**trying** [2]  48/22 49/3
**turn** [1]  26/5
**two** [8]  9/14 10/14
34/17 34/23 37/21
37/23 49/6 52/13
**type** [2]  28/25 36/23
**types** [2]  28/8 41/14

**U**

**U.S** [1]  7/22
**uncovered** [1]  17/22
**under** [9]  13/20 15/22
18/13 21/25 23/12 32/2
35/14 45/18 45/21
**understand** [3]  16/19
20/1 49/23
**understanding** [3]
40/10 52/23 53/12
**Understood** [1]  54/14
**unfortunately** [1]
48/14
**United** [2]  45/20 46/9
**unitized** [4]  19/11 37/1
43/16 43/23
**unpackaging** [1]  23/23
**unquote** [3]  23/5 28/9
41/11
**unsealed** [2]  9/25
28/12
**unsupported** [2]  11/3
47/6
**until** [5]  11/24 12/4
17/22 42/17 51/6
**up** [12]  3/24 4/2 11/24
12/4 14/10 19/16 23/20
28/4 29/10 35/4 52/6
54/24
**updated** [1]  41/25
**upload** [2]  13/17 19/14
**uploaded** [3]  13/15
19/8 39/18
**upon** [2]  26/21 32/14
**urge** [1]  50/9
**us** [9]  4/8 24/5 32/20
36/6 40/12 42/14 44/11
50/23 51/17
**USDA** [13]  14/1 14/3
15/19 23/3 23/7 23/18
23/24 24/12 24/15
24/21 25/5 36/20 36/25
**used** [4]  34/18 37/8
37/8 37/11
**using** [1]  28/19

**V**

**valid** [6]  11/21 18/2
21/14 21/17 22/8 45/2

**validated** [1]  44/12
**validity** [1]  35/18
**value** [1]  27/22
**variation** [1]  25/9
**vast** [1]  24/7
**vendor** [2]  16/20 19/21
**vendors** [1]  9/16
**verify** [2]  33/10 52/19
**versus** [2]  45/21 46/9
**very** [17]  6/8 8/6 9/17
12/10 15/9 17/15 18/22
20/6 22/14 23/7 29/12
36/25 43/4 44/14 47/17
50/4 50/22
**vetting** [1]  42/9
**via** [1]  1/12
**victim** [4]  26/8 46/3
46/8 46/14
**view** [2]  8/11 26/23
**violated** [1]  14/1

**W**

**wait** [2]  39/9 54/24
**waived** [1]  37/2
**waiver** [1]  37/7
**walk** [1]  3/5
**want** [14]  18/22 19/17
20/15 33/19 35/11 36/3
36/19 40/11 43/9 45/25
47/13 52/11 53/9 54/16
**wanted** [3]  7/16 23/25
38/11
**warning** [1]  26/21
**warrant** [2]  25/24
25/25
**was** [95]
**wasn't** [6]  17/22 31/15
36/15 36/16 50/8 54/12
**wasted** [2]  14/15 47/9
**way** [14]  9/10 10/24
12/4 12/7 13/25 23/16
23/18 23/25 24/4 24/17
25/9 38/14 49/15 53/14
**ways** [2]  10/13 24/19
**we** [125]
**we'll** [2]  51/6 52/13
**we're** [10]  15/19 16/23
17/10 18/7 26/9 28/17
34/14 39/1 42/15 45/10
**we've** [4]  16/10 36/24
44/18 47/17
**web** [1]  25/3
**week** [15]  16/9 16/21
17/22 18/23 19/3 19/16
19/22 20/5 20/10 26/7
42/15 42/17 42/18
44/14 49/6
**week's** [1]  23/21
**weight** [1]  30/21
**WEINHARDT** [6]  2/13
2/13 3/15 5/10 5/18
47/2
**weinhardtlaw.com** [1]

HOUSE OF REFUGE

**W**

**weinhardtlaw.com...**
**[1]** 2/15
**welcome [1]** 3/4
**well [10]** 5/16 5/19
11/16 12/14 19/20
32/11 42/20 47/12
48/15 50/9
**went [7]** 13/6 13/7 13/8
32/9 33/5 35/25 48/14
**were [65]**
**what [61]**
**what's [3]** 25/12 25/12
53/12
**whatever [1]** 23/23
**when [16]** 3/12 9/3
9/25 13/5 13/6 17/5
20/22 20/25 22/23 23/8
24/6 24/17 29/19 38/1
44/6 53/8
**where [7]** 26/6 34/4
39/24 44/18 51/17
53/22 53/22
**whether [8]** 8/15 20/20
31/13 31/15 33/10 48/6
49/13 54/11
**which [39]** 3/7 9/13
11/16 11/24 12/7 13/20
14/7 14/8 14/16 14/17
14/22 14/23 19/20
21/10 24/19 25/10 26/6
26/11 27/10 28/3 28/19
28/20 29/9 30/4 32/3
32/3 32/23 32/23 33/6
34/8 34/13 41/19 41/23
43/19 45/18 46/3 48/13
50/13 54/7
**while [2]** 4/15 35/22
**who [14]** 5/20 9/19
20/5 44/25 45/1 45/2
46/12 47/19 48/17
48/18 50/1 50/1 50/19
54/20
**whole [1]** 49/23
**why [4]** 4/20 16/16
50/14 54/7
**will [41]** 3/2 3/4 3/6 3/7
3/7 3/8 3/9 3/10 3/12
3/14 3/15 3/20 4/15
4/23 5/17 5/23 6/10
6/11 6/12 6/13 6/15
6/16 6/17 6/17 7/12
7/18 8/5 9/4 9/13 15/9
22/14 35/1 35/2 40/7
43/5 43/6 43/6 52/11
52/13 53/16 54/24
**willing [1]** 14/21
**window [1]** 48/14
**wish [2]** 8/2 40/5
**withdraw [1]** 26/2
**withdrawn [2]** 16/22
17/16

