# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Partners in Nutrition,<br><br>        Plaintiff,<br>v.<br><br>Minnesota Department of Education, et al.,<br><br>        Defendants. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>Chief U.S. District Judge<br><br>Case No:    22-2195 (JRT/JFD)<br>Date:    September 29, 2022<br>Deputy:    Heather Arent<br>Court Reporter: Paula Richter<br>Courthouse:    Minneapolis<br>Courtroom:    Video conference<br>Time Commenced:    2:10 p.m.<br>Time Concluded:    3:02 p.m.<br>Time in Court:    52 Minutes |

Hearing on:

    Plaintiff's Motion for Temporary Restraining Order [Docket No. 14]

APPEARANCES:

    Plaintiff:    Emily Asp, Kevin Conneely, Mark Weinhardt
    Defendant:    Kristine Nogosek, Christopher Stafford

PROCEEDINGS:

    Motion taken Under Advisement

**\*\*IT IS ORDERED:**

    ☒ Written order forthcoming.

                                                                                            s/Heather Arent
                                                                                                Courtroom Deputy