- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| PARTNERS IN NUTRITION d/b/a PARTNERS IN QUALITY CARE,<br><br>  Plaintiff,<br><br>v.<br><br>MINNESOTA DEPARTMENT OF EDUCATION; MONICA HERRERA, in her individual capacity and official capacity as Director of Nutrition Program Services; EMILY HONER, in her individual capacity and official capacity as Program Integrity Work Manager and JEANETTE JOHNSON-REED, in her individual capacity and official capacity as Supervisor of Compliance,<br><br>  Defendants. | Case No. 0:22-cv-02195-JRT-JFD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Partners in Nutrition, d/b/a Partners in Quality Care hereby dismisses without prejudice its action against the above-named defendants.

Dated this 9th day of November, 2022.

- 2 -

        STINSON LLP

        BY: <u>/s/ Kevin D. Conneely</u>
        Kevin D. Conneely (#0192703)
        Emily Asp (#0399965)
        50 South Sixth Street, Suite 2600
        Minneapolis, MN 55402
        Telephone: (612) 335-1500
        kevin.conneely@stinson.com
        emily.asp@stinson.com

        AND

        THE WEINHARDT LAW FIRM

        Mark E. Weinhardt*
        2600 Grand Avenue, Suite 450
        Des Moines, IA  50312
        Telephone: (515) 244-3100
        E-mail: meweinhardt@weinhardtlaw.com

        *admitted pro hac vice

        ATTORNEYS FOR PLAINTIFF PARTNERS IN NUTRITION d/b/a PARTNERS IN QUALITY CARE