**withhold [1]** 17/3
**within [6]** 4/22 15/2
15/17 42/20 48/6 52/3
**without [5]** 24/1 26/15
26/21 48/8 48/8
**witness [2]** 28/3 28/17
**witness's [1]** 28/7
**witnesses [2]** 28/5
28/25
**wonderful [1]** 54/25
**words [3]** 3/10 12/3
14/25
**work [5]** 5/17 14/21
44/5 44/17 50/19
**working [1]** 48/21
**works [1]** 4/5
**world [1]** 23/13
**worth [1]** 23/21
**would [27]** 14/21 22/10
23/21 23/22 26/2 28/14
30/5 33/6 33/8 33/14
36/7 39/6 42/1 42/4
42/11 42/20 42/24 46/8
48/12 48/15 50/9 50/14
50/24 53/6 53/9 53/23
54/23
**WRIGHT [1]** 56/2
**written [2]** 15/4 33/15
**wrong [2]** 11/3 50/18
**wrongdoing [6]** 9/9
10/3 10/7 28/15 45/24
46/2

**Y**

**Yeah [6]** 35/1 36/2
37/25 38/24 39/14 51/9
**year [6]** 8/15 9/22
22/25 37/4 37/6 39/10
**yes [7]** 3/17 4/3 6/22
7/4 34/21 35/10 42/7
**yet [3]** 44/1 47/10 50/6
**you [80]**
**you'll [2]** 4/11 39/24
**you're [3]** 42/22 48/9
53/15
**your [16]** 3/12 3/15
3/24 3/24 6/14 6/17 7/5
7/7 7/8 7/9 22/18 24/20
24/24 43/7 50/22 52/8

**Z**

**zero [1]** 14/13

# Exhibit D

**The Office of**
# Minnesota Attorney General Keith Ellison
**helping people afford their lives and live with dignity and respect • www.ag.state.mn.us**

September 26, 2022

Dr. Stephanie Burrage, Panel Chair
Jill Bemis, Panel Member                          <u>**Via Email to: Allison Loomis**</u>
Kristie Anderson, Panel Member                    <u>**Appeals Coordinator**</u>
Minnesota Department of Education
400 NE Stinson Blvd.
Minneapolis, MN 55413

Re:     *In re: Partners in Nutrition d/b/a Partners in Quality Care's appeal of May 27,*
        *2022 Agency Decision*

Dear Members of the Appeal Panel:

The Minnesota Department of Education—Nutrition Program Services ("MDE-NPS) asks the Appeal Panel to take judicial notice of the 6 Indictments and 3 Criminal Information Complaints unsealed by the United States Attorney's Office on September 20, 2022. These are publicly available documents related to the May 20, 2022 search warrant Affidavit upon which MDE-NPS' May 27, 2022 agency decision is based. Copies of these federal documents are available in the record of MDE-NPS' denial of Partners in Nutrition d/b/a Partners in Quality Care's ("PIN") November 2021 through 2022 Child and Adult Care Food Program claims.

In particular, the Farah, et al. superseding indictment (Case Number 22-CR-00124) and the Salad, et al. indictment (Case Number 22-CR-00226), refer to an unidentified sponsor identified as "Sponsor A." The Salad indictment states plainly, "Most of the sites operating under the sponsorship of Sponsor A fraudulently inflated their claims in order to appear that they were providing more food to children than was true." The Farah indictment, for its part, in paragraphs 61-70, includes facts confirming that the J.S. mentioned in the May affidavits giving rise to the May 27, 2022 termination letter, was a board member of Sponsor A, and at the time they were a board member, was actively engaged in making fraudulent claims. At the appeal hearing held Friday, September 23, relating to MDE-NPS's denial of PIN's November 2021 through May 2022 claims, PIN's attorney agreed that PIN was "Sponsor A."

Sincerely,

KRISTINE K. NOGOSEK
Assistant Attorney General

cc: Mark Weinhardt (via email only)
|#5329858-v1